IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>    Defendants. | Case No. 17-cv-03695-MMC<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING AND DECLARATION**<br><br>Re: Dkt. No. 44 |

Before the Court is plaintiffs' administrative motion, filed July 26, 2017, by which plaintiffs seek leave to file a supplemental brief and declaration in support of their pending motion to retransfer. On July 31, 2017, defendants filed a response, in which defendants state they will address plaintiffs' supplemental showing in their opposition to the motion to retransfer, which opposition is due August 2, 2017.

Having read and considered the parties' respective written submissions, the Court hereby GRANTS plaintiffs' administrative motion, and DIRECTS plaintiffs to file, no later than August 2, 2017, their supplemental brief and declaration.

**IT IS SO ORDERED.**

Dated: August 1, 2017

                                              MAXINE M. CHESNEY
                                              United States District Judge