IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>    Defendants. | Case No. 17-cv-03695-MMC<br><br>**ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO RETRANSFER**<br><br>Re: Dkt No. 32 |

    Before the Court is plaintiffs' "Motion to Retransfer the Case to the District of Maryland or, In the Alternative, to Take Jurisdictional Discovery," filed July 11, 2017, and currently noticed for hearing on September 8, 2017.

    In light of scheduling conflicts, the hearing is hereby CONTINUED to October 27, 2017, at 9:00 a.m. In the event counsel for either party is unavailable on October 27, 2017, the parties are directed to submit a stipulation as to a proposed alternative date for a hearing to be held after October 27, 2017.

**IT IS SO ORDERED.**

Dated: September 1, 2017

_____
MAXINE M. CHESNEY
United States District Judge