IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANET AID, INC., et al.,

        Plaintiffs,

    v.

REVEAL, CENTER FOR
INVESTIGATIVE REPORTING, et al.,

        Defendants.

Case No. 17-cv-03695-MMC

**ORDER DEFERRING RULING ON
PLAINTIFFS' MOTION TO
RETRANSFER; GRANTING
JURISDICTIONAL DISCOVERY**

Re: Dkt. No. 32

Before the Court is plaintiffs' motion to retransfer or, in the alternative, to take

jurisdictional discovery, filed July 11, 2017, by which plaintiffs challenge an order of the

United States District Court for the District of Maryland, granting defendants' Motion to

Dismiss for Lack of Personal Jurisdiction and Improper Venue, and transferring the

above-titled action to the Northern District of California.  Defendants have filed

opposition, to which plaintiffs have replied.  The matter came on regularly for hearing on

October 27, 2017.  Samuel Rosenthal, Matthew F. Miller, and Tania L. Rice of Squire

Patton Boggs (US) LLP appeared on behalf of plaintiffs.  Thomans R. Burke of Davis

Wright Tremaine LLP appeared on behalf of defendants.

    The Court having considered the parties' respective written submissions and the

arguments of counsel at the hearing, finds plaintiffs have not shown the challenged order

was "clearly erroneous," see Christianson v. Colt Industries Operating Corp., 486 U.S.

800, 819 (1988), or that the evidence recently discovered by plaintiffs "would have been

critical to the Maryland court's jurisdiction . . . determination" (see Reply at 3:3).  With

regard to jurisdictional discovery, to the extent plaintiffs' request encompasses the

deposition of Deborah George, the request is hereby GRANTED, see Harris Rutsky &

Co. Ins. Services, Inc. v. Bell & Clements Ltd., 328 F.3d 1122, 1135 (9th Cir. 2003) (finding jurisdictional discovery warranted where such discovery "might well demonstrate facts sufficient to constitute a basis for jurisdiction"), and in all other respects the request is hereby DENIED.

Accordingly, for the reasons stated on the record at the hearing, the Court hereby DEFERS ruing on the plaintiffs' motion to retransfer, pending the deposition of Deborah George, and the parties are hereby DIRECTED to file, no later than November 6, 2017, a joint proposed schedule for supplemental briefing.

**IT IS SO ORDERED.**

Dated: October 30, 2017

MAXINE M. CHESNEY
United States District Judge