IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>    Defendants. | Case No. 17-cv-03695-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR CLARIFICATION; DENYING AS MOOT DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. Nos. 59, 60 |

Before the Court is plaintiffs' "Administrative Motion for Clarification of Court Order to Take the Deposition of Deborah George," filed November 15, 2017, by which plaintiffs seek an order requiring defendants to produce all materials responsive to the document request contained in plaintiffs' Amended Notice to Take the Deposition of Deborah George. The Court having read and considered the motion and defendants' response thereto, the motion is hereby granted in part and denied in part as follows:

To the extent the document request includes a request to produce all documents exchanged and all communications transmitted between Deborah George and any officer, director, or employee of Reveal concerning Planet Aid, Inc., DAPP Malawi,[1] or Human Federation, the motion is hereby GRANTED, and defendants shall produce all such materials no later than Wednesday, November 29, 2017, at 5:00 p.m. In all other respects, the motion is hereby DENIED.

Also before the Court is defendants' "Motion for Protective Order," filed November

---

[1] As used above, "Planet Aid, Inc." and "DAPP Malawi" include the officers, directors, and employees of each said entity.

15, 2017, by which defendants seek an order stating they need not respond to plaintiffs' document request. In light of the above ruling, and in light of the scheduled date for the above-referenced deposition, which pre-dates the date on which defendants' motion is noticed for hearing, defendants' motion is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: November 27, 2017

MAXINE M. CHESNEY
United States District Judge