IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID INC., and LISBETH THOMSEN,<br><br>Plaintiffs,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS,<br><br>Defendant. | Case No. 17-cv-03695-MMC<br><br>[PROPOSED] ORDER GRANTING STIPULATED DISCOVERY AND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO RETRANSFER OR IN THE ALTERNATIVE TO TAKE JURISDICTIONAL DISCOVERY |

The Court having considered the Parties' Stipulated Discovery and Briefing Schedule Request Regarding Plaintiff's Motion To Retransfer Or In The Alternative To Take Jurisdictional Discovery ("Stipulated Request"), and good cause appearing therefor based on the reasons stated therein, the Stipulated Request is GRANTED.

- Plaintiffs shall have up to and including January 5, 2018 to file any supplemental brief in support of the Motion to Retransfer, or for Jurisdictional Discovery.
- Defendants shall have up to and including January 24, 2018 to file any supplemental brief in opposition to the Motion to Retransfer.
- Plaintiffs shall have up to and including February 5, 2018 to file a reply brief in support of the Motion to Retransfer.
- Oral argument on the pending Motion to Retransfer will be held on February 23, 2018 at 9:00 am.
- All other proceedings in this case are stayed until five (5) court days after service of the Court's decision on the Motion to Retransfer to afford Plaintiffs an opportunity to file before this Court a motion seeking leave to file an amended complaint in the event that

1  Plaintiffs' Motion to Retransfer is denied, or alternatively, to seek appropriate relief in
2  Maryland District Court in the event that the Motion to Retransfer is granted.
3  IT IS SO ORDERED.

5  Dated: December 22, 2017        By: /s/ Maxine M. Chesney
6                                  THE HONORABLE MAXINE M. CHESNEY
                                   UNITED STATES DISTRICT JUDGE