IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>    Defendants. | Case No. 17-cv-03695-MMC<br><br>**ORDER VACATING FEBRUARY 23, 2018 HEARING DATE** |

Before the Court is plaintiffs Planet Aid, Inc. and Lisbeth Thomsen's motion to retransfer or, in the alternative, to take jurisdictional discovery, filed July 11, 2017. Plaintiffs have filed opposition, to which defendants Reveal, Center for Investigative Reporting ("Reveal"), Matt Smith, and Amy Walters have replied.  The matter came on regularly for hearing on October 27, 2017.

By Order filed October 30, 2017, the Court granted plaintiffs' request to depose Deborah George, an employee of Reveal, and afforded the parties leave to file supplemental briefing, which briefing has been filed.

Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination without further oral argument, and hereby VACATES the hearing scheduled for February 23, 2018.

**IT IS SO ORDERED.**

Dated: February 20, 2018

MAXINE M. CHESNEY
United States District Judge