Samuel Rosenthal (pro hac vice)
sam.rosenthal@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave., N.W.
Washington, D.C. 20001
Telephone:  +1 202-689-2915
Facsimile:  +1 202-712-2860

Cory E. Manning (State Bar # 213120)
cory.manning@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor
Columbia, SC 29201
Telephone:  +1 803-255-5524
Facsimile:  +1 803-256-7500

Crispin L. Collins (State Bar # 311755)
crispin.collins@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
19191 S. Vermont Ave., Suite 301
Torrance, CA 90502
Telephone:  +1 424-221-7407
Facsimile:  +1 424-221-7499

Tania L. Rice (State Bar # 294387)
tania.rice@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  +1 415 954 0200
Facsimile:  +1 415 393 9887

Attorneys for Plaintiffs
Planet Aid Inc. and Lisbeth Thomsen

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLANET AID INC.; and LISBETH THOMSEN,<br><br>            Plaintiffs,<br><br>     v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING; MATT SMITH; and AMY WALTERS,<br><br>            Defendants. | Case No. 17-cv-03695-MMC<br><br>**EXHIBITS TO FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Maxine Chesney |

| | |
|---|---|
| *Exhibit A*: | March 19, 2016 Article entitled "Alleged cult leader plays shell game with US foreign aid" (the "March 19th Article"), available at https://www.revealnews.org/episodes/alleged-cult-leader-plays-shell-game-with-us-foreign-aid/ |
| *Exhibit B*: | May 23, 2016 Article entitled "US taxpayers are financing alleged cult through African aid charities" (the "May 23rd Article"), available at https://www.revealnews.org/article/us-taxpayers-are-financing-alleged-cult-through-african-aid-charities/ |
| *Exhibit C*: | May 23, 2016 Article, entitled "How the USDA (inefficiently) turns grain into cash for charities," available at https://www.revealnews.org/article/how-the-usda-inefficiently-turns-grain-into-cash-for-charities/ |
| *Exhibit D*: | August 1, 2016 Article entitled "UNICEF cuts off funding to nonprofit linked to alleged cult," available at https://www.revealnews.org/article/unicef-cuts-off-funding-to-nonprofit-linked-to-alleged-cult/ |
| *Exhibit E*: | August 17, 2016 Article entitled "Congresswoman calls for US investigation of Planet Aid," available at https://www.revealnews.org/blog/congresswoman-calls-for-u-s-investigation-of-planet-aid/ |
| *Exhibit F*: | August 18, 2016 Article entitled "McCollum calls for U.S. investigation of Planet Aid," printed in the MINNPOST, available at https://www.minnpost.com/politics-policy/2016/08/mccollum-calls-us-investigation-planet-aid/ |
| *Exhibit G*: | August 30, 2016 Article entitled "Mexico won't arrest Danish fugitive wanted for fraud," available at https://www.revealnews.org/article/mexico-wont-arrest-danish-fugitive-wanted-for-fraud/ |
| *Exhibit H*: | January 31, 2017, Article entitled "USDA said it didn't know charity had problems; documents show otherwise," available at https://www.revealnews.org/article/usda-said-it-didnt-know-charity-had-problems-documents-show-otherwise/ |
| *Exhibit I*: | March 28, 2017 Article entitled "On-second thought UNESCO rescinds prize for scrutinized group," available at https://www.revealnews.org/article/on-second-thought-unesco-rescinds-prize-for-scrutinized-aid-group/ |
| *Exhibit J*: | March 28, 2017 Article entitled " "US foreign aid follows complex path to teachers group coffers," available at https://www.revealnews.org/article/us-foreign-aid-follows-complex-path-to-teachers-groups-coffers/ |
| *Exhibit K*: | April 11, 2017, Article entitled "Federal investigations launched into charity group. US funds keep following,' available at https://www.revealnews.org/blog/two-federal-investigations-launched-into-charity-group-u-s-funds-keep-flowing/ |
| *Exhibit L*: | May 11, 2017 Article entitled "Government officials warned colleagues the charity was a cult to no avail," available at https://www.revealnews.org/blog/government-officials-warned-colleagues-the-charity-was-a-cult-to-no-avail/ |
| *Exhibit M*: | May 17, 2017 Article entitled "Don't be Deceived. Planet Aid is in it for itself," available at http://www.richmond-dailynews.com/2012/04/dont-be-deceived- |

planet-aid-in-it-for-itself

*Exhibit N*:   May 23, 2016 Article entitled "Planet Aid's ubiquitous clothing donation boxes aren't so charitable," available at https://www.revealnews.org/article/planet-aids-ubiquitous-clothing-donation-boxes-arent-so-charitable/

*Exhibit O*:   August 21, 2017 Article entitled "Workers at African aid program linked to alleged cult sue for back pay," available at https://www.revealnews.org/article/workers-at-african-aid-program-linked-to-alleged-cult-sue-for-back-pay/

*Exhibit P*:   A 53 minute broadcast aired on March 19, 2016 which was updated and aired on May 28, 2016, and June 2, 2016, and which accompanied the March 19th Article, "Alleged cult leader plays shell game with USDA funds;" (the "March 19th Podcast").

*Exhibit Q*:   May 31, 2016, 22 minute interview with Amy Walters on the Internet based newscast, RISING UP WITH SONALI, titled "Yellow Planet Aid boxes are front for dubious Danish organization."

*Exhibit R*:   March 25, 2016 interview on radio station KCRW with Amy Walters and Matt Smith (the "March 25th Broadcast").

*Exhibit S*:   May 23 and 24, 2016 broadcasts on radio and television station (NBC4 Washington), in what it called a "joint investigation" by that channel's I TEAM AND CIR, titled "Behind the Bins: Former Planet Aid Employees Describe Cult-Like Experience," and co-authored by Defendants Smith and Walters. (the "NBC Broadcast").

*Exhibit T*:   August 31, 2016 broadcast in which Defendants Smith and Walters gave an interview for a television program that aired in in Denmark, titled "Where's Amdi,"

*Exhibit U*:   Social media used in furtherance of the scheme.