# Exhibit U



## Matthew Martin Smith
@SFMattSmith

 

Spread the word: This coming weekend Reveal News tracks a US taxpayer funded reputed cult to Africa.



**Alleged cult leader plays shell game with US foreign aid**

In this week's episode, Reveal goes to Malawi to find out why the U.S. government continued to give grant money to a charitable organization that it knew was linked to an international fugitive.

revealnews.org

2:22 PM - 23 May 2016

       1   

   Reply to @SFMattSmith

U - 1

 **Matthew Martin Smith**
@SFMattSmith

**+ Follow**

@tishaontv with CIR follows a surreal criminal scheme involving used clothing nbc4dc.com/nXyRNnk

 **US taxpayers are financing alleged cult through African aid ...**
The U.S. government has been warned repeatedly about the charity Planet Aid and its ties to Mogens Amdi Petersen, an international fugitive and alleged cult leader. Again and again, th...

revealnews.org

LIKE
1



11:13 AM - 23 May 2016

 **Matthew Martin Smith**
@SFMattSmith

( Follow ) ⌄

## @TishaOnTV on a reputed money-laundering cult. Shocker: It raises money via @ClintonGlobal. goo.gl/odJf8a

**Tisha Thompson** ✓ @TishaOnTV 
We teamed up w/ @reveal for this international investigation into the charity Planet
Aid nbc4dc.com/nXyRNnk twitter.com/reveal/status/...

10:48 AM - 23 May 2016

**1 Like**

♡    ⟲    ♡ 1

U - 3

Lawmakers want an investigation into a charity
that got $133M from the U.S. government.
ow.ly/Y7ZD303I3ZQ



"Planet Aid and its affiliates have
engaged in a 'shell game' with U.S.
government funds."

Reveal
revealnews.org

– U.S. Rep. Betty McCollum, D-Minnesota

RETWEETS    LIKE
2           1

7:10 AM - 18 Aug 2016

2    1

 **Amy Walters**
March 21 · 🌐

And the Podcast is out! Listen! Subscribe! Learn about the crazy places your tax dollars are going! Follow the money! Be part of the investigation! Talk about it on Twitter! Get more people taking about it on Twitter! Give us new tips for follow ups! Tell us about you Amdi Petersen sightings!



### Reveal by The Center for Investigative Reporting on iTunes

Download past episodes or subscribe to future episodes of Reveal by The Center for Investigative Reporting for free.

ITUNES.APPLE.COM

👍 Like          💬 Comment          ➤ Share



 **RIResourceRecovery** @RIRRC · Jun 6
Closet clean up! What do you think? Keep or donate to @SalvationArmyUS
@GoodwillRI or @PlanetAid?



  1

 **Amy Walters**
@AmyWalters

⚙ **Blocked**

@RIRRC @SalvationArmyUS @GoodwillRI
@planetaid our latest Planet Aid investigation:

⊕ View translation

**US taxpayers are financing alleged cult through African aid ...**
The U.S. government has been warned repeatedly about the
charity Planet Aid and its ties to Mogens Amdi Petersen, an
international fugitive and alleged cult leader. Again and again, th...
revealnews.org

12:55 PM · 7 Jun 2016

↩      ⟲           ♥ attorney client privilege

U - 7



 **Amy Walters**
@AmyWalters

⚙ **Blocked** 

@DynamicAfrica USDA money to help Malawi
and Mozambique may hurt instead.
revealnews.org/episodes/alleg … … …#Tvind
#TeachersGroup #PlanetAid #DAPP

 **Alleged cult leader plays shell game with US foreign aid**

In this week's episode, Reveal goes to Malawi to find out why the
U.S. government continued to give grant money to a charitable
organization that it knew was linked to an international fugitive.

revealnews.org

3:36 AM - 20 Mar 2016

   

   Reply to @AmyWalters  @DynamicAfrica

U - 9

 **Amy Walters**
@AmyWalters_

 ✿   Blocked

@BuickMotorsClub check out the @reveal podcast about @PlanetAid itunes.apple.com /us/podcast/rev ... and the investigation:

