# EXHIBIT A

Row, Andrew 4/19/2018
For Educational Use Only

A wolf in sheep's clothing, 1993 WLNR 2933015

**NewsRoom**

11/14/93 Edmonton J. (Can.) E2
1993 WLNR 2933015

Edmonton Journal (Canada)
Copyright Edmonton Journal 1993

November 14, 1993

Section: Insight

A wolf in sheep's clothing

DAVE TODD Southam News

Feature on exporting and importing clothing in third world
countries
See main story E1 "Rags to Riches"

Ottawa

Southam News

Ottawa

To be banned on city streets in Scandinavia takes some doing,
especially for a socially progressive charity dedicated to Third
World development.

But Humana, an international organization that specializes in
collecting used clothes for southern Africa, has done just that -
attracting criticism from Denmark to the Arctic Circle for its
immensely profitable fund-raising tactics.

Now, civic authorities in Norway's two main cities of Oslo and
Bergen have banned Humana from setting up public collection boxes.

Investigators in several European countries have uncovered evidence
showing one of the chief goals of Humana - and its sister
organization, Development Aid from People to People (DAPP) - is to
look after No. 1.

Many Europeans who donate their old duds don't know the garments

Row, Andrew 4/19/2018
For Educational Use Only

A wolf in sheep's clothing, 1993 WLNR 2933015

end up being sold at market prices in Africa - with much of the
profit filtered into what seem less than altruistic causes.

Through a complex web of financial interests, the Humana/DAPP
network runs a financial system out of the Cayman Islands that
includes holding companies and trusts, private schools, Caribbean
fruit plantations, a yacht dealership, a television station, a
shipping company and even a factory in Morocco that makes clothes
for European shops.

Researchers for Denmark's national garment and textile workers'
union even learned that the well-known yellow containers Humana and
DAPP use to collect used garments throughout western Europe are
intended to be money-makers themselves.

"They are owned by another company in the company, which has an
address in the Channel Islands. These containers are leased out at
very high prices - a way to drag out money from DAPP in the
different countries where it operates," said union spokeswoman Anna
Sophie Jessien.

In Denmark last year, DAPP collected more than 1,000 tonnes of used
clothes for Africa, most of which went to Zambia, Zimbabwe,
Mozambique, Angola and Guinea-Bissau. Under its pan-European name of
Humana, the organization collected even greater amounts in Germany,
Britain, Belgium, Holland, France and Spain.

Attempts to penetrate DAPP's corporate structure or trace its
finances have been stymied by its resolute resistance to questions
from outsiders.

Begun as an educational trust by radical left-wing Danish school
teachers in the early 1970s, called Tvind, Humana's first aim was to
manage a string of special schools for unruly children it thought
would flourish in a communal environment. By the 1980s, it was
increasingly devoted to Third World causes it sought to finance
through lucrative sales of donated used clothing to rag traders.

Or so it said. Last year, a Swedish government investigation
determined that DAPP devoted only two per cent of its revenues to
programs in Third World countries.

The organization has also been under investigation in Belgium and
Holland, where it has repeatedly refused to respond to official
queries about its financial operations.

And it has been banned since 1986 from receiving grants from the

Row, Andrew 4/19/2018
For Educational Use Only

A wolf in sheep's clothing, 1993 WLNR 2933015

European Community.

Southam News Graphics, Paul Perreault/ Fashions to the Third
World . . . graphic details appear at end of text.

---- Index References ----

Company: HUMANA INC

Industry: (Food & Beverage Production (1FO79); Meat Processing (1ME83); Agriculture, Food & Beverage (1AG53);
Lamb (1LA46))

Region: (Mediterranean (1ME20); Eurozone Countries (1EU86); Northern Europe (1NO01); Belgium (1BE51); Africa
(1AF90); Europe (1EU83); Denmark (1DE14); Scandinavia (1SC27); Western Europe (1WE41))

Language: EN

Other Indexing: (ARCTIC CIRCLE; DAPP; HUMANA; SOUTHAM NEWS GRAPHICS; TVIND) (AnnaSophie
Jessien; Begun; Caribbeanfruit; Development Aid; Feature; Paul Perreault; Southam News) (FEATURE)

Edition: Final

Word Count: 474

End of Document                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

EXHIBIT B

Row, Andrew 4/19/2018
For Educational Use Only

HOME NEWS Irish-located charity was investigated in Britain, 1998 WLNR 2892027

**News**Room

10/30/98 Ir. Times (Pg. Unavail. Online)
1998 WLNR 2892027

IRISH TIMES

Copyright © 2004 Irish Times Company. All rights reserved.

October 30, 1998

## HOME NEWS Irish-located charity was investigated in Britain

Behind the modest face of a newly-arrived charity lies a secretive empire about which there have been many questions, Alison O'Connor and Catherine Cleary report The small terraced house in south Dublin is an unlikely headquarters for a branch of a multimillion pound charity organisation. The only unusual sign in the Crumlin house is a small notice in the downstairs window with the logo of an organisation called Humana People to People. Around 100 large clothes collection bins have appeared in Dublin and surrounding counties marked "Clothes in aid of Third World development". Door-to-door clothes collections are planned, and established charities have been asked to buy the clothes until the organisation can open its own shops. Humana People to People registered as a company here six months ago. But it is no ordinary Third World agency. Trading as Development Aid People to People (DAPP) and UFF in Scandinavian countries, Humana is closely linked to Tvind, a Danish organisation described as a cult. It was founded as an educational organisation in the 1970s. Its worldwide empire has been described by those who have followed its activities as a non-religious sect, focused on profit. While the Irish base may be low-key, the organisation's total holdings were valued in 1987 at around (pounds) 31 million. Its holdings have included offshore companies, plantations in the Caribbean and a shipping company in the Cayman Islands. An investigation by the Guardian newspaper in the early 1990s into Humana's British operation - which included hundreds of collection bins, a number of shops and two schools - revealed that less than 10 per cent of the organisation's income had been donated to charitable projects in the years between 1989 and 1992. In the past the organisation cited high set-up costs as a reason why more money was not used for charitable purposes. This led to a four-year investigation by the Charity Commission, the British charity watchdog set up in 1993. Commission investigators travelled to Zambia in 1996 to examine Humana projects there and the commission appointed a receiver to Humana Ltd UK around this time. A spokesman at the organisation's international headquarters in Zimbabwe, Mr Snowre Westguard, said the Charity Commission had given Humana a report on its investigation. It had not found anything and had "lifted the receivership and decided, with Humana, some steps for the future", he said. Mr Westguard denied that Humana had high administration costs. "I think our members have very low administration costs compared to very many other organisations. We know that as an organisation you have to have transparency. We encourage all our members to be transparent and to use well-known auditors so that the misunderstandings can be eliminated." Mr Westguard said he was working in Zambia during the commission's investigation. "One of the allegations was that money was not being used in the project there. But that was not true." On the question of the Irish operation's accountability, Ms van de Stadt said: "We are registered at the Revenue Commissioners. They will of course check on us. We will send yearly accounts and all our statements. We have a firm of accountants. That is what we will do here. If anyone has questions they can come and ask." Humana was registered in Ireland with the Companies Office in April. Ms van de Stadt (26), is the only resident director, with the two Danish directors, Helle Herdis Broner Lund and Ms Birgit Soe (nee Pedersen), of the same west London address, listed as non-resident directors. Ms van de Stadt said she arrived here in February

Row, Andrew 4/19/2018
For Educational Use Only

HOME NEWS Irish-located charity was investigated in Britain, 1998 WLNR 2892027

and, after setting up the company, spent her time finding locations for collection bins. "Our aim is to have both shops and collections and to send the clothes to Africa." The clothes collected so far are being stored in a warehouse, she said. The charity employs one other woman, she said, a former volunteer worker who worked in Angola. Ms van de Stadt, who joined the organisation from school and worked in Mozambique, asserted that the only connection between Tvind and Humana was that aid volunteers are trained at Tvind-run schools before going overseas. She said funds from the Irish operation would be used to support a 300-acre farm outside the Zimbabwean capital, Harare, where 85 farmers are trained in commercial farming. "The produce is sold by farmers and the surplus is kept by farmers," she said. Just two months ago the British Charity Commission issued a tight-lipped statement in relation to its investigation. The inquiry had been focused on "high-administrative costs and the level of control over funds sent to Africa", it said, and as a result the commission appointed four trustees to ensure "its funds are properly applied". The commission refuses to publish its report into the charity. This week a spokeswoman said Humana Ltd UK had separated from the international Humana People to People federation when the investigation began. The separation occurred because of the controversy, she said, and no funding goes to Humana's Development Aid People to People, the organisation which has now set up in Ireland. The spokeswoman claimed the commission had "found nothing wrong" with Humana People to People. "The Charity Commission made the decision that the funds should no longer be transferred to the federation (Humana People to People). In practical terms, to have a good relationship with the UK non-governmental organisations we set up Humana Ltd UK. We work with UNICEF and Care International UK," she said. The Federation of HumanaDAPP organisations with headquarters in Denmark and Zimbabwe has published an "annual report" most recently in 1996. No financial details are included in the report about the earnings of the federation. The report states that one of the objectives of the organisation is "to be on top of international standards of accountability and perform with great care according to the standards set forth by Humana People to People". However, the standards of Humana and its sister organisation have been found lacking in other European countries. In Humana's home country of Denmark state grants to Tvind schools were abolished following an investigation two years ago. The Tvind schools had been receiving up to 60 per cent state funding, (pounds) 14.77 million. A spokesman for the Danish Ministry of Education said the investigation centred on their accounting practices. "Between the schools we could not see through what was going on, the money going from one to another." Danish police also investigated financial irregularities in the schools. The spokesman said the Ministry of Education was taking a court case against one of the schools to attempt to retrieve (pounds) 105,000. The schools, he said, remain open, and Tvind still collects money through fund-raising. Humana also operates second-hand clothes shops in Denmark. "Exactly how the movement is organised is a puzzle," he said. "The organisation is not willing to reveal what is going on inside. It is very secret. There is a group of people, referred to as a teachers' group, that is in charge. Their interests are very widespread, as far as the Caribbean and Brazil." State funding was recently agreed for one of the community development projects in Zimbabwe, but only after UFF agreed to make changes to its structure, making it more democratic. However, Mr Per Lindstrom, an official at the Swedish embassy in Dublin, said much of the negative information about the organisation was "quite false". He saw the group's work in Angola when he was ambassador there. "What they did was quite impressive. I saw them at work planting forests, starting various types of agricultural activities, a fisheries project, and a shop where they sold clothes." Mr Richard Lugg, an officer with Hounslow Council in London, has been an outspoken critic of Humana for over a decade. "About 10 years ago they put a clothes bin in our borough," he said. "I was asked to look at it and I asked them for paperwork but they said they did not have any. I never came across a charity that did not inundate you with paper about what they do." Their Third World efforts, such as the clothing projects, often destroy indigenous industry, he said. He said the British Charity Commission had a very limited remit and generally only get involved if a charity is failing. "Tvind is not a failing charity. It has millions of pounds." Following the commission investigation, he said, the money which the organisation makes is more strictly controlled. "But they are still running shops. The commission appointed four British trustees to outvote the three Danes, but really this is not very effective because the trustees meet around three times a year." The organisation has more than 100 Internet websites, most aimed at recruiting workers for African projects. Students must pay for training courses and are involved in fund-raising while they train. Another Internet site advertises the Tvind empire's latest venture - the Tvind/SETI observatory. SETI is an acronym for Seeking Extraterrestrial Intelligence. Amateur radio hams are encouraged to become members,

Row, Andrew 4/19/2018
For Educational Use Only

HOME NEWS Irish-located charity was investigated in Britain, 1998 WLNR 2892027

at a cost of $50 annually. For a one-off payment of $1 million the amateur can become a "benefactor member". American dollars only are accepted and credit card payments drawn on US banks are encouraged. All the membership fees come to the organisation tax-free as the organisation is a registered charity in the US, according to the application form.

---- Index References ----

News Subject: (United Nations (1UN54))

Region: (Ireland (1IR50); Angola (1AN43); Scandinavia (1SC27); United Kingdom (1UN38); Zambia (1ZA15); Northern Europe (1NO01); Europe (1EU83); Africa (1AF90); Zimbabwe (1ZI44); Northern Ireland (1NO23); Southern Africa (1SO66); England (1EN10); Denmark (1DE14); Western Europe (1WE41))

Language: EN

Other Indexing: (AFRICAN; BRITISH CHARITY COMMISSION; CARE INTERNATIONAL UK; CHARITY COMMISSION; COMMISSION; COMPANIES OFFICE; CRUMLIN HOUSE; DANISH; DANISH MINISTRY OF EDUCATION; HELLE HERDIS BRONER LUND; HOME NEWS; HOUNSLOW COUNCIL; HUMANA; HUMANA LTD; MINISTRY OF EDUCATION; REVENUE COMMISSIONERS; SEEKING EXTRATERRESTRIAL INTELLIGENCE; SETI; TVIND; UFF; UK) (Alison O'Connor; Birgit; Mr; Richard Lugg; Snowre Westguard; Stadt; Westguard)

Word Count: 1929

End of Document

© 2018 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# Tvind på storstilet tøj-offensiv i USA

Under navnet Planet Aid opruster Tvind voldsomt med tøjhandel og
fundraising i USA med kontor på Wall Street i New York.

SØNDAG D. 13. FEBRUAR 2000 KL. 18:30 - OPDATERET TIRSDAG D. 25. FEBRUAR 2003 KL. 21:30

Af Christian Jensen, Michael Bjerre og Esben Kjær, New York

Den omstridte koncern Tvind har indledt en hidtil ukendt og storstilet offensiv i USA
og Canada for at skaffe millioner til sine internationale aktiviteter, efter at den danske
statskasse blev smækket i for tilskud fra januar 1997.

På præcis samme tidspunkt grundlagde Tvind organisationen Planet Aid, der er en
pendant til Tvinds Ulandshjælp fra Folk til Folk (UFF). Og Tvinds indtog i Toronto,
Boston og Philadelphia er blevet så stor en succes, at organisationen har planer om at
stille tøjcontainere op i yderligere 11 amerikanske stater.

"Vi udvider så hurtigt, vi kan. Formålet er at lave ulandshjælp, så jo flere midler, vi
kan indsamle, jo bedre. Vi lægger store planer, men det er jo ikke alting, der lykkes,"
siger præsident for Planet Aid, danskeren Mikael Norling, til Berlingske Søndag fra sit
kontor på den berømte Wall Street i New York.

Mikael Norling har, ligesom Tvinds forsvundne stifter Mogens Amdi Petersen,
tidligere været forstander på Tvinds Det Nødvendige Seminarium og skrevet flere
lærebøger, hvor han blandt andet hylder Pol Pots rædselsregime i Cambodia.

Planet Aid havde, ifølge egne regnskaber, indtægter for over en million dollar i 1998 -

Websitet anvender cookies til at huske dine indstillinger, statistik og at målrette annoncer. Denne
information deles med tredjepart. Læs mere

JEG ACCEPTERER

Tvinds verdensomspændende kæde af tøjhandel omfatter nu 32 lande.

