1    THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:(415) 276-6500
Facsimile: (415) 276-6599
Email:   thomasburke@dwt.com

AMBIKA K. DORAN (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 757-8030
Facsimile: (206) 757-7030
Email:   ambikadoran@dwt.com

BRENDAN CHARNEY (CA State Bar No. 293378)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:(213) 633-6800
Facsimile: (213) 633-6899
Email:   brendancharney@dwt.com

Attorneys for Defendants
REVEAL FROM THE CENTER FOR
INVESTIGATIVE REPORTING;
MATT SMITH; and AMY WALTERS

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID INC., and LISBETH THOMSEN,<br><br>      Plaintiffs,<br><br>  v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS,<br><br>      Defendant. | Case No. 17-cv-03695-MMC<br><br>**DECLARATION OF ENOCK CHIKAONDA**<br><br>Judge:    Hon. Maxine Chesney<br>Date:     November 9, 2018<br>Time:    9:00 a.m.<br>Location: San Francisco Courthouse<br>          **Courtroom 7 – 19th Floor**<br>          450 Golden Gate Avenue<br>          San Francisco, CA 94102 |

## DECLARATION OF ENOCK CHIKAONDA

I, Enock Chikaonda, declare:

1. I am the former vice-chairperson of the DAPP Malawi Farmers' Club in Njuli village, Malawi. I currently reside in Njuli, Malawi. I make this declaration from personal knowledge, and am competent to testify to the statements in this declaration. My native language is Malawian Chichewa. The contents of this declaration have been read to me in Malawian Chichewa and I understand it will be translated into English.

2. I first spoke to Matt Smith in September, 2015, after I spoke with Kandani Ngwira. Matt was accompanied by Kandani and a woman named Amy Walters. I did not understand what Matt said to me in English, because I do not speak or understand English. Kandani told me that Matt was from America, worked for The Center for Investigative Reporting/Reveal, that Amy was recording us, and that they wanted to tell my story to the whole world. Matt asked questions, which Kandani translated for me.

3. I told Matt and Kandani many facts during our conversations; it is too much information to fully recount here. In particular, I told Matt and Kandani the information in paragraphs 5-10, below. I know this information to be true based on my own personal knowledge. I conveyed this truthful information to Matt and Kandani, and answered Matt and Kandani's questions about this information.

4. I was never offered or promised, and I never received, any money, gifts, or anything of value from Matt Smith, Amy Walters, or Kandani Ngwira.

5. A few years ago, individuals who identified themselves as employees of DAPP Malawi came to my village. They told me they were setting up a program called "Farmers' Club" to help the local farmers. One of the Farmers' Clubs was located in my village. In explaining what the "Farmers' Clubs" involved, DAPP Malawi promised that they would provide the members of the Farmers' Club (me and other villagers) with agricultural inputs such as seeds, fertilizer, livestock, and rope-powered water pumps.

6. I became the vice-chairperson of the Farmers' Club in my village.

7.  DAPP Malawi, however, did not provide enough seeds or fertilizer to improve our farming yields. Instead, DAPP Malawi created "demonstration" plots that were only temporary using farmers that were already doing well including myself. There is very little that I benefited from DAPP Malawi Farmers' Club. After DAPP Malawi ended the Farmers' Clubs in my village, there is no evidence of agricultural improvement.

8.  DAPP Malawi did not provide enough livestock they promised. For a club of about 50 members, DAPP Malawi provided only five goats and five pigs. I do not know what happened to the pigs. I cannot say that I know of many people in Njuli Village who now have pigs from the DAPP Malawi Farmers' Club. I got one of the five goats. I am the only one remaining with goats currently from that project in this village.

9.  DAPP Malawi did not provide enough rope pumps for the club members. In particular, DAPP Malawi provided about seven rope pumps from the 25 they had promised. I got one rope pump which was placed on my farm. I live in a village of about 300 families. About half of the village used to fetch water for domestic use from my rope pump until recently when two boreholes were installed in the village. None of the other villagers received rope pumps, except for the Chief, myself and two others.

10. DAPP Malawi did not provide any maintenance for the rope pumps, so I have kept it running with my own materials.

This declaration was executed on the **27th** day of **December 2017**, at **Njuli, Chiradzulu District**, Malawi. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.


E. Chikaonda
Enock Chikaonda

BEFORE ME:

_____
NOTARY PUBLIC



Allan Hans Muhome (LLB Hons Mw)
Legal Practitioner
Notary Public
Commissioner for Oaths
P.O. Box 1712
Blantyre, MALAWI

2