IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03695-MMC<br><br>**ORDER DENYING LETTER REQUEST**<br>Re: Dkt. No. 132 |

　　　　The Court is in receipt of a letter, dated July 5, 2018, by which plaintiffs purport to describe the Court's remarks made during a telephonic conference conducted on June 5, 2018, concerning the parties' then existing dispute regarding the propriety of a stay of discovery pending a settlement conference scheduled to be conducted later that month and resolution of an anti-SLAPP motion defendants were intending to file in the event the case did not settle.

　　　　At the above-referenced telephonic conference, the Court denied defendants' request for a stay, both because, as a practical matter, an order precluding all discovery was not conducive to meaningful settlement discussions, and, as the Court explained, because the request was premature, any determination thereof being dependent on the nature of the anticipated anti-SLAPP motion, in particular, whether it was based solely on the face of the complaint. See Planned Parenthood Fed'n of Am., Inc. v. Ctr. for Med. Progress, 890 F.3d 828, 834 (9th Cir. 2018) (distinguishing, for purposes of discovery, anti-SLAPP motions based on "insufficiency of pleadings" from those based on "challenges [to] the factual sufficiency of a claim").

　　　　Thereafter, the case did not settle, and, on July 2, 2018, defendants filed their anti-

SLAPP motion. Plaintiffs now seek an order referring to a magistrate judge the question of whether discovery should be stayed.

Contrary to what the parties anticipated at the time of the telephonic conference, however, defendants have not filed, concurrently with their anti-SLAPP motion, a motion to stay discovery, and, consequently, no discovery dispute is pending before the Court.

Accordingly, plaintiffs' unilateral letter request for a referral to a magistrate judge is hereby DENIED.[1]

**IT IS SO ORDERED.**

Dated: July 10, 2018

MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiffs are hereby advised that any future request submitted to the undersigned must be made by motion, not in the form of a letter.