Samuel Rosenthal (pro hac vice)
sam.rosenthal@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Ave., N.W.
Washington, D.C. 20001
Telephone:    +1 202-689-2915
Facsimile     +1 202-712-2860

Cory E. Manning (State Bar # 213120)
cory.manning@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main St., 17th Floor
Columbia, SC 29201
Telephone:    +1 803-255-5524
Facsimile     +1 803-256-7500

Crispin L. Collins (State Bar # 311755)
crispin.collins@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
19191 S. Vermont Ave., Suite 900
Torrance, California 90502
Telephone:    +1 424-221-7400
Facsimile:    +1 424-221-7499

Attorneys for Plaintiffs
PLANET AID, INC. and LISBETH THOMSEN

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID INC., and LISBETH THOMSEN,<br><br>Plaintiffs,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS,<br><br>Defendant. | Case No. 17-cv-03695-MMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND PLAINTIFFS' DEADLINE TO OPPOSE DEFENDANTS' SPECIAL MOTION TO STRIKE THE FIRST AMENDED COMPLAINT** |

The Court, having considered the Parties' Stipulated Request to Extend Plaintiffs' Deadline to Oppose Defendants' Special Motion to Strike the First Amended Complaint ("Stipulated Request"), and good cause appearing therefore based on the reasons stated therein, the Stipulated Request is GRANTED.

Plaintiffs' deadline to file their Opposition to Defendants' Special Motion to Strike the First Amended Complaint (the "motion") shall be extended until the parties' various discovery disputes are resolved. At such time, the parties shall file a stipulated request to reset the briefing schedule and hearing date for the Motion. If no discovery motions have been filed by September 20, 2018, the parties shall file, no later than that date, a joint status report.

IT IS SO ORDERED.

Dated: ___August 24___, 2018      By: _____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE