IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANET AID, INC., et al.,

    Plaintiffs,

v.

REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,

    Defendants.

Case No. 17-cv-03695-MMC

**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO STRIKE**

On July 21, 2018, defendants filed a "Motion to Strike Plaintiffs' Complaint." Thereafter, by order filed August 24, 2018, the Court granted the parties' stipulated request to extend the filing deadline for plaintiffs' opposition to said motion until after the parties' various discovery disputes had been resolved, and, by the same order, directed the parties to file, upon resolution of those disputes, a stipulated request to reset the briefing schedule and hearing date.

At present, as reflected in the the docket for the above-titled action, the parties' discovery disputes remain unresolved (see, e.g., Doc. Nos. 146, 149), and, accordingly, the hearing on the above-referenced motion, currently scheduled for November 9, 2018, is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: October 25, 2018

                                                   MAXINE M. CHESNEY
                                                   United States District Judge