IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>    Defendants. | Case No. 17-cv-03695-MMC<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO EXCLUDE EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 611(A)**<br><br>Re: Dkt. No. 166 |

Before the Court is plaintiffs Planet Aid, Inc. and Lisbeth Thomsen's "Motion to Exclude Evidence Pursuant to Federal Rule of Evidence 611(a)," filed November 6, 2018. Defendants Reveal, Center for Investigative Reporting, Matt Smith, and Amy Walters have filed opposition, to which plaintiffs have replied. The matter came on regularly for hearing on January 18, 2019. Ethan Forrest of Covington & Burling LLP appeared on behalf of defendants. Samuel Rosenthal of Nelson Mullins Riley & Scarborough LLP appeared on behalf of plaintiffs.

Having considered the parties' respective written submissions and the arguments of counsel at the hearing, the motion is, for the reasons stated on the record at the hearing, hereby DENIED as premature.

**IT IS SO ORDERED.**

Dated: January 25, 2019

MAXINE M. CHESNEY
United States District Judge