Samuel Rosenthal (pro hac vice)
sam.rosenthal@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave., N.W.
Washington, D.C. 20001
Telephone:     +1 202-689-2915
Facsimile:     +1 202-712-2860

Cory E. Manning (State Bar # 213120)
cory.manning@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor
Columbia, SC 29201
Telephone:     +1 803-255-5524
Facsimile:     +1 803-256-7500

Crispin L. Collins (State Bar # 311755)
crispin.collins@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
19191 S. Vermont Ave., Suite 301
Torrance, CA 90502
Telephone:     +1 424-221-7407
Facsimile:     +1 424 221-7499

Attorneys for Plaintiffs
Planet Aid, Inc. and Lisbeth Thomsen

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., and LISBETH THOMSEN,<br><br>            Plaintiffs,<br><br>      v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS,<br><br>            Defendants. | Case No. 3:17-cv-03695-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br>**[Civ. L.R. 6-2 and 7-12]**<br>Judge:    Hon. Maxine M. Chesney<br>Date:      March 22, 2019<br>Time:     10:30 a.m.<br>Location: San Francisco Courthouse<br>              **Courtroom 7 – 19th Floor**<br>              450 Golden Gate Avenue<br>              San Francisco, CA  94102 |

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Planet Aid, Inc. and Lisbeth Thomsen (collectively, "Plaintiffs") and Defendants Reveal, Center for Investigative Reporting, Matt Smith, and Amy Walters (collectively, "Defendants") respectfully submit this joint stipulation to continue the Case Management Conference currently set for 10:30 a.m. on March 22, 2019.

The parties are currently proceeding with discovery along guidelines set by Judge Corley. Given the parties' current obligations and regular check-ins with Judge Corley, the parties respectfully submit that the current March 22, 2019 Case Management Conference date would be premature. The parties have previously filed joint stipulations on 11 occasions to extend or adjust the time for the parties to respond to pleadings, the briefing schedules for Defendants' Anti-SLAPP Motion, and the discovery deadlines in this case, each of which was entered by the Court. (Dkt. Nos. 42, 43, 54, 58, 67, 69, 76, 77, 82, 83, 84, 96, 97, 103, 104, 105, 106, 139, 142, 181, 187, 188). The requested time modification will not alter the date of any other event or deadline already fixed by Court order.

Accordingly, the parties jointly request that the Court enter an order moving the date of the Case Management Conference to May 24, 2019, at 9:00 a.m., or to any other date and time that is convenient to the Court. The parties will submit a Joint Case Management Statement one week before the date the Court sets for the Case Management Conference.

**IT IS SO STIPULATED.**

2

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

DATED: March 14, 2019                    Respectfully submitted,

                                         NELSON MULLINS RILEY &
                                         SCARBOROUGH LLP
                                         SAMUEL ROSENTHAL


                                         By:  */s/ Sam Rosenthal*
                                              Samuel Rosenthal

                                         Attorney for Plaintiffs
                                         PLANET AID, INC. and LISBETH THOMSEN

DATED: March 14, 2019                    Respectfully submitted,

                                         COVINGTON & BURLING LLP
                                         SIMON J. FRANKEL
                                         ALEXA HANSEN
                                         ETHAN FORREST
                                         ABIGAIL P. BARNES
                                         SARI REGINA SHARONI


                                         By:  */s/ Ethan Forrest*
                                              Ethan Forrest

                                         Attorney for Defendants
                                         REVEAL FROM THE CENTER FOR
                                         INVESTIGATIVE REPORTING; MATT SMITH;
                                         and AMY WALTERS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 15, 2019

                                         Honorable Maxine M. Chesney
                                         United States District Judge

3

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

### ECF CERTIFICATION

I, Samuel Rosenthal, am the ECF User whose identification and password are being used to file this Joint Stipulation And [Proposed] Order Continuing March 22, 2019 Case Management Conference. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Defendant's counsel Ethan Forrest has concurred in this filing.

DATED:  March 14, 2019                      NELSON MULLINS RILEY & SCARBOROUGH LLP

                                            By:   */s/ Sam Rosenthal*
                                                  Samuel Rosenthal