Samuel Rosenthal (pro hac vice)
sam.rosenthal@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave., N.W.
Washington, D.C. 20001
Telephone: +1 202-689-2915
Facsimile: +1 202-712-2860

Cory E. Manning (State Bar # 213120)
cory.manning@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor
Columbia, SC 29201
Telephone: +1 803-255-5524
Facsimile: +1 803-256-7500

Crispin L. Collins (State Bar # 311755)
crispin.collins@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
19191 S. Vermont Ave., Suite 301
Torrance, CA 90502
Telephone: +1 424-221-7407
Facsimile: +1 424-221-7499

Attorneys for Plaintiffs
Planet Aid Inc. and Lisbeth Thomsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID INC.; and LISBETH THOMSEN,<br><br>    Plaintiffs,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING; MATT SMITH; and AMY WALTERS,<br><br>    Defendants. | Case No. 17-cv-03695-MMC<br><br>**NOTICE OF CHANGE OF COUNSEL** |

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES AND COUNSEL OF
2  RECORD:
3  PLEASE TAKE NOTICE that Tania Rice hereby withdraws as counsel of record in this
4  action.  Plaintiffs Planet Aid Inc. and Lisbeth Thomsen will continue to be represented by counsel
5  listed in the above caption.

Dated: April 25, 2019　　　　　　　　　　　　Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: _____
　　　　Tania Rice

Dated: April 25, 2019　　　　　　　　　　　　Respectfully submitted,

NELSON MULLINS RILEY &
SCARBOROUGH LLP

By:   /s/ Cory Manning
　　　　Samuel Rosenthal
　　　　Cory Manning
Counsel for Plaintiffs Planet Aid Inc. and
Lisbeth Thomsen

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111