| | |
|---|---|
| THOMAS R. BURKE (Bar No. 141930) <br> DAVIS WRIGHT TREMAINE LLP <br> 505 Montgomery Street, Suite 800 <br> San Francisco, CA 94111 <br> Telephone:(415) 276-6500 <br> Facsimile: (415) 276-6599 <br> Email: thomasburke@dwt.com <br><br> AMBIKA K. DORAN (pro hac vice) <br> DAVIS WRIGHT TREMAINE LLP <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, WA 98104 <br> Telephone:(206) 757-8030 <br> Facsimile: (206) 757-7030 <br> Email: ambikadoran@dwt.com <br><br> BRENDAN CHARNEY (Bar No. 293378) <br> DAVIS WRIGHT TREMAINE LLP <br> 865 South Figueroa Street, Suite 2400 <br> Los Angeles, CA 90017 <br> Telephone:(213) 633-6800 <br> Facsimile: (213) 633-6899 <br> Email: brendancharney@dwt.com | SIMON J. FRANKEL (Bar No. 171552) <br> Email: sfrankel@cov.com <br> ALEXA HANSEN (Bar No. 267271) <br> Email: ahansen@cov.com <br> ETHAN FORREST (Bar No. 286109) <br> Email: eforrest@cov.com <br> ABIGAIL P. BARNES (Bar No. 313809) <br> Email: abarnes@cov.com <br> SEAN HOWELL (Bar No. 315967) <br> Email: showell@cov.com <br> COVINGTON & BURLING LLP <br> Salesforce Tower, 415 Mission Street <br> San Francisco, CA 94105 <br> Telephone:(415) 591-6000 <br> Facsimile: (415) 955-6552 <br><br> SARI MAZZURCO (pro hac vice) <br> COVINGTON & BURLING LLP <br> 620 8th Avenue <br> New York, NY 10018 <br> Telephone:(212) 841-1229 <br> Email: smazzurco@cov.com |

Attorneys for Defendants
REVEAL FROM THE CENTER FOR INVESTIGATIVE
REPORTING; MATT SMITH; and AMY WALTERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., and LISBETH THOMSEN, <br><br> Plaintiffs, <br><br> v. <br><br> REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS, <br><br> Defendants. | Case No. 3:17-cv-03695-MMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br> **[Civ. L.R. 6-2 and 7-12]** <br> Judge: Hon. Maxine M. Chesney <br> Date: May 24, 2019 <br> Time: 10:30 a.m. <br> Location: San Francisco Courthouse <br> **Courtroom 7 – 19th Floor** <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 |

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Planet Aid, Inc. and Lisbeth Thomsen (collectively, "Plaintiffs") and Defendants Reveal, Center for Investigative Reporting, Matt Smith, and Amy Walters (collectively, "Defendants") respectfully submit this joint stipulation to continue the Case Management Conference currently set for 10:30 a.m. on May 24, 2019.

The parties are currently proceeding with discovery along guidelines set by Judge Corley. They are also meeting with Judge Kim on May 24, 2019 to discuss settlement. Given these obligations and discussions, the parties respectfully submit that the current May 24, 2019 Case Management Conference date would be premature. The parties have previously filed joint stipulations on 12 occasions to extend or adjust the time for the parties to respond to pleadings, the briefing schedules for Defendants' Anti-SLAPP Motion, and the discovery deadlines in this case, each of which was entered by the Court. (Dkt. Nos. 42, 43, 54, 58, 67, 69, 76, 77, 82, 83, 84, 96, 97, 103, 104, 105, 106, 139, 142, 181, 188, 207). The requested time modification will not alter the date of any other event or deadline already fixed by Court order.

Accordingly, the parties jointly request that the Court enter an order moving the date of the Case Management Conference to August 23, 2019, at 10:30 a.m., or to any other date and time that is convenient to the Court. The parties will submit a Joint Case Management Statement one week before the date the Court sets for the Case Management Conference.

**IT IS SO STIPULATED.**

DATED: May 13, 2019

Respectfully submitted,

COVINGTON & BURLING LLP
SIMON J. FRANKEL
ALEXA HANSEN
ETHAN FORREST
ABIGAIL P. BARNES
SARI REGINA MAZZURCO
SEAN HOWELL


By:  */s/Ethan Forrest*
     Ethan Forrest

Attorney for Defendants
REVEAL FROM THE CENTER FOR INVESTIGATIVE REPORTING; MATT SMITH; and AMY WALTERS

DATED: May 13, 2019

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP
SAMUEL ROSENTHAL


By:  */s/Samuel Rosenthal*
     Samuel Rosenthal

Attorney for Plaintiffs
PLANET AID, INC. and LISBETH THOMSEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conference scheduled for May 24, 2019, is hereby CONTINUED to August 23, 2019; a Joint Case Management Statement shall be filed no later than August 16, 2019.

DATED: May 14, 2019

Honorable Maxine M. Chesney
United States District Judge

3

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

**ECF CERTIFICATION**

I, Ethan Forrest, am the ECF User whose identification and password are being used to file this Joint Stipulation And [Proposed] Order Continuing May 24, 2019 Case Management Conference. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Plaintiff's counsel Samuel Rosenthal has concurred in this filing.

DATED: May 13, 2019                    COVINGTON & BURLING LLP

                                       By:   */s/Ethan Forrest*
                                             Ethan Forrest