 **US taxpayers are financing alleged cult through African aid ...**
The U.S. government has been warned repeatedly about the charity Planet Aid and its ties to Mogens Amdi Petersen, an international fugitive and alleged cult leader. Again and again, th...
revealnews.org

2:34 PM - 1 Jun 2016

   

 Reply to @AmyWalters_ @BuickMotorsClub @reveal



**ILLUMINEX** @IlluminexLED · Apr 5
@planetaid thanks for following us!



**Amy Walters**
@AmyWalters_

Blocked

@IlluminexLED  Thought you'd be interested our latest podcast on @PlanetAid



**Alleged cult leader plays shell game with US foreign aid**
In this week's episode, Reveal goes to Malawi to find out why the U.S. government continued to give grant money to a charitable organization that it knew was linked to an international fugitive.
revealnews.org



1

3:59 AM · 7 Apr 2016



Reply to @AmyWalters_ @IlluminexLED

in reply to Kathleen Grace



**Amy Walters** @AmyWalters_ · Mar 27
@Kathleengraces @USAID has given money to @PlanetAid but @USDA gave the most money. $133m

↩ 1        ⟲        ♡        •••



**Amy Walters** @AmyWalters_ · Mar 24
@POGOBlog @reveal investigates @PlanetAid #DAPP links to a global fugitive and $133m in @USDA grants. Listen!



**Alleged cult leader plays shell game with US foreig...**

In this week's episode, Reveal goes to Malawi to find out why the U.S. government continued to give grant money to a charitable organization that it knew was linked to...

revealnews.org

↩        ⟲ 1        ♡ 2        •••



**Amy Walters** @AmyWalters_ · Mar 24
@FreedomHouseDC @reveal investigates @PlanetAid #DAPP links to a global fugitive and $133m in @USDA grants. Listen! bit.ly/1UbVpca

↩        ⟲        ♡        •••



**Amy Walters** @AmyWalters_ · Mar 24
@africagathering @reveal investigates @PlanetAid #DAPP links to a global fugitive & $133m @USDA grants. Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@NyasaTimess Malawian says working @PlanetAid & DAPP Malawi's like #slavery but @USDA keeps spending $133m Listen! bit.ly/1UbVpca

In reply to Malawi Nation
**Amy Walters** @AmyWalters_ · Mar 24
@MalawiNation Malawian says working @PlanetAid & DAPP Malawi's like #slavery but @USDA keeps spending $133m Listen! bit.ly/1UbVpca

In reply to Laura Seay
**Amy Walters** @AmyWalters_ · Mar 24
@texasinafrica Malawian says working @PlanetAid & DAPP Malawi's like #slavery but @USDA keeps spending $133m Listen! bit.ly/1UbVpca

In reply to Jimmy Kainja
**Amy Walters** @AmyWalters_ · Mar 24
@jkainja One Malawian says working @PlanetAid & DAPP Malawi's like #slavery but @USDA keeps spending $133m Listen! bit.ly/1UbVpca

**Amy Walters** @AmyWalters_ · Mar 24
One Malawian says working for @PlanetAid & @DAPP is like #slavery but @USDA keeps spending $133m Listen!... fb.me/74XvzHmp7



**Amy Walters** @AmyWalters_ · Mar 24
@gijn @reveal investigates @**PlanetAid** #DAPP links to a global fugitive &
$**133m** @USDA grants. Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@africaprogress @reveal investigates @**PlanetAid** #DAPP links to a global
fugitive & $**133m** @USDA grants. Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@GFI_Tweets @reveal investigates @**PlanetAid**, @Tvind, #DAPPMalawi,
#TeachersGroup insiders report siphoning 50-70% of $**133m** in US Grants.