Efter at Tvind længe har bygget skoler og sundhedscentre i Afrika, har Tvind-toppen nu besluttet, at der fra i år også skal startes "mere permanente" udviklingsprojekter "over hele Latinamerika", som det hedder i engelsksproget informationsmateriale.

## TOPHISTORIER

**»Det er nok den dårligst tænkelige start, vi har set på den nye fusionerede hovedorganisation«**
FOR ABONNENTER

**Trump tager til genmæle mod »beskidt« kvindelig komiker: Jokes om øjenskygge er en »ydmygelse af USA«**
FOR ABONNENTER

**Snyd, glemsomhed eller fejl? Flere hundrede millioner kroner uberettiget SU udbetalt på et år**
FOR ABONNENTER

**Verdens ældste edderkop er død**
FOR ABONNENTER

## MEST LÆSTE

**»Nogle græder simpelthen, når de finder ud af, hvilke konsekvenser arveafgiften kan have«**
FOR ABONNENTER

**Fem steder i Middelhavet, hvor du bør holde din ferie**
FOR ABONNENTER

## Tvind on mammoth clothes expansion drive in the USA

Under the name Planet Aid, Tvind is tremendously busy with clothing trade and fundraising in the United States with offices on Wall Street, New York.

Sunday, FEBRUARY 13, 2000 18.30 - UPDATED TUESDAY, FEBRUARY 25, 2003 21:30

By Christian Jensen, Michael Bjerre and Esben Kjær, New York

Controversial group Tvind has begun an unprecedented, mammoth expansion drive in the USA and Canada to raise millions for its international activities after the Danish government fund slammed the door on subsidies from January 1997.

At exactly the same time, Tvind founded the organization Planet Aid, which is a counterpart to Tvind's Ulandshjælp fra Folk til Folk (UFF). And Tvind's entry in Toronto, Boston and Philadelphia has been such a success that the organization plans to put up clothing containers in another 11 US states.

"We expand as fast as we can. The purpose is to provide assistance to developing countries, so the more funds we can collect, the better. We have big plans, but not all of them are successful, "says Planet Aid President, Dane Mikael Norling, to Berlingske Søndag from his office on the famous Wall Street in New York.

Mikael Norling, like Tvind's disappeared founder Mogens Amdi Petersen, has previously been principal of Tvind's The Necessary Teacher Training College and has written several textbooks, in which he praises, among other things, Pol Pot's horror regime in Cambodia.

According to its own accounts, Planet Aid's revenues amounted to more than one million dollars in 1998 – about seven million Danish kroner - in spite of the fact that the organization was just a few months old at that time. 1700 tons of clothes have been collected so far, and the organization has also been very successful with aggressive fund raising, going from door to door as well as setting up collection boxes.

The website uses cookies to remember your settings and to compile visitor statistics and targeted ads. This information is shared with third parties. Learn more.

OTHERS ALSO READ: Mystique about Esben Lunde's departure: Left without a...

Tvind's global chain of clothing trade now includes 32 countries.    ^

After Tvind has been building schools and health centers in Africa for a long time, the Tvind executive management has now decided that "more permanent" development projects "all over Latin America" should be launched this year, according to information materials in English.

Follow Berlingske:


## BUSINESS TOP STORIES


BUSINESS.DK
The Danish Financial Supervisory Authority was warned about possible money laundering in Danske Bank early on

FOR ABONNENTER

BUSINESS.DK
Marathon air service takes off between Copenhagen and Hong Kong

FOR ABONNENTER

BUSINESS.DK
**Apartment prices rise at "alarmingly fast rate"**

FOR ABONNENTER

BUSINESS.DK
New draft EU budget will cost Denmark billions


LATEST NEWS
MORE NEWS




The website uses cookies to remember your settings and to compile visitor statistics and targeted ads. This information is shared with third parties. Learn more

OTHERS ALSO READ Critique about Esbergs plans to deport area agreement with Tvind

EXHIBIT D

Row, Andrew 4/19/2018
For Educational Use Only

Charity's recycling claims mislead public, 2000 WLNR 6120964

**NewsRoom**

12/17/00 Independent on Sunday (UK) (Pg. Unavail. Online)
2000 WLNR 6120964

INDEPENDENT ON SUNDAY (UK)
Copyright © 2004 MGN Ltd. All rights reserved.

December 17, 2000

Charity's recycling claims mislead public

MICHAEL DURHAM

OUTSIDE THE Asda store in the West Midlands suburb of Great Barr there is a green metal container. Last week shoppers dumped nearly half a ton of old clothes and shoes into it. They believed they were helping the environment.

There are 200 such bins throughout the West Midlands, West Country, south Wales and southern England placed by Green World Recycling.

On the side of the bin a notice lists an ambitious programme of 18 objectives, saying that with the money raised by selling the clothes: "We hire rangers, install trails for eco-tourism, arrange nature study camps for schools, conduct scientific studies ...'

The notice says the bin belongs to The Gaia-Movement Trust Living Earth Green World Action. The Great Barr bin, like the others, is emptied three times a week; the contents go to a warehouse on the Blue Bird industrial estate in Wolverhampton. From there, once a week a trailer, usually from Poland, Russia or the Ukraine, is filled with 15 tons of old garments - at pounds 400 a ton, worth pounds 6,000 - and driven abroad. Twice a month a similar lorry leaves an industrial estate in Queensborough, Kent.

That is a turnover of pounds 468,000 a year. Yet although Green World Recycling has been in business for three years, it has not given a penny to charity, nor is there evidence that any of the projects advertised by The Gaia- movement Trust Living Earth Green World Action exist, except on paper.

And another company, called Planet Aid UK, is also collecting in the Midlands and the north in aid of the Third World. Their bins have surfaced in car parks and pub forecourts from Kettering to Sheffield.

Both companies are run by Torben and Birgit Soe, a married couple from Denmark. Mr Soe, 6ft 6ins, runs Green World Recycling from a tatty office on the Wolverhampton industrial estate, drives an old Renault van and lives in a modest semi-detached in Tamworth, Staffordshire.

The couple belong to an organisation called The Teachers Group, sometimes known as Tvind. The Teachers Group has a long and colourful history. It is run on the principles of a common economy: its members pool their incomes and

Row, Andrew 4/19/2018
For Educational Use Only

Charity's recycling claims mislead public, 2000 WLNR 6120964

wealth. They also submit to iron discipline. Hardly a penny of the millions raised by the Teachers Group goes to the world outside - the money is invariably spent on its own charities. And because the cash crosses national boundaries and ends in offshore accounts, it is seldom accountable.

The founder of the Teachers Group, a charismatic Dane named Mogens Amdi Petersen, has not made a public appearance since 1979 and is zealously protected by supporters in Florida, Zimbabwe and the Cayman Islands.

This strange, secret empire of several hundred ideologues is the organisation collecting through Green World and also Planet Aid.

Three years ago the Soes were associated with another clothes-recycling charity, Humana UK, which fell foul of the Charity Commission for financial mismanagement. It too was part of the Teachers Group. When it was investigated only 8 per cent of its turnover was going to "good causes". Humana was closed.

Mrs Soe is also a director of the College for International Co-operation and Development near Hull, east Yorkshire, which was subjected to Charity Commission inquiries in 1997, when it was a Teachers Group school for disturbed children.

The Soes came to Britain to help run Humana UK, then the recycling enterprises. Green World and Planet Aid UK are not registered with the Charity Commission: they are private limited companies. Mr Soe says any Green World revenue surplus will be passed to a foundation in Switzerland.

The Gaia-Movement Trust Living Earth Green World Action is registered in Geneva at an accommodation address in the Geneva World Trade Centre. There is no Gaia office. The address and phone number belong to a British businessman, Michael Rogers, who has no connection with Gaia but passes on mail.

Planet Aid's cheeky venture in the Midlands has already been noted by the Textile Recycling Association. Five charities, Barnardo's, the British Heart Foundation, Oxfam, The Salvation Army, and Scope, have drawn up a joint letter with the TRA and Recyclatex, another trade body, to be sent to local authorities and supermarkets, pointing out concerns about Planet Aid.

"Research indicates Planet Aid UK Ltd is directly related to Humana and thence to Tvind," the letter says. But the charities cannot agree on the precise wording and the letter has not been sent.

So what does happen to the money Green World Recycling and Planet Aid make?

"The money will go to a good cause," says Mr Soe. "Everybody knows it takes time to start up a company. We're just not there yet. We're not in a position to be able to give anything away."

Caption: The bins outside Asda list worthy projects, none of which have received a penny ANDREW FOX; Mysterious: Mogens Amdi Petersen EPA; Clothes worth pounds 400 a ton are sorted for sending abroad

---- Index References ----

Company: ASDA GROUP LTD; GREEN WORLD; SALVATION ARMY; ASDA GROUP PLC; BLUE BIRD

Row, Andrew 4/19/2018
For Educational Use Only

Charity's recycling claims mislead public, 2000 WLNR 6120964

Industry: (Environmental (1EN24); Corporate & Municipal Recycling (1XO60); Environmental Solutions (1EN90); Environmental Services (1EN69))

Region: (England (1EN10); Central Europe (1CE50); Europe (1EU83); United Kingdom (1UN38); Western Europe (1WE41); Switzerland (1SW77))

Language: EN

Other Indexing: (ASDA; BLUE BIRD; BRITISH HEART FOUNDATION; CHARITY; CHARITY COMMISSION; COLLEGE FOR INTERNATIONAL CO; GAIA; GAIA MOVEMENT TRUST LIVING EARTH GREEN WORLD; GENEVA WORLD; GREAT BARR; GREEN WORLD; GREEN WORLD RECYCLING; HUMANA; HUMANA UK; MOGENS AMDI PETERSEN; PLANET AID; PLANET AID UK; PLANET AID UK LTD; RENAULT; SALVATION ARMY; TEACHERS GROUP; TEXTILE RECYCLING ASSOCIATION; TRA; TRUST LIVING EARTH GREEN WORLD) (ANDREW FOX; Barnardo; Birgit Soe; MICHAEL DURHAM; Michael Rogers; Mysterious; Recyclatex; Research; Soe; Soes; Torben)

Word Count: 987

End of Document                                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# EXHIBIT E

Row, Andrew 4/19/2018
For Educational Use Only

Wanted cult chief on run in UK say Danish fraud squad, 2001 WLNR 7136125

NewsRoom

6/5/01 Independent (United Kingdom) (Pg. Unavail. Online)
2001 WLNR 7136125

Independent (UK)

Copyright © 2004 MGN Ltd. All rights reserved.

June 5, 2001

Wanted cult chief on run in UK say Danish fraud squad

Michael Durham

A RECLUSIVE cult leader wanted by police in Denmark has fled to Britain amid allegations of fraud and tax evasion in a worldwide "humanitarian foundation" worth hundreds of millions of pounds.

Amdi Petersen, who has not been seen in public for 22 years, is now in Britain, Danish officials said yesterday. An arrest warrant was issued by Danish police after raids on his headquarters in Grinsted, Denmark, in April. Mr Petersen, 61, who is believed to spend most of his time at luxury homes in Florida, the Cayman Islands or Zimbabwe, heads a network of interrelated charities in the Third World, the United States and Europe.

In Britain, "charities" connected with his organisation take an estimated pounds 2m a year.

Mr Petersen and four others are wanted by Danish police because of irregularities in a 75m-kroner (pounds 6m) charitable foundation, the Humanitarian Fund. Officials of Ulfborg, a Danish town where his organisation has a headquarters, said Mr Petersen had given written notice that he intended to travel to Britain "for the purpose of emigrating".

Danish tax experts said they believed Mr Petersen intended to put himself beyond the reach of Danish law because British fraud laws were less stringent. Two others from Mr Petersen's organisation, known as Tvind, have also moved to Britain. Mr Petersen, a former left-wing activist, dropped out of public life in 1979. Former colleagues say he feared assassination. One said: "Officially, Petersen went underground all those years ago to think great thoughts. In fact, we all knew he was in trouble." But he has built up a worldwide empire with charities and business in 50 countries worth at least pounds 3bn.

James Rawbone, a Briton who spent four months at a Tvind school in Denmark, described it as "a rather elaborate con-trick". Despite paying pounds 3,000 in fees, teaching was poor and facilities "close to non-existent".

In Britain, Mr Petersen's "charities" are the College for International Co-operation and Development, near Hull, and two commercial recycling companies, Green World Recycling and Planet Aid UK. In December, an investigation by The Independent on Sunday found that more than pounds 1m raised by Green World Recycling was being transferred to accounts in Switzerland and Holland.

Seven Humana shops and two schools in Hull and Norwich were closed by the Charities Commission in 1998.

Row, Andrew 4/19/2018
For Educational Use Only

**Wanted cult chief on run in UK say Danish fraud squad, 2001 WLNR 7136125**

Caption: Amdi Petersen: He built worldwide pounds 3bn empire

Copyright: Independent Newspapers(UK) Limited


---- Index References ----

Company: INDEPENDENT NEWSPAPERS LTD; INDEPENDENT NEWSPAPERS

News Subject: (Legal (1LE33); Police (1PO98); Judicial (1JU36))

Region: (England (1EN10); Europe (1EU83); United Kingdom (1UN38); Northern Europe (1NO01); Scandinavia (1SC27); Denmark (1DE14); Western Europe (1WE41))

Language: EN

Other Indexing: (BRITON; CHARITIES COMMISSION; GREEN WORLD RECYCLING; HUMANA; INDEPENDENT NEWSPAPERS; PLANET AID UK; RECLUSIVE; UK) (Amdi; Amdi Petersen; James Rawbone; Michael Durham; Petersen)

Word Count: 500

End of Document                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

EXHIBIT F

Row, Andrew 4/19/2018
For Educational Use Only

RECYCLING GROUP MEETS RESISTANCE, 2002 WLNR 10462925

**NewsRoom**

4/7/02 Wis. St. J. G1
2002 WLNR 10462925

Wisconsin State Journal
Copyright (c) 2002, Madison Newspapers Inc.

April 7, 2002

Section: DAYBREAK

RECYCLING GROUP MEETS RESISTANCE

George Hesselberg

Eva Nielsen sat in the coldest corner of a McDonald's restaurant on West Washington Avenue one afternoon last week and confessed she was stunned.

All she wants to do, the native of Denmark said, was place 60 big green metal boxes around the city of Madison, in the parking lots of gasoline stations and convenience stores. The people of Madison could fill those boxes with old clothes. Then her group would empty the boxes, weekly at least, and sort the clothes in Chicago. Some would be sold at one of the group's two used-clothing stores in that city. The rest would be packaged and sent overseas, probably to a sorting plant in Tunisia. The money from the operation would go to pay for environmental projects in Africa and India.

Nielsen, 55, knows what she is doing. She has done this in Honduras, in Armenia. She has taught in her group's "nontraditional" schools for troubled youth in Denmark, where she started as a student herself in the 1970s. She has even been headmaster at her group's schools. She has led students to help in Africa and India.

Madison seemed like the perfect place to expand to from Chicago.

"I think 60 boxes would be possible for what I think can be done here," said Nielsen, who figures a population of 4,000 for each box.

She has, however, just come from a visit with George Dreckmann, the city of Madison's recycling coordinator. He was cordial and interested, she said, but also skeptical about the group's background. Promotional help from the city would go a long way to filling the group's clothes boxes in Madison.