**Amy Walters** @AmyWalters_ · Mar 24
One Malawian says working for @**PlanetAid** & DAPP Malawi is like #slavery but
@USDA keeps spending $**133m** Listen!... fb.me/4rhB1v3d3



**Amy Walters** @AmyWalters_ · Mar 24
@Storyful One Malawian says working @**PlanetAid** & DAPP Malawi's like
#slavery but @USDA keeps spending $**133m** Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@GovAcctProj @reveal investigates @PlanetAid #DAPP links to a global
fugitive & $133m @USDA grants. Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@africastrategy @reveal investigates @PlanetAid #DAPP links to a global
fugitive & $133m @USDA grants. Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@viewfromthecave @reveal investigates @PlanetAid #DAPP links to a global
fugitive & $133m @USDA grants. Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@GIRalerts @reveal investigates @PlanetAid #DAPP links to a global fugitive &
$133m @USDA grants. Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@ICIJorg @reveal investigates @PlanetAid #DAPP links to a global fugitive &
$133m @USDA grants. Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@WBEZWorldview @reveal investigates @PlanetAid #DAPP links to a global
fugitive & $133m @USDA grants. Listen! bit.ly/1UbVpca

**Amy Walters** @AmyWalters_ · Mar 24
@truthout @reveal investigates @PlanetAid #DAPP links to a global fugitive &
$133m @USDA grants. Listen! bit.ly/1UbVpca

**Amy Walters** @AmyWalters_ · Mar 24
@anticorruption @reveal investigates @PlanetAid #DAPP links to a global
fugitive & $133m @USDA grants. Listen! bit.ly/1UbVpca

**Amy Walters** @AmyWalters_ · Mar 24
@AccountCounsel @reveal investigates @PlanetAid #DAPP links to a global
fugitive & $133m @USDA grants. Listen! bit.ly/1UbVpca

**Amy Walters** @AmyWalters_ · Mar 24
@GlobalIntegrity @reveal investigates @PlanetAid #DAPP links to a global
fugitive & $133m @USDA grants. Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@AUC_DPA One Malawian says working @PlanetAid & DAPP Malawi's like #slavery but @USDA keeps spending $133m Listen!



**Alleged cult leader plays shell game with US foreig...**
In this week's episode, Reveal goes to Malawi to find out why the U.S. government continued to give grant money to a charitable organization that it knew was linked to...
revealnews.org



**Amy Walters** @AmyWalters_ · Mar 24
@zenaidamz Malawian says working @PlanetAid & DAPP Malawi's like #slavery but @USDA keeps spending $133m Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@allafrica Malawian says working @PlanetAid & DAPP Malawi's like #slavery but @USDA keeps spending $133m Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@BBCAfrica Malawian says working @PlanetAid & DAPP Malawi's like #slavery but @USDA keeps spending $133m Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@timothylarge One Malawian working for @PlanetAid & @DAPP is like #slavery but @USDA keeps spending **$133m** Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 20
@idealist @reveal investigates @PlanetAid links to a global fugitive & receiving **$133m** @USDA grants  Listen:



**Alleged cult leader plays shell game with US foreig...**
In this week's episode, Reveal goes to Malawi to find out why the U.S. government continued to give grant money to a charitable organization that it knew was linked to...

revealnews.org



**Amy Walters** @AmyWalters_ · Mar 20
@earthcenternews **PlanetAid** linked #TVIND #TeachersGroup #fugitive bit.ly/22qxQRz Given **$133m** @USDA grants: bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 20
@SocialGoodSix @PlanetAid links to #TVIND #TeachersGroup #fugitive bit.ly/22qxQRz Given **$133m** @USDA grants bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
One Malawian says working for @PlanetAid & @DAPP is like #slavery but @USDA keeps spending $133m Listen!... fb.me/74XvzHmp7