The group is Gaia Movement Living Earth Green World Action USA. It is connected -- loosely, spiritually, probably financially -- with a much larger group, Planet Aid. And, beyond that, it's connected to a group known as "Tvind," or "The Teachers Group," which was started in Denmark in the 1970s by a charismatic, reclusive and now jailed leader, Mogens Amdi Petersen. It has since grown to include schools, businesses and plantations and, at the center, the Teachers Group. That group pools its money and resources under many names.

Row, Andrew 4/19/2018
For Educational Use Only

**RECYCLING GROUP MEETS RESISTANCE, 2002 WLNR 10462925**

There are numerous Web sites devoted to debunking Tvind and tracing a seemingly endless web of tax havens, phony projects and front business, and the other side has Web sites devoted to explaining the various environmental projects supported by Tvind. A couple of large British newspapers, the Guardian and the Independent, have published investigative stories critical of the movement, claiming the money raised is not used for charitable or environmental works.

Nielsen sighs at all this and claims she just wants to collect old clothes to raise money that supports her nonprofit group's worldwide environmental projects.

In three years, however, no money has gone to charitable or environmental projects. Nielsen said the stores barely break even, and money from selling the surplus clothes overseas has been used to pay for donation boxes. A modest $24,000 has been raised in two years. She said she needs a minimum of $50,000 to support just one project.

It probably did not help her cause's effort in Madison that one of the group's supporters in Chicago, Elton Davis, sent an e-mail to "Sustain Dane," a respected area environmental group, announcing that Gaia would be in Madison next week with six volunteers looking for donation box sites. Sustain Dane did some research and passed along some of the critical newspaper articles to its membership.

Said Per Kielland-Lund, of Sustain Dane: "If they could prove that they are doing good work and a significant portion of their profits go to good projects, then we could consider working with them. As it is now, we will not."

Nielsen said she "cannot understand the negative hits" on the group to which she has devoted her life, and said the bad publicity was "a lie."

"I don't care" about the publicity, she said. "I try to do something good and not pay attention to this. I try to be honest and hard-working."

Her group is not a religion, not a political party and is not asking for money.

"I am a member of a group of people who have decided to share all their time and money. We are not a cult. We are the opposite of a cult."

In Los Angeles, however, Nielsen's leader, Petersen, is jailed on Danish charges of tax fraud -- all those environmental and educational projects were either hoaxes or for profit, the government charges -- and embezzlement of about $10 million.

Petersen has been living "in secret in a $10 million condominium on Fisher Island, a private retreat off the South Florida coast," the Los Angeles Times reports. The paper also reports Petersen has recently applied for citizenship in Zimbabwe and Brazil, which do not have extradition treaties with Denmark.

Back in Madison, Dreckmann at the city recycling office would like to help Nielsen with some promotion, but is waiting to hear about those charitable projects.

Anything that will increase recycling in the city is good, he said, and he is not the police, but there are certain red flags waving above this organization.

Row, Andrew 4/19/2018
For Educational Use Only

RECYCLING GROUP MEETS RESISTANCE, 2002 WLNR 10462925

Meanwhile, Nielsen surely must have heard some of this before. She believes she is just collecting clothes for her green boxes, but acknowledges a near lifelong devotion to Petersen's causes and organization. Her group, which is properly registered in Illinois, is not registered to collect anything in Wisconsin, yet, she said.

"It would be a waste of money to put our boxes here if opinion is against us," she said.

Reach George Hesselberg at 252-6140, or at the Wisconsin State Journal, P.O. Box 8058, Madison, 53708 or at ghesselberg@madison.com.
COLUMN: GEORGE HESSELBERG
CORRECTION: Restaurant is on East Washington
It was a McDonald's restaurant on East Washington Avenue, not West Washington Avenue, where Eva Nielsen was interviewed by George Hesselberg for a column on Page G1 of Sunday's newspaper about the Gaia Movement's efforts to recycle clothes in Madison.
(correction published 4-9-02)
TYPE: Column


---- Index References ----

Company: GAIA; MCDONALDS

Industry: (Environmental (1EN24); Apparel (1AP19); Apparel & Textiles (1AP20); Corporate & Municipal Recycling (1XO60); Environmental Solutions (1EN90); Consumer Products & Services (1CO62); Environmental Services (1EN69))

Region: (Wisconsin (1WI54); North America (1NO39); USA (1US73); Americas (1AM92); Africa (1AF90); Illinois (1IL01))

Language: EN

Other Indexing: (COLUMN; EAST WASHINGTON; GAIA; GAIA MOVEMENT; GAIA MOVEMENT LIVING EARTH; GUARDIAN; MCDONALDS; RECYCLING GROUP; RESISTANCE; TEACHERS GROUP; WASHINGTON AVENUE) (Back; Dreckmann; Elton Davis; Eva Nielsen; George Dreckmann; George Hesselberg; Mogens Amdi Petersen; Nielsen; P.O. Box; Petersen; Planet Aid; Reach George Hesselberg; Sustain Dane)

Edition: ALL

Word Count: 1202

End of Document                                © 2018 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

# EXHIBIT G

Row, Andrew 4/19/2018
For Educational Use Only

PLANET AID'S CHARITY WORK DRAWS WORLDWIDE..., 2002 WLNR 2560128

# NewsRoom

4/7/02 Boston Globe A1
2002 WLNR 2560128

Boston Globe (MA)
Copyright (c) 2002, Globe Newspaper Company

April 7, 2002

Section: National/Foreign

PLANET AID'S CHARITY WORK DRAWS WORLDWIDE SCRUTINY

Farah Stockman, Globe Staff

Beneath the yellow awning of Planet Aid's nonprofit store in Harvard Square, the idea on display is as attractive as the mannequins: The $7 you pay for someone's castaway corduroys might help fund an aid project in Zambia or Angola. That outgrown overcoat you donate could end up sheltering a refugee from the rain.

Planet Aid's model of economic idealism found such a welcome in Massachusetts that suburban Holliston became the group's headquarters in the United States. And rural Williamstown became the site for a campus that launches volunteers all over the world.

In 2000, three years after the organization began scattering its clothes collection containers across New England, Planet Aid brought in more than $3.6 million in clothes and cash, much of it from people who had been told in a brochure that half of their used clothes would be donated to the needy in Africa.

But almost none of the clothes donated to Planet Aid are given away, and only about 6 percent of the money the group raises is spent on charity, a Planet Aid official acknowledged a week ago.

Fred Olsson, the group's New England general manager, called the figure of a 50 percent donation "an error." "We sell it to the highest payer," he said. "That's how we raise money for our development programs."

It was not the first time that activists behind Planet Aid have been questioned about how much they donate to the poor. Unbeknownst to authorities in Boston, the British government took a recycled clothes operation run by Humana People to People, Planet Aid's parent organization, into receivership in 1998, after investigators could not determine what had happened to money from the clothing sales.

And elsewhere, Humana's recycled clothing operations in France and the Netherlands were reclassified as commercial businesses, according to a prosecutor in Europe.

Row, Andrew 4/19/2018
For Educational Use Only

PLANET AID'S CHARITY WORK DRAWS WORLDWIDE..., 2002 WLNR 2560128

And in February, the FBI arrested Mogens Amdi Pedersen, Humana's founder. He now awaits extradition to Denmark in a Los Angeles jail, on charges of tax fraud and embezzlement of millions of dollars from a vast international network of charities and for-profit companies.

Pedersen's arrest is part of an international tale of charity and profit, and involves an investigative trail that stretches to Massachusetts, and a group of activists so secretive and dedicated that some goverments have classified them as a cult. "They are in operation all over Europe and they are very active in the US, especially on the East Coast," said Poul Gode, a deputy prosecutor in Denmark's Division of Serious Economic Crimes, part of the Justice Ministry. "There is no doubt in my mind that Amdi is linked to Planet Aid in Massachusetts. . . . The charges against Amdi are not focused on what is happening with Planet Aid, but the people involved are the same."

But Olsson said the jailed charity founder has nothing to do with Planet Aid. "You can't find this person on any payroll or board of directors," Olsson said, of Pedersen. "They are talking about something which is not possible to prove."

The local presence of a world `cause'

The public face of Planet Aid can be found in Harvard Square, where music from the Rolling Stones blasts from a radio as teens in bell bottoms drift in past a world map surrounded by literature about Humana's work in Africa and Central America.

At Planet Aid's tonier location on Newbury Street, second-hand orange trench coats fetch $35 apiece from shoppers who are told how their purchases help aid projects abroad. Store employees listen to talks given by volunteers who return from overseas development projects with the Williamstown-based International Institute for Cooperation and Development, another Humana group.

"We're all doing it because we care about the cause," said Amy Lewis, store manager for three years, who reiterated figures from a brochure that 50 percent of all donated clothing is given to the needy in developing countries.

But at Planet Aid's more private headquarters in wooded Holliston, where colorful bales of sorted clothing are stacked up to the warehouse ceiling, workers freely say that "almost all" of the clothing is sold to pay for Humana-run development projects.

Planet Aid spent just about all of the $3.6 million it raised in 2000, the last year for which complete records are available. It gave out just 6 percent of that income, or about $217,000 that year, to projects including AIDS seminars, small-scale farming groups, and AIDS research. The rest went to salaries, rent, administrative fees, and costs associated with collecting the clothing and fund-raising.

Olsson, a Swedish activist who oversees the Holliston headquarters, called it the cost of doing business.

"When you run a nonprofit in the US, you have to pay your bills," Olsson said, adding that the stores themselves serve a worthy purpose as job providers. "I bet somewhere between 200 to 400 people get their living off of this."

Planet Aid's form to the IRS states that "the operating of four thrift shops . . . is an environmental purpose. . . . Collection and recycling of 14+ million pounds of used clothes, thus relieving local waste facilities."

But the Web site of Garson & Shaw, the for-profit company that buys Planet Aid's clothes and resells them in Eastern Europe, talks about recycled clothing as big business. Stranger still, Garson & Shaw's other major US supplier, the

Row, Andrew 4/19/2018
For Educational Use Only

PLANET AID'S CHARITY WORK DRAWS WORLDWIDE..., 2002 WLNR 2560128

for-profit company U'SAgain, is listed as a company controlled by Pedersen in an evidence summary filed by Danish prosecutors.

Olsson acknowledged that some of Humana's recycled clothing operations in Europe have raised suspicions, have been shut down, or have been declared commercial businesses, but he said the allegations had nothing to do with Planet Aid here.

"I know there is a lot going on overseas, and I can't answer for that," Olsson said. "I know what I am doing here."

The story that Humana people tell about the group's genesis starts 30 years ago, when a charismatic aspiring teacher in Denmark named Mogens Amdi Pedersen was dismissed from an academy for having long hair.

Disillusioned, he founded the Traveling Folk Schools, persuading young idealists to travel to Africa and Asia to aid in anticolonial struggles and live among the poor.

The Danish farm origins of a world organization

When they returned to Denmark, these activists pooled their resources and bought a farm in a place called Tvind. Under Pedersen's leadership, they launched a string of schools, farms, and charities that now spans 55 countries. In 1977, these activists - known as "Tvind" - launched the International Humana People to People Movement, an umbrella organization, which eventually moved its headquarters to Zimbabwe.

In 1979, Pedersen gave up all formal positions with the organizations and withdrew from public life.

The members of the group's inner circle, known as the Teachers Group, commit to staying with the movement for life, donating their salaries to a communal fund, and relocating anywhere they are needed, according to Danish prosecutors and former members.

At first, the group's efforts gained renown in Denmark, attracting thousands of volunteers. But as the schools and charities spread across Europe, critics accused group leaders of negligence, cloudy finances, and a near-fanatical demand for loyalty from members. Denmark passed a law forbidding state funding for the organization. French authorities classified the group as a nonreligious cult.

"It's huge, and nobody can really work out what's at the bottom of it," said Michael Durham, a British freelance journalist who created a Web site aimed at exposing Pedersen and the dozens of charities and for-profit companies he allegedly controls. "Is it about money? Is it about power? Is about this one man? Or is it about left wing politics?"

In 1997, Stuart Crookshank, an investigator with the Charity Commission in the United Kingdom, traveled to Zambia to find out what had happened to the used clothes that well-wishers had donated to Humana UK, Planet Aid's sister organization.

He found six stores selling used shoes and shirts at European prices.

"It's very good business," Crookshank said. "The question is: What happened to the money?"

Humana UK could not prove that their profits had been donated to charity, so the group was taken into receivership. But nothing stopped its leaders from changing the organization's name and resurfacing elsewhere, Crookshank said.

Row, Andrew 4/19/2018
For Educational Use Only

PLANET AID'S CHARITY WORK DRAWS WORLDWIDE..., 2002 WLNR 2560128

"Because they straddle the world and they exploit people's emotions and national views about charities, legally . . . it's very hard to crack," he said. "There are so many firewalls, smoke screens. To unravel it is going to take some very special investigators."

Last year, Danish authorities tried to be just that. They swooped down on the Teachers Group headquarters, cracked the codes on computers, and uncovered letters Pedersen had allegedly written describing how to hide funds of one humanitarian organization from "theft, taxation and prying from unauthorized persons," according to Danish prosecutors.

They found evidence that Teachers Group members "forgo their personal rights, such as their right to start a family according to their own wish." Prosecutors also reported signs that the group had diverted humanitarian funds to for-profit ventures, including a television station, commercial farms, and a Brazilian plantation engaged in "intense forest cutting," according to papers filed by Gode.

Pedersen, who had been living in a multimillion-dollar condominium in Florida, has hired Robert Shapiro, the lawyer who led the O.J. Simpson defense, to defend him from extradition charges in a Los Angeles court.

"It's been very difficult to go worldwide," said Gode, the Danish prosecutor, who said he plans to investigate only those crimes related to Denmark. "Our impression is that Amdi Pedersen controls this whole network of funds and companies due to his personal authority. He is the undisputed leader."

But Jamie Katz, chief of the public charities division of the Massachusetts Attorney General's office, said he was not aware of any complaint against Planet Aid and was not sure if he would investigate it.

"We have somewhere over 30,000 charities registered in Massachusetts and . . . the large majority of them are doing good work," Katz said. "I have a staff of five lawyers and three paralegals. A lot of our time is spent on complaints."

Planting their roots in an old 4-H camp

Humana came to Massachusetts in 1986. Ted Lewis, a University of Massachusetts graduate, and Eric Newman, a student at Hampshire College, had just returned from England, where they had volunteered with a Humana organization and joined the Teachers Group. Back home, they used a rundown 4-H camp in Western Massachusetts to launch, under Humana's umbrella, the International Institute for Cooperation and Development.

They worked nonstop, donated their salaries to the Teachers Group's communal pool, and soon recruited their first batch of overseas volunteers. The enthusiastic recruits each paid $5,000 in tuition, and raised much more for the opportunity to volunteer abroad.

"As we became successful in North America, the Danish folks that we worked with got more and more eager," Ted Lewis said in a telephone interview from the San Francisco-based nonprofit group, Global Exchange, where he now works. "I was summoned to a meeting on a visit to Denmark and there was Amdi," he said of Pedersen.