**Amy Walters** @AmyWalters_ · Mar 24
@MwNewsAgency Malawian says working @PlanetAid & DAPP Malawi's like #slavery but @USDA keeps spending $133m Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@PhilipSmithDFID One Malawian says working @PlanetAid & DAPP Malawi's like #slavery but @USDA spends $133m Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@MalawiRR One Malawian says working @PlanetAid & DAPP Malawi's like #slavery but @USDA keeps spending $133m Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
One Malawian says working for @PlanetAid & DAPP Malawi is like #slavery but @USDA keeps spending $133m Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 24
@timothylarge One Malawian working for @PlanetAid & @DAPP is like #slavery but @USDA keeps spending $133m Listen! bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 20
@idealist @reveal investigates @PlanetAid links to a global fugitive & receiving $133m @USDA grants  Listen:



**Alleged cult leader plays shell game with US foreig...**
In this week's episode, Reveal goes to Malawi to find out why the U.S. government continued to give grant money to a charitable organization that it knew was linked to...
revealnews.org



**Amy Walters** @AmyWalters_ · Mar 20
@earthcenternews **PlanetAid** linked #TVIND #TeachersGroup #fugitive bit.ly/22qxQRz Given $133m @USDA grants: bit.ly/1UbVpca



**Amy Walters** @AmyWalters_ · Mar 20
@SocialGoodSix @PlanetAid links to #TVIND #TeachersGroup #fugitive bit.ly/22qxQRz Given $133m @USDA grants bit.ly/1UbVpca

 **Amy Walters** @AmyWalters_ · Mar 24
One Malawian says working for @PlanetAid & DAPP Malawi is like #slavery but @USDA keeps spending $133m Listen! bit.ly/1UbVpca



 **Amy Walters** @AmyWalters_ · Mar 24
One Malawian says working for @PlanetAid & @DAPP is like #slavery but @USDA grants to @PlanetAid top $133m...



. **"Alleged cult leader plays shell game with US foreign aid" from Reve...**

Download the episode "Alleged cult leader plays shell game with US foreign aid." from the podcast Reveal for free.

itunes.apple.com

 **Amy Walters**
@AmyWalters

   **Blocked**

@Starecheski @SFMattSmith @reveal also baffling: the @USDA s disinterest in investigating @planetaid . UNICEF and the Brits are all over it.

RETWEET
1



11:17 AM - 18 Aug 2016

 Reply to @AmyWalters_ @Starecheski @SFMattSmith @reveal @USDA

U - 22

 **Amy Walters**
@AmyWalters

☼   **Blocked**

Our Podcast investigating @PlanetAid 's link to an alleged cult, an international fugitive and the @USDA  Listen!



**Reveal by The Center for Investigative Reporting on iTunes**

Download past episodes or subscribe to future episodes of Reveal by The Center for Investigative Reporting for free.

itunes.apple.com

RETWEETS   LIKES
3          22

  

1:40 AM - 3 Jun 2016

⬅   ⇄ 3   ♡ 22   •••

 **Amy Walters**
@AmyWalters

   **Blocked**

Listen to the Podcast on @PlanetAid & @USDA grants.  One African: "It was like slavery." itun.es /i6Yv5Cy

 **snopes.com** @snopes
Planet Aid reportedly tied to a Danish organization founded by a man wanted for tax evasion: bit.ly/1Peg9yr

RETWEET   LIKES
1         4



1:09 AM - 31 May 2016

 Reply to @AmyWalters  @USDA

 **Amy Walters**
@AmyWalters

  **Blocked**

@POGOBlog @reveal investigates @PlanetAid #DAPP links to a global fugitive and $133m in @USDA grants. Listen!

 **Alleged cult leader plays shell game with US foreign aid**

In this week's episode, Reveal goes to Malawi to find out why the U.S. government continued to give grant money to a charitable organization that it knew was linked to an international fugitive.

revealnews.org

RETWEET  LIKES
1  2

2:11 PM - 24 Mar 2016



 Reply to @AmyWalters @POGOBlog @reveal @USDA

 **Amy Walters**
@AmyWalters_

   **Blocked**

@timothylarge One Malawian working for @PlanetAid & @DAPP is like #slavery but @USDA keeps spending $133m Listen!