"There is sort of a mysterious quality to this guy," Lewis said. "He traveled secretly. He was introduced to me as a comrade. It was obvious from the way that he was treated and the things that he was saying and the way that he moved that he was a very special person."

Row, Andrew 4/19/2018
For Educational Use Only

PLANET AID'S CHARITY WORK DRAWS WORLDWIDE..., 2002 WLNR 2560128

At that meeting, Lewis said, Pedersen motivated him to stay another year at the International Institute for Cooperation and Development, even though he had become increasingly disillusioned.

In the end, Lewis resigned, because Humana kept calculating the institute to be in debt, and because of the strange way that he said his supervisors had interfered with his private life. "I've never been certain if it's any more evil than an ordinary American corporation," he said of the group. "But what I've always resented the most is that fundamentally, the resource that they were exploiting was young people's idealism."

The man who came from Denmark to take over Lewis's job was Mikael Norling, who later founded Planet Aid. Norling brought on Fred Olsson, who had been running a Humana recycled-clothing operation in Sweden, to help oversee the new Massachusetts group.

"The aim is to change people's lives," Olsson said, recalling how he learned of Humana when he joined a Traveling Folk School in 1978, and traveled from Sweden to Afghanistan to build a school. "I have chosen to spend my life on trying to make the world a better place."

Olsson said that he had met Pedersen "a few times," and acknowledged that he is himself a member of the Teachers Group. But he declined to say more. "It's a private matter," he said. "The Teachers Group is not a legal entity. It has no influence on Planet Aid."

A 19-year-old makes a disillusioning trip

Those comments came as a surprise to Sarah Bullentini, a 19-year-old who rode a train from Minnesota to work under Olsson at the Holliston warehouse so that she could earn her way to Zambia as an International Institute volunteer.

"The Teachers Group runs Planet Aid, under various names, all over the world," she said, adding that she didn't think it was a secret.

Bullentini spent two months sorting clothes for Planet Aid, and even attended a Humana conference in Denmark before her trip to Zambia.

"I learned about the bad press and the controversy," she said. "But I said, `As long as I get to Africa, as long as I do good work.' "

But in Zambia, everything went wrong, she said. She found Humana development projects having to pay $200 a bale for used clothes. Funding for her own project stopped completely. And then came Pedersen's arrest.

"When I joined . . . they said all these rumors about him being rich and living in Miami were false," she said. "But when he was arrested they said he had no ties to the Teachers Group and this will not affect the projects at all."

So, three weeks ago, Bullentini flew home.

"I know the organization has a lot of potential," she said. "But nobody knows where the money goes . . . I decided it would be better for me to come home and go to school, because there's not going to be much future for Humana."

SIDEBAR:
AROUND THE PLANET

Row, Andrew 4/19/2018
For Educational Use Only

PLANET AID'S CHARITY WORK DRAWS WORLDWIDE..., 2002 WLNR 2560128

PLEASE REFER TO MICROFILM FOR CHART DATA.

PHOTO CHART MAP

1. Fred Olsson, general manager, and Mike Cabral, warehouse manager, check in bundles of donations to Planet Aid headquarters in Holliston. Much of the clothing, officials have found, is resold abroad for profit. , GLOBE STAFF PHOTO , WENDY MAEDA
2. A Planet Aid outlet on Newbury Street, one of dozens around the world. Shoppers are told that purchases help world aid. , GLOBE STAFF PHOTO , TOME HERDE

TYPE: FAN

---- Index References ----

Company: AMDI

News Subject: (Social Issues (1SO05); Non-Profit Organizations (1NO22))

Industry: (Entertainment (1EN08); Gen Y Entertainment (1GE14); Gen Y TV (1GE33))

Region: (Zambia (1ZA15); Americas (1AM92); Denmark (1DE14); Sweden (1SW65); North America (1NO39); New England (1NE37); Western Europe (1WE41); Scandinavia (1SC27); Massachusetts (1MA15); Northern Europe (1NO01); Europe (1EU83); USA (1US73); Africa (1AF90); Southern Africa (1SO66); Eastern Europe (1EA48); Florida (1FL79); California (1CA98))

Language: EN

Other Indexing: (AMDI; CHARITY COMMISSION; FBI; GARSON SHAW; HAMPSHIRE COLLEGE; HUMANA; HUMANA PEOPLE TO PEOPLE; INTERNATIONAL HUMANA PEOPLE; INTERNATIONAL INSTITUTE; INTERNATIONAL INSTITUTE FOR COOPERATION AND DEVELOPMENT; IRS; JUSTICE MINISTRY; MOGENS AMDI PEDERSEN; PHOTO; ROLLING STONES; TEACHERS GROUP; TRAVELING FOLK SCHOOL; TRAVELING FOLK SCHOOLS) (1.; Aid; AIDS; Amy Lewis; Beneath; Bullentini; CHARITY WORK DRAWS WORLDWIDE; Crookshank; Eric Newman; Fred Olsson; Global Exchange; Gode; Holliston; Jamie Katz; Katz; Lewis; Lewis said; Michael Durham; Mikael Norling; Mike Cabral; Mogens Amdi Pedersen; Newbury Street; Norling; O.J. Simpson; Olsson; Pedersen; PLANET; PLANET AID; Planting; Poul Gode; Robert Shapiro; Sarah Bullentini; Stranger still; Stuart Crookshank; Ted Lewis; Unbeknownst)

Edition: THIRD

Word Count: 3019

End of Document                                                        © 2018 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

EXHIBIT H

Row, Andrew 4/19/2018
For Educational Use Only

Decoding MD + VA + DC, 2003 WLNR 19296413

**NewsRoom**

5/11/03 WashingtonPost.com (Pg. Unavail. Online)
2003 WLNR 19296413

WashingtonPost.com
Copyright © 2003 The Washington Post

May 11, 2003

Decoding MD + VA + DC

Answerman

What's the deal with those clothing drop boxes all over the District? Are they a subsidiary of a single company? Whom do they benefit? If you walk by a box overflowing with Anthropologie sweaters, is it okay to take one? Elaine Martin, Washington We thought this would be easy to answer. But then we discovered that the world of recycled clothing is a scary and complicated place. Most boxes in this area -- around 300 -- are owned by a nonprofit group called Planet Aid. The remaining boxes -- around 60 -- are owned by the Clothing Recycling Co., a for-profit corporation with close ties to charities.

Nearly all of Planet Aid's clothes are shipped to Third World countries to be sold. None of the clothes end up on the backs of Washington area people. Instead, said Ester Neltrup, general manager of Planet Aid in Washington, money from clothing sales is used to fund development programs in Nicaragua, Guatemala, India and Africa. A story in the Boston Globe last year charged that Planet Aid was linked to a secretive Danish organization called the Teachers Group whose founder, Amdi Petersen, is on trial in Denmark on fraud charges. Neltrup said there is no connection. The Better Business Bureau said Planet Aid is among the 37 percent of charities that do not meet all 23 of its standards. (Visit www.give.org for details.) The Clothing Recycling Co. gives about two-thirds of its items to charity, said owner Maureen Donovan. Much of that is donated to the Community Ministry of Montgomery County, which operates two free-clothing centers for the homeless and working poor. Ten to 15 percent is sold at two for-profit thrift stores. The rest is too dirty or worn out. Most people think you shouldn't take clothes from these boxes. If you can't resist, then make a contribution to your favorite charity, thus keeping your karmic bank account properly balanced. John F. Kelly Have a question about the D.C. area? Send an e-mail to answerman@washpost.com. Please include your name and address. Two-thirds of items dropped with the Clothing Recycling Co. end up donated to charity.

---- Index References ----

Company: BOSTON GLOBE MARKETING INC

News Subject: (Social Issues (1SO05); Health, Education & Welfare (1HE31); Social Welfare (1SO83))

Industry: (Corporate & Municipal Recycling (1XO60); Environmental (1EN24); Environmental Services (1EN69); Environmental Solutions (1EN90); Municipal Solid Waste Disposal (1MU11))

Row, Andrew 4/19/2018
For Educational Use Only

Decoding MD + VA + DC, 2003 WLNR 19296413

Region: (North America (1NO39); U.S. New England Region (1NE37); Americas (1AM92); USA (1US73); Western Europe (1WE41); Scandinavia (1SC27); Denmark (1DE14); Massachusetts (1MA15); Europe (1EU83); Northern Europe (1NO01))

Language: EN

Other Indexing: (PLANET AID; CLOTHING RECYCLING CO; BOSTON GLOBE) (F. Kelly Have; John Kelly; Ester Neltrup; Elaine Martin; Maureen Donovan; Amdi Petersen)

Word Count: 356

End of Document

© 2018 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

EXHIBIT I

Row, Andrew 4/19/2018
For Educational Use Only

Blurred vision, 2004 WLNR 19865506

NewsRoom

2/13/04 Chi. Trib. 1
2004 WLNR 19865506

CHICAGO TRIBUNE
Copyright © 2004 Chicago Tribune Company

February 13, 2004

Section: Tempo

Blurred vision
Mogens Amdi Pedersen founded Tvind as a teachers' collective in Denmark and then took it
worldwide -- including Chicago's used-clothing charity, Gaia. Now authorities in Europe call Tvind
a cult, and the enigmatic Pedersen faces trial for embezzling, tax evasion and money-laundering.

Monica Eng and David Jackson, Tribune staff reporters.

Ted Lewis was summoned to Denmark to meet the guru.

An idealistic 30-year-old who wanted to work with the poor around the world, Lewis played a minor role in the multinational charity known as Tvind. He ran a small Massachusetts school that trained volunteers to work in overseas development projects.

The year was 1988, and Lewis didn't know then what prosecutors allege today: that Tvind was slowly morphing from a countercultural teachers collective into a criminal enterprise.

Tvind's charismatic founder -- a lanky, long-haired Dane named Mogens Amdi Pedersen -- preached solidarity with the poor as he established schools, overseas development projects and profitmaking businesses in some 35 countries.

Making international news in 1978, one of Pedersen's "traveling folk high schools" built the world's tallest windmill as a class project. His academies for troubled youth won funding and support from government agencies in Virginia, England and war-torn Africa.

To fuel his expanding empire, Pedersen set his sights on the United States, a wellspring of charitable dollars and volunteer workers.

Lewis recalls Pedersen arriving at the spare, Tvind meeting room in Denmark that day in 1988. He was "like an Oz, really grandiose," Lewis says today. "He was the man with great vision who gets you thinking about the big possibility."

The Tvind leader spread a U.S. map before them, Lewis recalls.

"Let's dream," Pedersen said.

Row, Andrew 4/19/2018
For Educational Use Only

Blurred vision, 2004 WLNR 19865506

In the 16 years since that meeting, Pedersen brought an astonishing vision to reality: America is now stitched from coast to coast with Tvind schools, charities and businesses. Tvind's multimillion-dollar U.S. empire is growing even as Pedersen faces criminal charges in Europe. Danish officials have charged Pedersen and seven top aides with embezzling $9 million from Tvind's main charity and illegally evading $11 million in taxes. In Belgium, a separate trial is under way in which Pedersen and five Tvind leaders face money laundering charges.

Chicago is dotted with the red-and-white-checkered clothing collection bins of Tvind's Elgin-based for-profit U'SAgain and the green boxes of the Chicago charity named Gaia, which promises environmental projects that have yet to materialize.

Sharing directors and funds with the clothing businesses are three U.S. "institutes" whose students labor in Tvind-run development projects overseas. Registered as charities, they took in a total of more than $3 million from 1999 through 2002. But in Tribune interviews, a dozen former students said their training was paltry.

Lewis quickly grew disenchanted with Tvind and quit the group within a year of meeting Pedersen. Today, he directs programs for the Global Exchange human rights organization. He is among the disillusioned former members whose stories show how Pedersen set out to harvest this country's wealth and generosity.

Pedersen did not respond to an interview request made through his Danish attorney. But from conversations with former members, a portrait emerges of Tvind's multifaceted leader: Radical hippie teacher. Hard-charging CEO and master franchiser. Trusted friend. Paranoid, controlling father figure.

Pedersen found ways to infiltrate the hearts of his followers and exert his control. Sometimes he decided whether and when Tvind members might marry and have children. Sometimes he separated couples for the supposed good of the group.

In 1979, amid Danish press reports that Tvind was engaged in deceptive practices, Pedersen went into hiding, telling followers that right-wing operatives had attacked him with guns. He continued to oversee Tvind while shuttling among secret locations around the world.

FBI agents arrested him between international flights at Los Angeles International Airport in 2002, and began the process of extraditing him to Denmark to face trial. Scribbling his signature on a Los Angeles federal court affidavit, Pedersen requested a public defender because he had only $2,000 to his name. As "part of a communal group," he said he owned no property, bank accounts or stocks.

But to fight his extradition, Pedersen somehow found the cash to hire Robert Shapiro, the swashbuckling Hollywood attorney who defended O.J. Simpson.

At a February 2002 federal court hearing in Los Angeles, Shapiro told the judge that "there is no doubt in my mind that [Pedersen] is an honorable man. He is a humanitarian."

Shapiro said: "This is, in fact, one of the most humanitarian organizations in the world." Nearly a million African people depend on the group "on a daily basis for shelter, for education and for AIDS awareness and prevention."

If Pedersen were locked up, Tvind development projects might wither, Shapiro warned. "Millions of people around the world who are on the poverty level, who are depending on this for education, will indeed be cut off."

Row, Andrew 4/19/2018
For Educational Use Only

Blurred vision, 2004 WLNR 19865506

Despite Shapiro's pleas, Los Angeles federal magistrate judge Stephen J. Hillman extradited Pedersen to Denmark, where his trial is scheduled to begin later this year and last through 2005.

A long, strange trip

In a Danish police photograph, the 64-year-old fugitive wore a metal-studded motorcycle jacket. With blue-gray eyes and thin snowy hair above his high forehead, he smiled wanly at the camera.

It has been a long, strange trip for the rebel teacher who captured the imagination of the Danish public in the 1970s.

Born in a small Danish town to a middle-class family -- his father worked as a school headmaster -- Pedersen (whose name is sometimes spelled Petersen or Pederson) became a high school teacher at 23, in the Danish city of Odense. According to Tvind lore, he was fired for wearing long hair in 1969. Pedersen bounced back, founding his first "traveling folk high school" in 1970.

With horn-rimmed glasses and an infectious grin, the 30-year-old attracted a cadre of dedicated educators who embraced his pedagogical method: Teach youngsters how the world works by taking them deep into it. In ramshackle buses and reconditioned sailboats, Pedersen's students made monthslong journeys to Africa and the Far East.

"It was all these young people singing into the night," recalled former member Hans la Cour.

Pedersen lectured against drugs and casual sex as he built wide support for the collective he called "Tvind" -- the name of the small farming village where he first gathered them -- or sometimes "the Teachers Group."

He initially won the backing of the Danish government, which provided grants and teacher salaries. Tvind schools sought out troubled youth. Returning pupils became teachers to the new followers. Over time, some 300 to 500 Scandinavians pledged their time and money to the collective, along with an unknown number of others in Europe, Africa and the Americas, prosecutors in Denmark and the U.S. say.

With little success, they experimented with novel sewer technologies, energy-efficient cars and machines that convert waste into energy. Tvind constructed schools with relentless zeal, enlisting students as brick-and-mortar laborers.