**Alleged cult leader plays shell game with US foreign aid**

In this week's episode, Reveal goes to Malawi to find out why the U.S. government continued to give grant money to a charitable organization that it knew was linked to an international fugitive.

revealnews.org


1



11:23 AM - 24 Mar 2016

           1

   Reply to @AmyWalters_ @timothylarge @dapp @USDA

 **Amy Walters**
@AmyWalters

⚙  **Blocked**

@PlanetAid linked to #TVIND #TeachersGroup #fugitive bit.ly/22qxQRz Given $133m @USDA grants. Listen:

 **Alleged cult leader plays shell game with US foreign aid**

In this week's episode, Reveal goes to Malawi to find out why the U.S. government continued to give grant money to a charitable organization that it knew was linked to an international fugitive.

revealnews.org

10:27 AM - 20 Mar 2016

  

 Reply to @AmyWalters_ @USDA

 **Amy Walters**
@AmyWalters_

 ⚙    Follow

@truthout @reveal investigates @PlanetAid
#DAPP links to a global fugitive & $133m
@USDA grants. Listen!

 **Alleged cult leader plays shell game with US foreign aid**

In this week's episode, Reveal goes to Malawi to find out why the
U.S. government continued to give grant money to a charitable
organization that it knew was linked to an international fugitive.

revealnews.org

11:09 AM - 24 Mar 2016

            ◦◦◦

 Reply to @AmyWalters_ @truthout @reveal @planetaid @USDA

 **Amy Walters**
@AmyWalters_

⚙    ⚐ Follow

@annadubuis A stunning fraction of the over $130m that the @USDA continues to give @PlanetAid @DappMalawi revealnews.org/article/us-tax... @reveal

 **US taxpayers are financing alleged cult through African aid...**
The U.S. government has been warned repeatedly about the charity Planet Aid and its ties to Mogens Amdi Petersen, an international fugitive and alleged cult leader. Again and again, th...
revealnews.org

11:50 AM · 3 Aug 2016

 Reply to @AmyWalters_ @annadubuis @USDA @planetaid @dappmalawi @re

 **Anna Dubuis** @annadubuis · Aug 3
@AmyWalters_ has USDA not suspended payments following this investigation?

 **Amy Walters**
@AmyWalters_

⚙  👤 Follow

@idealist @reveal investigates @PlanetAid links to a global fugitive & receiving $133m @USDA grants  Listen:

 **Alleged cult leader plays shell game with US foreign aid**

In this week's episode, Reveal goes to Malawi to find out why the U.S. government continued to give grant money to a charitable organization that it knew was linked to an international fugitive.

revealnews.org

10 55 AM - 20 Mar 2016

 Reply to @AmyWalters_ @idealist @reveal @planetaid @USDA

U - 30

 **Amy Walters**
@AmyWalters

☼   Blocked

How @PlanetAid fundraiser & high ranking
"Teachers Group" member uses @ClintonGlobal
to raise $ for the reputed cult

 **A look at Marie Lichtenberg**

Reveal is a new investigative reporting program from The Center
for Investigative Reporting and PRX. Available on public radio and
online, the show examines what governments, businesses an...

soundcloud

1:19 AM - 31 May 2016

    

 Reply to @AmyWalters_ @ClintonGlobal

 **Amy Walters**
@AmyWalters

 ⚙ 👤 **Follow**

@GFI_Tweets @reveal investigates @PlanetAid, @Tvind, #DAPPMalawi, #TeachersGroup insiders report siphoning 50-70% of $133m in US Grants.