Pedersen "was always the first one up in the morning and the last to go to bed. He was the one with the ideas," la Cour said. Tvind "set out to conquer the world. Their original ambition was world revolution."

Although Pedersen's collective seemed from the outside to be loose and democratic, he asserted growing control over Tvind's treasury and the lives of its members, according to prosecutors in Denmark and the U.S.

Us-against-them mentality

When Pedersen went underground, "the nature of the beast started showing," la Cour said. "As Amdi became more isolated from the real world, he wanted to create this feeling of us against everybody else -- `Look, they're after us.'"

Pedersen instructed some members to go to their family homes and burn old photos and letters so that nobody could trace them if they also went underground. "His followers say farewell to their history," former Tvind member Steen Thomsen wrote in a 1998 report to the Danish Ministry of Education.

Row, Andrew 4/19/2018
For Educational Use Only

Blurred vision, 2004 WLNR 19865506

Following Maoist principles of `constructive self-criticism,' followers who balked at Tvind directives were subjected to relentless, hourslong rounds of group criticism. "Anybody who dared stand up would get worked on," la Cour said.

La Cour quit the group in 1990, walking off a Tvind sailboat when it docked in New Zealand. He had fallen in love with an American crewmember, and Pedersen had forced them to separate.

Pedersen felt "the relationship would divert attention from what I was there to do," la Cour says today. "He was grooming me to be a leader and said I had to sacrifice."

In America, Pedersen had initially given free rein to Ted Lewis and his friends to launch Tvind's first U.S. institute in 1987 to train students for overseas development projects.

But Lewis said Tvind leaders asserted control over the finances and the Americans' personal lives.

"That's when the whole thing started to fall apart," he said. "They started to do things that very quickly crossed my line," when they "started to tinker with people's destinies."

When the Americans demanded greater autonomy, Tvind sent over a top official -- the now-indicted Bodil Sorenson -- who "effectively split the group," Lewis said. "We decided to leave without trashing it or tearing them down. We turned over the keys."

All four of the institute's founding board members eventually quit Tvind.

Over the 1990s, Pedersen dropped any pretense of living a Spartan life. A Tvind-run company called Chilton Intervest began purchasing luxury condos on exclusive Fisher Island in Florida, for Pedersen and his top aides, Miami-Dade County land records show.

Blending charities and businesses

While Pedersen remained out of sight, Tvind's expanding U.S. operations skillfully blended charities and profit-taking businesses into a flourishing operation.

The Tvind members who manage the group's American operations say they have no connection to the criminal allegations in Denmark. But court and corporate records reveal ties.

In one example, Tvind's U.S. institutes to train development volunteers have paid hundreds of thousands of dollars in rent to a for-profit Tvind company called AS Properties Ltd., land and tax records show. That company's vice president, Tvind attorney Kirsten Fuglsbjerg, has been indicted in Denmark. She uses the alias "Christie Pipps" in U.S. land transactions, records filed by the Danish prosecutor show.

Pedersen scrupulously kept his name off all Tvind documents. But from behind the scenes, Assistant U.S. Atty. Matthew E. Sloan wrote in court papers, he became "the undisputed leader of an organization that controls well over $100 million in assets worldwide and had gross income of over $100 million as recently as 1995."

Building the type of capitalist empire he once railed against, Pedersen used humanitarian funds to transform Tvind's Malaysian rain forest conservation project into a commercial sawmill, U.S. and Danish prosecutors say in court papers.

Row, Andrew 4/19/2018
For Educational Use Only

Blurred vision, 2004 WLNR 19865506

"It seems to me that they started out in the early days with an aim to create some very good things," Danish prosecutor Poul Gade told the Tribune. "But perhaps it got out of hand -- power corrupts, and it is more fun to be a CEO of a multimillion-dollar company and to live in Miami than to do hard labor to help the poor."

Meanwhile, Tvind's clothing operations continue to flourish in the United States, while Pedersen is free on bond preparing for the two criminal trials in Denmark and Belgium.

When Pedersen was arrested, "the newspapers were quick to say that Tvind would be shut down," la Cour said. "I said, Forget it. They are going to be stronger than ever. It is a misunderstanding that all of this is driven by Amdi alone."

La Cour said: "Those foot soldiers are out there thinking they are doing a good job. They're living Spartan lives and working long hours. They're not grabbing money.

"This is the reason the whole empire still exists, I think," la Cour said. "You can't really shut down things that people believe in."

- - -

Gaia is only one of Tvind's U.S. operations

The Denmark-based organization known as Tvind runs schools, charities and for-profit businesses in more than 35 countries around the world. In the U.S., Tvind runs several linked clothing collection businesses, as well as three schools. The operations share officers and funds with each other.

GAIA: A Chicago-based charity that reported earning a total of $2 million, 1999-2002.

PLANET AID: A charity that resells castaway clothing and donates the profits to humanitarian projects mostly run by other Tvind companies. Active on the East Coast, Ohio and Michigan, it has reported total earnings of $15.6 million, 1999-2002.

PLANET AID PHILADELPHIA: A charity that reported earning a total of $2.1 million, 1999-2002.

U'SAGAIN: The for-profit firm has registered offices in several states, including Illinois, Georgia, Minnesota, Texas, New York and Washington. Its finances are not public.

GARSON & SHAW: This Atlantabased for-profit clothing broker takes commissions from the charities and U'SAgain to market their clothes overseas. Its finances are not public.

INSTITUTES: In addition to its clothes collection businesses, Tvind runs three U.S. "institutes" in Michigan, Massachusetts and California that recruit volunteers to labor in Tvind-run development projects overseas. The institutes took in a total of more than $3 million, 1999-2002.

(Maps showing the states in which Tvind runs schools, charities and for-profit businesses.)

Source: IRS; Tribune research

Row, Andrew 4/19/2018
For Educational Use Only

Blurred vision, 2004 WLNR 19865506

Copyright © 2004 Chicago Tribune Company

---- Index References ----

Company: GLOBAL EXCHANGE SERVICES INC; MORRIS NEWSPAPER CORPORATION OF KANSAS; AMDI

News Subject: (Legal (1LE33); Judicial (1JU36))

Region: (Americas (1AM92); Denmark (1DE14); North America (1NO39); New England (1NE37); Western Europe (1WE41); Scandinavia (1SC27); Massachusetts (1MA15); Europe (1EU83); Northern Europe (1NO01); USA (1US73); Africa (1AF90); Michigan (1MI45); Illinois (1IL01); Belgium (1BE51); Florida (1FL79); California (1CA98))

Language: EN

Other Indexing: (AIDS; AMDI; ASSISTANT; CHILTON INTERVEST; DANISH; DANISH MINISTRY OF EDUCATION; FBI; GLOBAL EXCHANGE; INSTITUTES; MAOIST; MOGENS AMDI PEDERSEN; PEDERSEN; PROPERTIES LTD; SPARTAN; TEACHERS GROUP; TRIBUNE; US ATTY) (Active; Blurred; Bodil Sorenson; Born; Christie Pipps; Cour; Forget; Gaia; Kirsten Fuglsbjerg; Lewis; Maps; Matthew E. Sloan; Michigan; O.J. Simpson; Ohio; Paranoid; Poul Gade; Returning; Robert Shapiro; Scribbling; Shapiro; Steen Thomsen; Stephen J. Hillman; Ted Lewis; Trusted; Tvind)

Keywords: CHARITY; DENMARK; FRAUD; BIOGRAPHY; SERIES ENVIRONMENT; PROFILE

Edition: Chicago Final

Word Count: 2695

                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

EXHIBIT J

## *Donor bins are a big business; But the nonprofit collecting clothes in the area has ties to a network that's facing worldwide scrutiny.*

Sacramento Bee (California)

November 5, 2006 Sunday, METRO FINAL EDITION

Copyright 2006 McClatchy Newspapers, Inc. All Rights Reserved

**Section:** MAIN NEWS; Pg. A1

**Length:** 1524 words

**Byline:** Todd Milbourn Bee Staff Writer

# Body

The big green bins make big green promises: Donate old sneakers and help save a barrier reef. Give threadbare T-shirts and protect the mangroves. Offer out-of-style sweaters and support renewable energy.

More than 100 such bins have been set up alongside Sacramento sidewalks, storefronts and strip malls in the past year by a charity called Gaia-Movement Living Earth Green World Action. The Chicago-based nonprofit sells the donated goods to finance environmental projects around the world.

What Gaia doesn't advertise is that the used clothes also raise money for a vast, international used clothing empire whose finances are so inscrutable, several European governments have lost confidence in charitable claims of this network -- known as Tvind.

European authorities have cracked down on Tvind over the past decade. France and the Netherlands rescinded the licenses of one of its used clothing charities because investigators couldn't follow the money. The United Kingdom took control of a Tvind charity's assets for similar reasons. And Denmark accused eight Tvind leaders of running an embezzlement and criminal tax evasion scheme that channelled millions of humanitarian dollars into profit-making ventures. All but one of the defendants were acquitted at trial this summer.

Meanwhile, the Tvind network has extended its reach in the United States, particularly Northern California.

The group relied upon Gaia, one of its largest U.S.-based charities, to place used clothing bins in Sacramento and the Bay Area. Tvind also opened a school on the outskirts of Etna, a Siskiyou County logging town, to recruit and train volunteers for environmental and educational projects in poor countries.

Gaia officials in Chicago didn't return phone calls, and Tvind doesn't have a central office to respond to questions.

The group's local leaders acknowledged that Tvind is big business, but said they've seen the group's good works with their eyes: Trees planted in Mozambique. Health education in Nicaragua. AIDS outreach in Namibia. The bins also keep old clothes out of landfills.

"The top guys can get into trouble in any corporation," said Bernie Banderas, who volunteered in Mozambique last year and now manages Gaia's growing Sacramento operation. "They do have a humanitarian heart. It's just that the group operates a little differently than a church or the Peace Corps."

The big green bins Standing more than 6 feet tall and resembling giant metal mailboxes, the Gaia bins are hard to miss in Sacramento. Placing them is easy. All the charity needs is a property owner's permission.

Donor bins are a big business; But the nonprofit collecting clothes in the area has ties to a network that's facing worldwide scrutiny.

Kim Hanks, a self-described environmentalist, spied a bin outside the Uptown Market on Capitol Avenue a month ago. She liked Gaia's idealistic message.

"It's very convenient," said Hanks, a 42-year-old state worker who donated a garbage bag full of old sweaters and socks that had been taking up space in her closet. "At the very least, it keeps it from going into the landfill."

About 20,000 pounds of clothes are dumped into Sacramento's bins every week, Banderas said. Some of it is sold to local thrift stores. Most of it is shipped and sold abroad, tapping a booming market for Western styles and raising money for Tvind.

"There's a huge demand for American fashion, especially in places like Japan and Brazil," said Banderas, who was tossing garbage bags of clothes into a moving truck last week outside Rico's Pizza on Northgate Blvd. "That stuff sitting in your closet is worth more than you think."

Gaia says it then uses the revenue -- more than $1 million through the Chicago office alone in 2004, according to the most recent tax records -- to support environmental programs. But tax records don't show how much money was spent on specific programs.

Army of volunteers Much of Tvind's labor is supplied by a small army of volunteers. Many are idealistic 20-somethings looking for a chance to travel and help the world's poor.

Volunteers get six months of language and cultural training at one of Tvind's three schools in the United States. They are then sent abroad to help with aid efforts.

Tvind's newest school -- Campus California TG -- opened five years ago in an old, dormlike U.S. Forest Service building in Etna. African art hangs from the walls. Bob Marley tunes waft from the stereos.

The students live, eat and study together.

And raise funds.

After paying $3,300 for tuition, students must raise $7,000 before going overseas.

Yeun Joo Hwang, a 26-year-old from South Korea who discovered Campus California on the Internet, credits the school with broadening her cultural awareness. She recently returned to California from Namibia, where she lived in a hut for five months and rode a bike through the countryside distributing information about AIDS.

But she said the focus on fundraising is frustrating.

Within two weeks of her initial arrival in California, campus officials sent her to San Francisco to solicit donations on the street and secure new spaces for bins -- even though she spoke little English.

"I just memorized the words" of the sales pitch, said Hwang, who now speaks English fluently. "If somebody asked me a question, I just smile."

Josephine Johnson, a Denmark native who oversees the Etna campus, said language and cultural classes take precedence. But, "we're trying to improve the lives of people in these countries, and we can't support our programs without money," she said.

Some of Tvind's efforts have fared better than others.

Zahara Heckscher, an editor of Transitions Abroad magazine, worked on a Tvind tree-planting project in Mozambique in the late 1980s. She returned to Mozambique 10 years later while researching a book on overseas volunteering. To her dismay, every tree had died. They had not been suited to the climate.

Heckscher, whose book includes a chapter on Tvind, said many of Tvind's programs are marred by poor planning. For instance, she said some Tvind volunteers are sent abroad on tourist visas, which can cause problems if the host country finds them working.

Donor bins are a big business; But the nonprofit collecting clothes in the area has ties to a network that's facing worldwide scrutiny.

"I can't say they don't do some good," Heckscher said. "But the staff who join aren't well-trained, there's sloppy planning, and some of the programs aren't culturally appropriate."

Banderas, the Gaia manager in Sacramento, had nothing but praise for the program he volunteered for in Mozambique. He and other volunteers distributed information about AIDS to villagers and handed out soybean flour.

"When you go there and see young people from all over the world pulling together to get something done, it's really awesome," he said.

Tainted history Understanding Tvind -- its structure, scope and finances -- has become a career-long pursuit for government investigators and journalists in Europe.

Founded in Denmark in 1970 by a collective of idealistic teachers espousing a revolutionary creed to end global poverty, Tvind gradually evolved into a $100 million labyrinth of charities and for-profit companies spanning some 55 countries, according to court records filed in the criminal case in Denmark.

Affiliated outfits operate under a dizzying array of names: Gaia, Humana People to People, U'SAgain and Planet Aid, to name a few. These organizations share executives, and money is often moved among the enterprises, which extend far beyond clothes collection.

Tvind's Institute for Scientific Research and Applied Sciences offers a window into the group's convoluted nature, Danish prosecutors write in court documents available on the Internet. Tvind members founded the institute in 1987 to examine "the real distance between the general level of the sciences and its advantages to the general population, especially in the Third World." But the institute has no employees, and Tvind members couldn't show that it had conducted any research. Prosecutors alleged that the institute was established to launder money.

Overseeing it all, according to prosecutors, is Tvind's founder, a self-described revolutionary named Mogens Amdi Pedersen. He is surrounded by a cadre of loyal deputies who embrace a "collective economy" philosophy and are asked to turn their financial resources over to the group, according to prosecutors. The collective financing and strict hierarchy of Tvind's inner circle -- called the Teachers Group -- led Danish prosecutors to label the group as a secular cult.

European authorities started investigating Pedersen's empire in the late 1970s. But the leader went underground, according to news reports. Pedersen's whereabouts were unknown until 2001, when a pair of Danish investigative reporters found him living in a $6 million apartment on an island off the Florida coast. Pedersen was arrested on tax fraud and embezzlement charges a year later and extradited to Denmark on a warrant issued by Interpol, the international police agency.