10 56 AM - 24 Mar 2016

 Reply to @AmyWalters_ @GFI_Tweets @reveal @planetaid @tvind

U - 32

 **Amy Walters**
@AmyWalters_

☼   **Blocked**

@AmyTidd @nbcwashington @planetaid @CNN
check out the investigation: revealnews.org
/TeachersGroup/ @reveal @SFMattSmith

 **US taxpayers are financing alleged cult through African aid ...**

The U.S. government has been warned repeatedly about the
charity Planet Aid and its ties to Mogens Amdi Petersen, an
international fugitive and alleged cult leader. Again and again, th...

revealnews.org

4:50 PM - 29 May 2016

    1      •••

 Reply to @AmyWalters_ @AmyTidd @nbcwashington @CNN @reveal @SF...

 **Amy Walters**
@AmyWalters

⚙  **Blocked**

@IRPChirps @reveal Investigation from a fmr Chirper on $133m USDA aid money falling flat in #Malawi @AmyWalters_



**Reveal by The Center for Investigative Reporting on iTunes**
Download past episodes or subscribe to future episodes of Reveal by The Center for Investigative Reporting for free.
itunes.apple.com

2:32 PM - 24 Mar 2016

 Reply to @AmyWalters_ @IRPChirps @reveal

 **Amy Walters**
@AmyWalters

 ✿ **Blocked**

## @SinSir1st @WORLDSTAR Check out the @planetaid investigation:



**US taxpayers are financing alleged cult through African aid ...**
The U.S. government has been warned repeatedly about the
charity Planet Aid and its ties to Mogens Amdi Petersen, an
international fugitive and alleged cult leader. Again and again, th...
revealnews.org

6:15 PM - 29 May 2016

  1  1 • • •

 Reply to @AmyWalters_ @SinSir1st @WORLDSTAR

 **Amy Walters**
@AmyWalters_

   Blocked

@politiken Listen to our latest on TVIND's work in the U.S. through the organization 'Planet Aid'



**Reveal by The Center for Investigative Reporting on iTunes**
Download past episodes or subscribe to future episodes of Reveal by The Center for Investigative Reporting for free.
itunes.apple.com

6:39 PM - 22 Mar 2016

              

   Reply to @AmyWalters_ @politiken

 **Mark Deickman** @LBRConsulting · Jun 12
@planetaid SO IMPRESSED with store in Catonsville, MD. Clean, well organized, excellent service, great deals. THANK YOU!!!!

 **Amy Walters**
@AmyWalters_

 ✿  👤+ **Follow**

@LBRConsulting @planetaid Check out our Planet Aid investigation
revealnews.org/planetaid/

7:55 PM - 20 Jun 2016

    

 Reply to @AmyWalters_ @LBRConsulting

## Trends

#FreezerDig 🎬 Promoted by Wendy's   #ElectionFinalThoughts   Janet Reno   #MotivationMonday
#UNSC   #DesignForAll   #dcstemsummit   #DLFforum   #GradPathways   #WIITNE

© 2016 Twitter  About  Help  Terms  Privacy  Cookies  Ads info



**James Fox** @jimmyjames82 · 22 Apr 2016
Since it's #EarthDay I put two bags of clothes in my local @planetaid bin. #recycle

💬 1    ⟲    ❤ 1    ✉



**Amy Walters**
@AmyWalters_

( Follow )

Replying to @jimmyjames82

@jimmyjames82 Thought you'd be interested our latest podcast on @PlanetAid revealnews.org/episodes/alleg … …



**Alleged cult leader plays shell game with US foreign aid**
In this week's episode, Reveal goes to Malawi to find out why the U.S. government continued to give grant money to a charitable organization that it knew was linked to

revealnews.org

10:47 PM - 29 Apr 2016

💬    ⟲    ♡    ✉

 Tweet your reply



**Tisha Thompson** ⊚
@TishaOnTV

+ Follow

Have you seen a Planet Aid box on government or public school property? Tell us where nbcwashington.com/investigations …
@ricknbc @nbcwashington



**Former Planet Aid Employees Describe 'Cult-like' Experience**
In a joint investigation with Reveal at the Center for Investigative Reporting, the News4 I-Team continues its look at the Maryland charity Planet Aid and its possi...

nbcwashington.com

RETWEET
1  

1:40 PM - 24 May 2016