In August, in a case that was front-page news in many parts of Europe, Pedersen and seven of his lieutenants were acquitted by a jury of the embezzlement and tax fraud charges. Tvind's financial director was found guilty of embezzling $10 million and received a suspended sentence. The case is under appeal.

The Bee's Todd Milbourn can be reached at (916) 321-1063 or *tmilbourn@sacbee.com*

# Graphic

Sacramento Bee / Anne Chadwick Williams

Bernie Banderas, who manages the Gaia operation in Sacramento, collects clothes Wednesday from an area bin. About 20,000 pounds of clothing pile up in 100-plus local bins each week, he said.

Sacramento Bee / Olivia Nguyen Anatomy of a used clothing empire Arrows represent the flow of used clothing from the United States to Central America and Africa. Profits from clothing sales are sent to Denmark.

Donor bins are a big business; But the nonprofit collecting clothes in the area has ties to a network that's facing worldwide scrutiny.

Schools One of Tvind's three U.S. schools, the Etna campus, trains students for six-month stints in Africa. The students spend much of their time at the school fundraising.

Bins Tvind-affiliated charities have placed used clothing collection bins across Europe and the United States, including hundreds in Sacramento and the Bay Area.

Mogens Amdi Pedersen After he spent 20 years on the lam, authorities arrested Tvind's founder, who had been living in a Florida mansion. A Danish jury acquitted him in August of tax fraud and embezzlement charges.

Clothes sales Used clothes are shipped to developing countries and sold, tapping a growing market for U.S. styles.

Tvind Money from clothes sales supports Tvind, a Denmark-based network of charities and companies that spans 55 countries. Tvind affilates spend the money on aid programs, such as tree plantings, health education and AIDS outreach.

Source: Bee research / Todd Milbourn

**Load-Date:** September 8, 2008

---

End of Document

EXHIBIT K

Row, Andrew 4/19/2018
For Educational Use Only

Neighborhood clues, 2010 WLNR 28404629

NewsRoom

1/1/10 IRE J. 24
2010 WLNR 28404629

Investigative Reporters & Editors, Inc. The IRE Journal
Investigative Reporters & Editors Winter 2010

January 1, 2010

Volume 33; Issue 1

Neighborhood clues

Tisha Thompson

Big yellow boxes lead to review of far-flung charity

During my college years, former IRE Executive Director Brant Houston took my journalism class on a field trip - down the street. He told us to walk one city block and find "1 0 investigations to write about." I think I probably came up with six terrible ideas.

But the lesson never left me, which is why I was so suspicious when big, yellow clothing donation boxes labeled "Planet Aid" showed up in my neighborhood. Two were left in front of my grocery store, while another showed up at my gas station. Two more were plopped in front of an RV supply store.

In bold letters, the boxes say that Planet Aid is a nonprofit "501 (c)(3) tax-exempt organization."

Hello, GuideStar.

If you've never been to GuideStar (www.guidestar.org), it's a lovely place for fishing. The free version requires you to log in, but doesn't send you spam. Once inside, you can search the tax records for most nonprofits.

The 990s are full of obvious, and not-so-obvious, treasures. One of the easiest things to do is to look up how much the head honchos make. For instance, I discovered our local kiddie soccer league pays more than $1 00,000 a year for what I had thought was a volunteer position.

Planet Aid's most recent 990 revealed it raised just under $30 million last year. It sent about a third of its total revenue to other charities. The document gave me the names and addresses of the group's management.

This same 990 prompted groups such as the Better Business Bureau to conclude that Planet Aid spends too much on administrative costs and not enough on charity.

Row, Andrew 4/19/2018
For Educational Use Only

Neighborhood clues, 2010 WLNR 28404629

But if we've learned anything in this rough economic climate, it's never to accept an organization's balance sheet at face value.

The IRS requires all nonprofits to list the name, address and amount of "Cash Grants and Allocations to Others" in Section 5 of the form. Planet Aid says it gave more than a third of its profits to a six-page list of charities in 1 5 different countries.

At first, the list looks impressive. But then I started to notice trends jumbled up among the numbers. All five charities in South Africa, for instance, had the same street address. But when the South African Embassy ran them through its charity databases, none were listed as registered charities. Instead, the address came back for the "International Humana People to People Movement."

I repeated the exercise for each country and found every charity listed in Section 5 was part of the "International Humana People to People Movement," a mega-organization based in Zimbabwe under the protection of dictator Robert Mugabe. Humana listed the vast majority of these charities on its own Web site. That same list included Planet Aid. In a widely publicized criminal trial, European investigators have linked Humana to the controversial Danish group "Tvind," which some critics label a cult.

After researching Tvind in the United States and Europe, I was able to link some of Planet Aid's leaders directly to Tvind. I also found their names listed on the 990 forms for at least five other nonprofits based in the United States.

Critics say Tvind uses Planet Aid and Humana's other charities to funnel money directly into the pocket of its enigmatic leader, Amdi Pedersen. European investigators say Pedersen is worth an estimated $850 million and used the nonprofits to pay for his lavish lifestyle, including million-dollar homes, a yacht, a television station and for-profit corporations in places such as Tahiti and Brazil. As a result, Pedersen and his top lieutenants have been on the run from Interpol for years. The one Tvind leader who has been caught was convicted in January by the Danish government for tax fraud and embezzlement.

Planet Aid repeatedly refused an on-camera interview, but did say in a statement it was "not aware of a recent trial in Denmark that is linked to Planet Aid" and that Pedersen does not have "any relationship with the organization." As for calling it a cult, Planet Aid says that's "a most ridiculous claim."

Since our series aired, some of the yellow boxes have started to disappear. The one outside my gas station was suddenly replaced the other day by a donation bin from a well -respected local charity.

I guess it's time to go find the other nine stories I have yet to uncover in my own back yard.

All five charities in South Africa, for instance, had the same street address. But when the South African Embassy ran them through its charity databases, none were listed as registered charities.

By Tisha Thompson

WTTC-Washington, D.C.

Tisha Thompson is the investigative reporter for WTTC-TV in Washington, D.C. She learned to be suspicious when she went to get her master's degree at the University of Missouri School of journalism.

Row, Andrew 4/19/2018
For Educational Use Only

Neighborhood clues, 2010 WLNR 28404629

---- Index References ----

News Subject: (Corruption, Bribery & Embezzlement (1EM51); Crime (1CR87); Emerging Market Countries (1EM65); Fraud (1FR30); Philanthropy (1PH09); Social Issues (1SO05); Taxation (1TA10))

Industry: (Accounting, Consulting & Legal Services (1AC73))

Region: (Africa (1AF90); Americas (1AM92); Denmark (1DE14); District of Columbia (1DI60); Europe (1EU83); North America (1NO39); Northern Europe (1NO01); Scandinavia (1SC27); South Africa (1SO81); Southern Africa (1SO66); U.S. Mid-Atlantic Region (1MI18); USA (1US73); Western Europe (1WE41))

Language: EN

Other Indexing: (Amdi Pedersen; Brant Houston; C.Tisha Thompson; Robert Mugabe)

Keywords: Nonprofit organizations; Criminal investigations

Word Count: 815

End of Document © 2018 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

EXHIBIT L

Row, Andrew 4/19/2018
For Educational Use Only

Charity drop-off box? Not always, 2011 WLNR 9671314

NewsRoom

5/15/11 Chi. Trib. 1
2011 WLNR 9671314

CHICAGO TRIBUNE
Copyright © 2011 Chicago Tribune Company

May 15, 2011

Section: News

Charity drop-off box? Not always
Controversial groups, for-profits get in the game

Monica Eng, Tribune reporter

The process of donating used clothing used to be pretty straightforward, with most of it going to big charities like the Salvation Army, Goodwill and St. Vincent de Paul.

In recent years, however, clothing donation has become more confusing -- even as it's grown more convenient -- as a wide array of colorful collection boxes has sprouted up in parking lots all over the nation.

Though the drop-off boxes may look similar at first glance, only some are operated by charities. Other boxes are placed by commercial companies that may -- or may not -- donate some money to charity. And some of the charities involved don't meet the baseline standards of the Better Business Bureau or the Chicago-based American Institute of Philanthropy.

During a day's drive around the Chicago area, the Tribune spotted about 10 types of boxes that ran the gamut from collecting the clothes almost entirely to benefit charity (Salvation Army) to collecting the clothes purely for profit (USAgain).

"In the last 15 years or so the landscape has changed," said Cheryl Lightholder of Goodwill Industries Metropolitan Greater Chicago, which phased out collection boxes here years ago. "These days you're seeing a lot more of those clothing donation boxes that are typically run by for-profit companies with really no connections to charity, while some might donate a small portion of their profits to charities."

Lightholder said her charity prefers to get clothing at its collection centers and in resale shops to ensure the items don't get damaged or rained on before they are sorted. This also frees up the group, she says, to spend its money on programs rather than trucks and gas for clothing collection.

But the Salvation Army still keeps about 75 collection boxes around Chicago in addition to manned collection centers and trucks for home pickups.

Row, Andrew 4/19/2018
For Educational Use Only

Charity drop-off box? Not always, 2011 WLNR 9671314

By government estimates, Americans throw 85 percent of their unwanted textiles in the trash each year. That may be, in part, because of a widespread perception that charities want only those items that can be resold in their thrift shops. While these are the most valuable donations, other castoffs can still make millions for charities on the secondary materials market, which includes selling used clothes in developing countries and recycling them for industrial uses.

So the Salvation Army's Maj. Mark Anderson stresses that he doesn't mind when people donate ripped jeans, stained shirts and coats with broken zippers.

"We want to receive any and all articles because, if we can't sell it in one of our stores, then we can sell it to what they call the 'rag market,' " Anderson said. "They can repurpose those textiles for anything from wiping rags or materials for new textiles to even as an additive to asphalt. (That revenue) is a big deal for us."

One of the oldest trades in the world, textile recycling today represents a nearly $1 billion business, according to the Secondary Materials and Recycled Textiles association (SMART), an industry trade group. Eric Stubin, president and CEO of Trans-America Textile Recycling Inc. in the New York City area, said many businesses work closely with charities to recycle clothes that can't be sold in domestic thrift stores. According to Stubin, used textiles unfit for resale in the U.S. can fetch up to 35 cents a pound.

Some of it is shipped to developing nations to be sold there, some is turned into wiping cloths for commercial use, and some is "reprocessed into fibers for furniture stuffing, upholstery, insulation, soundproofing, carpet padding, building and other materials," according to SMART.

"This symbiotic relationship between charities and private-sector recyclers efficiently recycles 2.5 billion pounds of clothing annually," Stubin said. "Unfortunately we have our work cut out for us, as this represents only 25 percent of all textile waste."

With more-established charities reducing their fleets of clothing boxes, commercial recyclers have moved in with their own boxes to tap into the valuable supply of discarded American clothing -- sometimes, but not always, in partnership with charities.

Although some larger charities around the country have blamed the new boxes for a decrease in donations, local Goodwill and Salvation Army representatives say donations have remained generally stable.

Some of the more controversial new boxes are placed by recyclers who consider collecting used clothes to be a charitable environmental program or who create and run their own charity to which they donate funds.

One of the biggest players, Gaia, falls in the first category. Over the last several years it has been criticized for characterizing itself as an environmental charity with projects around the world, when most of its environmental work remains collecting clothes for sale. Along with the related organizations Planet Aid and USAgain, Gaia has expanded in the last decade despite its connection to the controversial Danish organization Tvind, whose leader was acquitted of charges of money laundering and embezzlement in 2006.

An example of the second category is Florida businessman Jay Katari, who owns or has a stake in several textile recycling companies and has also headed charities called Shoes for a Cure and Cancer Free America, whose logos have emblazoned hundreds of boxes.

Row, Andrew 4/19/2018
For Educational Use Only

**Charity drop-off box? Not always, 2011 WLNR 9671314**

Critics contend that he gives very little of his profits to cancer causes, and the controversy led Johns Hopkins Cancer Center and Children's Center to stop taking donations from his organizations. Katari did not return phone calls from the Tribune seeking comment, but he said in one television report out of Maryland that he has given at least $87,000 to cancer charities.

In 2009, boxes for a new cancer charity called Go Green for the Cause began to appear in parking lots across the nation. Nicole Leve, executive director of the organization, says it has about 1,000 boxes nationally and about 200 in the Chicago area that raise money for cancer charities. Commercial recyclers operate most of the clothing operations and pay Go Green for clothes deposited in the bins, Leve said. Katari runs one of those recyclers and has been a generous donor to the charity, she said.

The group's website says clothing donations "equate to hundreds of thousands of dollars for Go Green for the Cause nationally." But the charity's 2009 financial statements report just $14,500 in total revenue, with no money going to program services or cancer charities. Instead, the financial report states that "all funds raised have been utilized to cover costs to get started." Leve said that in 2010, the group donated $67,450 to the Breast Cancer Network of Strength and the Children's Miracle Network.

Audrey Traff, owner of MAC Recycling in Maryland, said she hopes consumers won't lump all of the clothing box operations together. Her for-profit company partners with Drug Abuse Resistance Education in 10 states where signs on the boxes (on the East Coast they're more like huts) clearly state that DARE gets compensation for each box bearing its name.

DARE receives $250 to $300 per box annually from about 1,500 boxes around the nation that are placed with the help of commercial clothing recyclers like Traff, said John Lindsay, vice president of program development.

Industry watchers advise concerned consumers to read the fine print on the boxes, to call the phone numbers listed there and to seek more information through Guidestar.com, state attorneys general websites, the American Institute of Philanthropy, the Better Business Bureau, Charity Navigator, Greatnonprofits.org and Philanthropedia.

"Some of (the boxes) have a very genuine purpose, and others unfortunately are not so genuine; they are more on the side of what they can attain," Anderson said. "But at the Salvation Army, we turn them into the dollars that operate our drug and alcohol rehab centers all over the country. So these donations are very meaningful to us."

----------

meng@tribune.com

Twitter @monicaeng

Photo (color): USAgain collects clothing in boxes around Chicago as a for-profit business. MONICA ENG/TRIBUNE PHOTO
Photo (color): A drop-off box is unloaded at a Salvation Army site. The Salvation Army has an A-minus rating from the American Institute of Philanthropy. ZBIGNIEW BZDAK/TRIBUNE PHOTO
Photo (color): 1. GAIA Movement Living Earth
Photo (color): 2. Go Green For The Cause
Photo (color): 3. Lend a Hand Across America
Photo (color): 4. Optimal Medical Foundation (Childhood Disease Research Foundation)
Photo (color): 5. Reading Tree
Photo (color): 6. Vietnam Veterans Of America

Row, Andrew 4/19/2018
For Educational Use Only

Charity drop-off box? Not always, 2011 WLNR 9671314

Photo (color): 7. USAgain
Graphic (color): Behind the donation boxes
In recent years a wide array of donation boxes has appeared in the Chicago area. Here is a sampling with information about their operators' finances and, in some cases, ratings from charity watchers such as the Better Business Bureau (BBB) and the American Institute of Philanthropy (AIP).

1. OPERATORS: GAIA Movement Living Earth
MISSION: "To educate the general public on environmental matters and promote the environment on a worldwide basis."
2009 REVENUE: $1,305,959
RATINGS: Not accredited by BBB; gets an F from the AIP
BOXES IN CHICAGO AREA: 650
NOTABLE: Gaia is run by people associated with controversial organization Tvind, or the Teachers Group (see story below). Gaia says it has corrected some accounting practices since the most recent BBB and AIP ratings.

2. OPERATORS: Go Green For The Cause
MISSION: "Assistance for cancer patients and their families with nonmedical services."
2009 REVENUE: $14,500
RATINGS: Not rated by AIP or BBB
BOXES IN CHICAGO AREA: 200
NOTABLE: In its 2009 financial statement, GGFTC reported that it had not spent any revenue on charitable program services. Executive director Nicole Leve says her organization gave $67,450 to the Breast Cancer Network of Strength and the Children's Miracle Network in 2010.

3. OPERATORS: Lend a Hand Across America
MISSION: To give grants to local needy organizations.
2009 REVENUE: $4,500
RATINGS: Has not supplied enough information for a BBB assessment; not listed by AIP
BOXES IN CHICAGO AREA: N/A
NOTABLE: It gave $4,500 ? its total revenue for the year in 2009 ? to Feed Clothe and Help the Needy, a nonprofit that provides meals and other services on the South Side. The group did not respond to Tribune questions.

4. OPERATORS: Optimal Medical Foundation (Childhood Disease Research Foundation)
MISSION: Promotes and funds research and educational programs and provides medical supplies for diseases that attack children and their families.
2009 REVENUE: $5,312,406
RATINGS: Given an F grade by AIP; not rated by the BBB
BOXES IN CHICAGO AREA: N/A
NOTABLE: The AIP noted, among other problems, that the charity spends only 2 percent of its cash revenue (as opposed to its donated noncash items) on program services. The group did not respond to Tribune questions.

5. OPERATORS: Reading Tree
MISSION: "To place books in more than 140 organizations, such as schools and churches, to be given to children or for children to use."
2009 REVENUE: $10,669,333
RATINGS: Not rated by AIP or BBB
BOXES IN CHICAGO AREA: About 100
NOTABLE: Reading Tree president Gina Zambori says its boxes are run by a commercial clothing recycler that has paid to use the group's logo. In exchange the nonprofit ? whose main revenue and work involves collecting, selling or redistributing used books ? gets an unspecified monthly payment.

6. OPERATORS: Vietnam Veterans Of America
MISSION: "To support a full range of issues affecting Vietnam veterans as well as all veterans."

Row, Andrew 4/19/2018
For Educational Use Only

Charity drop-off box? Not always, 2011 WLNR 9671314

2009 REVENUE: $6,823,490
RATINGS: No rating from AIP; does not meet one or more standards of the BBB
BOXES IN CHICAGO AREA: About 100
NOTABLE: Most boxes are placed next to Unique Thrift stores that pay the VVA an undisclosed fee per cubic foot of clothing collected both inside the store and in the boxes. The store has similar partnerships with Purple Heart, DuPage PADS and South Side PADS.
7. OPERATORS: USAgain
MISSION: For-profit business.
2009 REVENUE: Not available because it is a business
RATINGS: Given an A rating by the BBB, which gives its sister organizations low marks
BOXES IN CHICAGO AREA: 1,465
NOTABLE: An arm of the Tvind-related companies. Its sales representative is Garson &#38; Shaw, which is the exclusive sales agent for all Tvind-related clothing operations including Planet Aid and Gaia, according to its website.
SOURCE: Tribune reporting
KRISTIN MCKNIGHT AND ADAM ZOLL/TRIBUNE


---- Index References ----

Company: SMART CHOICE AUTOMOTIVE GROUP INC; TRIBUNE LTD; SMART CENTER LEIPZIG GMBH AND CO KG; TRIBUNE; AIP; PT SMART TELECOM; GOODWILL; GOODWILL INDUSTRIES OF UPSTATE MIDLANDS SOUTH CAROLINA INC; PT SINAR MAS AGRO RESOURCES AND TECHNOLOGY TBK; VEREINIGTE VERLAGSANSTALTEN GMBH; GAIA AG; TRIBUNE CO; SALVATION ARMY; AIP SA; CENTRAL TERRITORIAL OF THE SALVATION ARMY; SALVATION ARMY GA INC (THE); ALPHA INVESTMENT PARTNERS LTD

News Subject: (Non-Profit Organizations (1NO22); Social Issues (1SO05); Foundations (1FO95); Philanthropy (1PH09); Government (1GO80))

Industry: (Banking (1BA20); I.T. in Banking (1IT59); ATMs & Networks (1AT57); Financial Services (1FI37); I.T. in Financial Services (1IT24); Bank Operations (1BA31))

Region: (Indo China (1IN61); U.S. Mid-Atlantic Region (1MI18); North America (1NO39); U.S. Midwest Region (1MI19); Far East (1FA27); Eastern Asia (1EA61); USA (1US73); Americas (1AM92); Asia (1AS61); Vietnam (1VI02); Southeast Asia (1SO64); Maryland (1MA47); Illinois (1IL01))

Language: EN

Other Indexing: (AIP; AIPBOXES; AMERICAN INSTITUTE OF PHILANTHROPY; BBB; BBBBOXES; BREAST CANCER NETWORK; BUSINESS BUREAU; CANCER FREE AMERICA; CHICAGO; CHILDHOOD DISEASE RESEARCH FOUNDATION; DARE; DUPAGE; GAIA; GAIA MOVEMENT LIVING EARTHMISSION; GGFTC; GOODWILL; GOODWILL INDUSTRIES METROPOLITAN GREATER CHICAGO; JOHNS HOPKINS CANCER CENTER; MAC RECYCLING; MONICA; OPERATORS; OPTIMAL MEDICAL FOUNDATION; PADS; PURPLE HEART; SALVATION ARMY; SECONDARY MATERIALS AND RECYCLED TEXTILES ASSOCIATION; SMART; TEACHERS GROUP; TRANS AMERICA TEXTILE RECYCLING INC; TRIBUNE; VVA; ZBIGNIEW) (Abuse Resistance Education; ADAM ZOLL; Along; Anderson; Audrey Traff; Charity Navigator, Greatnonprofits.; Cheryl Lightholder; Eric Stubin; Feed Clothe; Gaia; Gina Zambori;

Row, Andrew 4/19/2018
For Educational Use Only

**Charity drop-off box? Not always, 2011 WLNR 9671314**

Jay Katari; John Lindsay; Katari; KRISTIN MCKNIGHT; Lend; Leve; Lightholder; Mark Anderson; Nicole Leve; Photo; Planet Aid; Stubin; Traff; Twitter)

Keywords: CHARITY; ISSUE; FRAUD; BUSINESS (NEWS FOCUS: Consumer Watch)

Edition: Final

Word Count: 1952

End of Document

© 2018 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# EXHIBIT M

Row, Andrew 4/19/2018
For Educational Use Only

Thriving in face of controversy, 2011 WLNR 9671317

**NewsRoom**

5/15/11 Chi. Trib. 4
2011 WLNR 9671317

CHICAGO TRIBUNE
Copyright © 2011 Chicago Tribune Company

May 15, 2011

Section: News

Thriving in face of controversy
Drop-off boxes tied to Danish group still part of U.S. landscape

Monica Eng, Tribune reporter

Some of the most ubiquitous clothing donation boxes in the nation are also the most controversial.

In 2004 the Tribune published an investigation on the hundreds of green donation boxes that had started appearing all over the Chicago area. It found they are connected to a Danish group called Tvind, and financial records showed that Gaia, the main Tvind-related organization in Chicago, was spending a very small percentage of its revenue on environmental projects.

Tvind's leader, Amdi Petersen, had been taken into custody in Los Angeles at the time and was extradited to Denmark to stand trial on embezzlement and tax evasion charges. A judge eventually found Petersen not guilty, but he left the country in 2006 before the government could file an appeal.

Since then, numerous other journalists have published or aired investigations into Tvind-related clothing boxes, which are labeled Gaia, USAgain, Planet Aid, IICD and Humana. British journalist Michael Durham operates a website, tvindalert.com, that tracks the organization's many interconnected businesses, properties and charitable operations around the world. And philanthropy watchdogs have given failing ratings to most of Tvind's clothing operations.

Yet those operations have flourished, with thousands of boxes now on American streets.

The American Institute of Philanthropy says it gives an F to both Gaia and fellow Tvind-related group Planet Aid (which has boxes in about 80 cities in 20 states mostly outside the Midwest) for lack of transparency, insufficient spending on program services (11 to 44 percent) and too much spending on fundraising ($76 to $85 per $100 raised).

The Better Business Bureau said Gaia failed to meet eight of its 20 charity accountability standards, noting that it classified money it spent on its clothing resale business as a charitable program expense rather than a fundraising expense. It further notes that if Gaia's clothes collection activities are counted as fundraising, only 1 percent of all revenue is spent on "program service activities."

Row, Andrew 4/19/2018
For Educational Use Only

Thriving in face of controversy, 2011 WLNR 9671317

Those assessments were based on 2008 reports, and Gaia said it has recently changed some of its accounting practices so that only parts of its clothes collection operations are called "program services." Director Eva Nielsen adds that Gaia has cleaned up thousands of toys from its bins and donated them to Chicago children, as well as donating many winter coats from the bins to prisoners.

The Better Business Bureau gives an A to the Tvind-related for-profit recycling company USAgain -- citing among other factors a lack of complaints filed -- but reminds potential donors that USAgain is not a charitable organization as some may believe.

Among the Tvind-related organizations in the U.S. are camps where volunteers train for projects in the developing world. Former volunteers have reported they were told to place boxes and sort clothes to help work off their tuition.

Former USAgain Seattle operations manager Lea White told the Herald & Review newspaper in central Illinois earlier this year that she and other employees never explained the for-profit nature of the company to owners of sites where boxes were placed.

"Yes," White told the Herald & Review, "your community is being deceived."
----------
meng@tribune.com


---- Index References ----

Company: TRIBUNE LTD; HUMANA INC; TRIBUNE CO; TRIBUNE

News Subject: (Social Issues (1SO05); Fraud (1FR30); Crime (1CR87); Regulatory Affairs (1RE51))

Region: (Northern Europe (1NO01); North America (1NO39); U.S. Midwest Region (1MI19); USA (1US73); Americas (1AM92); Europe (1EU83); Denmark (1DE14); Scandinavia (1SC27); Western Europe (1WE41); Illinois (1IL01))

Language: EN

Other Indexing: (AMERICAN INSTITUTE OF PHILANTHROPY; HUMANA; IICD; TRIBUNE) (Amdi Petersen; Eva Nielsen; Lea White; Michael Durham; Petersen; Planet Aid; Tvind; White)

Keywords: CHARITY; ISSUE; FRAUD; BUSINESS (NEWS FOCUS: Consumer Watch. TRIBUNE UPDATE)

Edition: Final

Word Count: 513

© 2018 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

WESTLAW   © 2018 Thomson Reuters. No claim to original U.S. Government Works.

EXHIBIT N

Row, Andrew 4/19/2018
For Educational Use Only

A good intention, or public nuisance?, 2015 WLNR 24087685

**NewsRoom**

8/14/15 L.A. Times 1
2015 WLNR 24087685

Los Angeles Times
Copyright (c) 2015 Los Angeles Times

August 14, 2015

Section: Main News

A good intention, or public nuisance?
Cities brace for a resurgence of clothing donation bins in
the aftermath of a court ruling that has some rewriting laws

Kim Christensen

When they first started popping up around town, the colorful metal collection bins for donated shoes and clothing didn't cause much of a stir in Stanton.

And then they multiplied.

"Within a year, they were all over the city, specifically on Beach Boulevard," said City Manager James Box, whose Orange County municipality is among many in Southern California that have seen a proliferation of the receptacles in recent years.

With the bins have come blight and other problems, local officials say, not to mention a rash of complaints about overflowing drop boxes that often attract jettisoned mattresses, broken furniture and piles of garbage. Dozens of cities, including Stanton, have passed laws in the last couple of years to ban them.

"It did make a difference," Box said. "Prior to that ordinance going into effect, there were 38 boxes visible from Beach Boulevard. They are not there now."

But they could be back, and soon.

In an April decision with far-reaching ramifications, federal appellate judges in a Michigan lawsuit deemed the bins a form of constitutionally protected speech. The ruling already has spurred cities there and in California to start replacing their bans with laws that will permit the ubiquitous boxes but regulate them.

Some are owned by charities and some by commercial recyclers seeking to turn rags into riches. Many have been placed with property owners' permission, but others have shown up seemingly out of nowhere, plunked down under cover of darkness at shopping centers and on public sidewalks, even in disabled-parking spaces.

Row, Andrew 4/19/2018
For Educational Use Only

A good intention, or public nuisance?, 2015 WLNR 24087685

"They were randomly placed anywhere and everywhere," said Pat Anderson, head of the Chamber of Commerce in La Canada Flintridge. "Like mushrooms, they'd just pop up in the middle of the night."

Businesses and nonprofits that own the bins say they keep untold tons of discarded shoes and clothing out of landfills and, in some cases, proceeds from the sale of donated goods go toward humanitarian efforts around the globe.

Opponents counter that any good works that stem from the boxes are outweighed by the nuisance factor.

Some cities, including La Canada Flintridge, have sought to regulate the boxes through the enforcement of zoning laws. Although not banned outright, they are not permitted by the city's codes, even with the property owners' permission.

Officials there have been tracking down and asking bin owners to remove them. Some have complied, some have promised to and some have had their boxes carted off to the dump by irate property owners.

For Stanton and other cities that banned the boxes, the decision in the Michigan case is a bitter legal pill, served up by Planet Aid, a controversial Massachusetts nonprofit with 20,000 donation bins across the country, including about 1,500 in Southern California.

The ruling stemmed from a lawsuit Planet Aid filed last year against the city of St. Johns, Mich., contending its ban on boxes violated the charity's 1st- and 14th-Amendment rights to free speech and equal protection. Among other things, Planet Aid alleged discrimination because its two boxes were removed while organizations with buildings, including Goodwill, continued accepting donations.

The city denied it was targeting Planet Aid bins.

"It targets all collection bins, regardless of their underlying purpose," lawyers for St. Johns said in court papers. "The city is regulating a use, not speech. The issue of 'charitable donations' is a red herring and not relevant in this case."

A federal district court sided with Planet Aid and ordered a temporary halt on enforcing the ban.

The 6th Circuit Court of Appeals upheld the decision, applying the most rigorous form of judicial review, "strict scrutiny," which presumes a law to be invalid. To overcome that ruling, the city would have to prove the law's constitutionality and demonstrate "a compelling governmental interest" in keeping it.

Michael Bogren, St. Johns' attorney, said strict scrutiny is almost always fatal when applied to challenged laws. He said he thinks the appellate judges "got it wrong," but that it would be all but impossible for the city to prevail.

"Once the 6th Circuit ruled, there was really no point in us continuing our litigation," he said. "At that point, we had no choice but to reach an agreement with Planet Aid."

Within days of the Michigan ruling, Planet Aid lawyers sued Stanton, as well as Corona in Riverside County and Alhambra in Los Angeles County, and then used the appellate decision to force all three cities to the table to negotiate new laws. Its lawyers are working with the cities' attorneys on the language.

"We are looking forward to seeing these cities' proposed regulations," Planet Aid Chief Executive Ester Neltrup said in a statement. "Planet Aid supports proper regulation because we are in this for the long term. We want to encourage

Row, Andrew 4/19/2018
For Educational Use Only

A good intention, or public nuisance?, 2015 WLNR 24087685

more recycling of clothing in a way that works for the communities we serve. But banning all donation boxes was the wrong thing to do."

Much is at stake for the organization, which says it gets property owners' permission before placing its bright yellow boxes, and that it maintains them well and responds quickly to complaints.

In Alhambra alone, court records state, Planet Aid had collected 589,000 pounds of clothing as of September 2013, when the ban took effect. In all, according to its website, Planet Aid recycles about 102 million pounds of used clothing, shoes and textiles each year, selling it all and using the proceeds to support its causes.

In 2013, Planet Aid reaped $42 million from the sale of donated goods, according to its most recent IRS tax-exemption filings. It reported spending more than $12 million on humanitarian and development projects, mostly in Africa, Asia and Latin America.

The organization calculates that, after subtracting expenses for collecting and processing donations, it spends 85% of its revenue on charity.

The organization meets the Better Business Bureau's standards for charity accountability.

But for years it has come under fire from the philanthropy watchdog Charity Watch, which contends that Planet Aid's recycling costs -- $25 million in 2013 -- should be counted as fundraising expenses. When calculated that way, Planet Aid spends only about 29% on charity, the watchdog group said.

Planet Aid officials dispute Charity Watch's analysis.

Founded in 1997, Planet Aid has been linked by numerous media outlets in the United States and abroad to a Danish fugitive, Mogens Amdi Petersen, 76, who is wanted in Denmark on tax-evasion and embezzlement charges.

Danish prosecutors accused him more than a decade ago of embezzling millions of dollars from the Tvind organization, also known as the Tvind Teachers Group, established in the early 1970s as an alternative school system for troubled youths in Denmark. Petersen, whose detractors accuse him of fronting a secular cult, was eventually acquitted, but fled the country when prosecutors said they would appeal the verdict.

Multiple news outlets have published reports linking Tvind to Planet Aid, which denies significant ties.

"There is no organizational or financial connection between Planet Aid and Tvind," it said in a statement.

Although the Michigan ruling is not binding in other judicial districts, lawyers involved in the lawsuits said it effectively set precedent because federal courts in California and elsewhere would likely defer to it. With no real legal recourse, they said, they have little choice but to let the bins back in.

John Higginbotham, Corona's assistant city attorney, called the ruling "a poorly reasoned decision," but predicted that Planet Aid will try to parlay it to roll back other bans.

"Before that decision there wasn't really any authority closely on point when it comes to these donation bins," he said. "Now they've got a case that's directly on point and they can go around the country and use it to try to effectuate change."

Row, Andrew 4/19/2018
For Educational Use Only

A good intention, or public nuisance?, 2015 WLNR 24087685

Daniel Dalton, Planet Aid's attorney, said the nonprofit is seeking only fair treatment and reasonable regulation. The California lawsuits are on hold while he and the cities' attorneys work out details of new ordinances, which probably will set limits such as how much separation there must be between bins.

No new litigation is in the works against other cities with bans, Dalton said. But he's not ruling it out.

"We want to get these resolved before we take the next step," he said. "We don't want to file lawsuits. We want to work with communities to come up with agreeable ordinances."

--

kim.christensen@latimes.com

PHOTO: WILLIAM AGUIRRE and his daughter Alondra pass a donation box on Lanfranco Street in East L.A.

PHOTOGRAPHER:Mel Melcon Los Angeles Times

PHOTO: COMPLAINTS about discarded mattresses and furniture have been tied to donation bins such as this one owned by Planet Aid that Anabel Rodriguez and her granddaughter Petra Rojas pass in East L.A.

PHOTOGRAPHER:Mel Melcon Los Angeles Times


---- Index References ----

News Subject: (Corruption, Bribery & Embezzlement (1EM51); Crime (1CR87); Criminal Law (1CR79); Fraud (1FR30); Judicial Cases & Rulings (1JU36); Legal (1LE33); Social Issues (1SO05))

Industry: (Corporate & Municipal Recycling (1XO60); Environmental (1EN24); Environmental Services (1EN69); Environmental Solutions (1EN90); Municipal Solid Waste Disposal (1MU11))

Region: (Americas (1AM92); California (1CA98); Denmark (1DE14); Europe (1EU83); Michigan (1MI45); North America (1NO39); Northern Europe (1NO01); Scandinavia (1SC27); U.S. Midwest Region (1MI19); U.S. West Region (1WE46); USA (1US73); Western Europe (1WE41))

Language: EN

Other Indexing: (Ester Neltrup; John Higginbotham; Alondra; WILLIAM AGUIRRE; Anabel Rodriguez; Mogens Amdi Petersen; Michael Bogren; Daniel Dalton; Pat Anderson; James Box; Petra Rojas)

Keywords: (CALIFORNIA); (CITIES); (CLOTHING); (CONTRIBUTIONS); (COLLECTIONS); (ORDINANCES); (COURT RULINGS)

Edition: Home Edition

Word Count: 1451

Row, Andrew 4/19/2018
For Educational Use Only

A good intention, or public nuisance?, 2015 WLNR 24087685

**News**Room

EXHIBIT O-1

Who We Are

 Humana People To People

Health  Agriculture  Community Development  Environment  Clothes Collections

Education



Q SEARCH...

HOME    WHO WE ARE    WHAT WE DO    GET INVOLVED    NEWS    BLOG    PUBLICATIONS    CONTACT US    **DONATE**

Home > Who We Are



## WHO WE ARE

The Federation of Associations connected to the International Humana People to People Movement is a network of autonomous development organizations, located in Europe, North America, Africa, Asia and Latin America.

### WHO WE ARE

Our History

Our members

Where we work

Legal Information

Financial Information

Publications

Tweets by HumanaHPP

The 31 members of The Federation are all locally registered and are independent development organizations, operating within the context of their country and with their own development agenda. The members work together in The Federation based on

The Charter for Humana People to People and seek to optimize the impact of the development actions each of the members is engaged
in. In collaboration with populations around the globe, our aim is to foster peaceful societies, individual human progress and sustainable development. Development is a process in which we engage ourselves as people joining with other people, overcoming challenges and creating
progress. In collaboration with populations around the globe, our aim is to foster empowered local communities to be the drivers of their own change.

Members of the Federation include the following organisations: Development Aid from People to People (DAPP), Humana People to People, U-landshjälp från Folk till Folk (UFF) , Humana Pueblo para Pueblo, Ajuda de Desenvolvimento de Povo para Povo (ADPP). There are currently 31 member development organizations connected to the International Federation Humana People to People Movement.

Posts by HumanaHPP



Videos by HumanaHPP



on Wednesday
Empowered women and girls



Videos by HumanaHPP

Girls' Inspire: Fighti...




**WHO WE ARE**
Our History
Our members
Where we work
Legal Information
Financial Information
Publications

**WHAT WE DO**
Health
Education
Agriculture
Community Development
Environment
Clothes Collections

**GET INVOLVED**
Become a Development Volunteer
Our partners

**NEWSLETTER SIGNUP**

First Name

Email

SUBMIT



EXHIBIT O-2



Humana People To People

Health   Agriculture   Community Development   Environment   Clothes Collections

Education

HOME    WHO WE ARE    WHAT WE DO    GET INVOLVED    NEWS    BLOG    PUBLICATIONS    CONTACT US    DONATE

SEARCH...



Home > Who We Are > Our Members

## OUR MEMBERS

HUMANA People to People - Verein für Entwicklungszusammenarbeit

U-landshjælp fra Folk til Folk - Humana People to People

Ühendus Humana Estonia

Landsföreningen U-landshjälp från Folk till Folk i Finland r.f.

HUMANA People to People Italia O.N.L.U.S.

HUMANA People to People Baltic

U-landshjelp fra Folk til Folk Norge

Associação Humana Portugal

### WHO WE ARE

Our History

**Our members**

Where we work

Legal Information

Financial Information

Publications

**Tweets by HumanaHPP**

Associação Humana Portugal

Fundación Pueblo para Pueblo

Miljö- & Biståndsföreningen HUMANA Sverige

Planet Aid UK Ltd

Planet Aid, Inc.

Ajuda de Desenvolvimento de Povo para Povo Angola

Humana People to People Botswana

Ajuda de Desenvolvimento de Povo para Povo Guinea-Bissau

Humana People to People India

Development Aid from People to People in Malawi

Associação Moçambicana para a Ajuda de Desenvolvimento de Povo para Povo

Development Aid from People to People Namibia

Humana People to People in South Africa

Development Aid from People to People in Zambia

Development Aid from People to People Zimbabwe

Humana People to People Congo, Democratic Republic

Associação Humana Povo para Povo em Brasil

Humana People to People Belize



Tweets by HumanaHPP

Posts by HumanaHPP

Humana Peopl...
21K likes

Be the first of your friends to like this

Humana People to People
on Wednesday

Empowered women and girls

Videos by HumanaHPP



Girls' Inspire: Fighti...



**Humana People To People**

Health   Agriculture   Community Development   Environment   Clothes Collections

Education



HOME   WHO WE ARE   WHAT WE DO   GET INVOLVED   NEWS   BLOG   PUBLICATIONS   CONTACT US   DONATE

Home > Who We Are > Our Members

## OUR MEMBERS

HUMANA People to People - Verein für Entwicklungszusammenarbeit

U-landshjælp fra Folk til Folk - Humana People to People

Ühendus Humana Estonia

Landsföreningen U-landshjälp frân Folk till Folk i Finland r.f.

HUMANA People to People Italia O.N.L.U.S.

HUMANA People to People Baltic

U-landshjelp fra Folk til Folk Norge

Associação Humana Portugal

### WHO WE ARE

Our History

**Our members**

Where we work

Legal Information

Financial Information

Publications

**Tweets by HumanaHPP**

EXHIBIT P



| AGRICULTURE | COMMUNITY DEVELOPMENT |
| EDUCATION | HEALTH |

DAPP is implementing 17 projects within education, health, agriculture and community development in 25 district that span across the country's three regions

Home    About DAPP Malawi    Our History    Where We Work    The Projects    Our Blog    Publications    Get Involved    Contact

Q search...

Home  /  Our History

## Our History

Written by DAPP Malawi. Posted in History

DAPP Malawi is a founding member of Humana People to People whose 32 members constitute a movement of development organizations working in 45 countries all basing their work on Solidarity, Humanism, Social and Economic Development through long-term development programs.
In its 22nd year, DAPP has been implementing vibrant projects related to education, health, agriculture and community development.

Community Development: Community development has been a long-standing priority of DAPP since 1995. The organization utilizes the "Child Aid" integrated model which has been developed by the Federation Humana People to People. DAPP Malawi has reached over 110,000 families through the Child Aid project over the years.
Child Aid builds capacity in communities to reduce poverty and give families the best conditions in which to raise their children. This is accomplished through the implementation of activities within child care and early childhood development, health, education, and economic development.

Agriculture: Through the Farmers' Clubs program, DAPP has been organized and trained more than 60.000 smallholder farmers since 2006. The Ministry of Agriculture, Irrigation and Water Development has been a partner in the development, implementation and expansion the DAPP Farmers' Clubs program in Malawi. The overall objective of the Farmers' Clubs program is to train and organize smallholder farmers to create community structures which will assist them to maximize their returns on labor investment and other inputs, ultimately improving their living standards. There are currently 15,650 farmers in the program.

Education: DAPP started the first teacher training college in 2003, Chilangoma TTC in Blantyre Rural, the expansion of DAPP's teacher training program over the years has seen the establishment of three more colleges across all 3 regions namely; Amalika TTC in Thyolo opened in 2008; Dowa TTC in Dowa district opened in 2010 and; Mzimba TTC in Mzimba district which opened in 2013. The teacher training program is fully accredited by the Ministry of Education, Science and Technology and more than 2,000 teachers have graduated from all four colleges.
Since 2012, DAPP has expanded its education program beyond pre-teacher's training to include in-service teachers in a concept called "We do more teachers" which is currently operational in 114 primary in 6 districts under the Let Children Stay in School project. DAPP also started the 400 Primary Schools Project with the aim of providing the opportunity for DAPP graduated teachers working in government primary

### Main Menu

Home
About DAPP Malawi
Our History
Where We Work
The Projects
Our Blog
Publications
Get Involved
Contact

Progress Report 2017







Our History History



graduated from all four colleges.

Since 2012, DAPP has expanded its education program beyond pre-teacher's training to include in-service teachers in a concept called "We do more teachers" which is currently operational in 114 primary in 6 districts under the Let Children Stay in School project. DAPP also started the 400 Primary Schools Project with the aim of providing the opportunity for DAPP graduated teachers working in government primary schools to stick together and support each other in contributing towards creating conducive learning environments for the learners in their schools.

Vocational Training: In order to provide new opportunities for the ever increasing number of unemployed youth in Malawi, DAPP established Mikolongwe Vocational School in Chiradzulu District in 1997 offering four courses. Celebrating its 20th anniversary in May 2017, Mikolongwe Vocational School has trained and graduated more than 8,500 youth in its 10 courses through both the formal and informal training program.

**Health:** DAPP began its work to tackle the HIV/AIDS epidemic in 1998 when its first HOPE project was launched. HOPE established community HIV facilities which served as resource hubs and activity centers for everyone in a given community. Building on this work, DAPP has worked closely with the Malawi Government since 2007 to combat and prevent the spread of HIV/AIDS, tuberculosis (TB), and malaria through its innovative program, Total Control of the Epidemic (TCE). TCE is a comprehensive and systematic HIV/AIDS prevention and care model that combines counseling, field-testing, education, and community mobilization. The program utilizes a door-to-door and interpersonal campaign that encourages lifestyle changes and preventive behavior, reaching every individual and household within a prescribed area over a three-year period.

Since the TCE program's inception, over 1,400,000 people have been reached and over 500,000 people have been tested for HIV. More than 630,000 people have been reached with TB and TB/ HIV co-infection information through door-to-door visits and 24,000 people have been screened for TB.

The ongoing projects in health DAPP is implementing are as follows; Support to Nutrition Improvement Component working with approximately 310,000 people in two districts, TB in the Mining Sector in 4 districts targeting 15,000 people and Total Control - TB/HIV in one district targeting 140,000 people.

**Fundraising:** Since 1995, DAPP has been raising funds through selling of second hand clothes and shoes to ensure long term sustainability and the expansion of its social and economic developmental programs. The DAPP Clothes and Shoes project has not only contributed towards the empowerment of the vulnerable and the poor in the communities where DAPP implements its projects but also improved the living standards of people in Malawi by enabling families to buy good quality second hand clothes and shoes at a low cost.

   

| Members of Humana People to People | Quick Links | Contact DAPP Malawi |
|---|---|---|
|  www.humana.org | Annual Reports<br>Newsletters<br>The Projects<br>Our Blog | **DAPP Malawi**<br>Plot No. BE 314, Salmin Armour Road<br>Ginnery Corner, Blantyre<br>info@dapp-malawi.org<br><br>Comment or queries on the website:<br>webmaster@dapp-malawi.org |




