| | |
|---|---|
| THOMAS R. BURKE (Bar No. 141930)<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>Telephone:(415) 276-6500<br>Facsimile: (415) 276-6599<br>Email: thomasburke@dwt.com<br><br>AMBIKA K. DORAN (pro hac vice)<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101<br>Telephone:(206) 757-8030<br>Facsimile: (206) 757-7030<br>Email: ambikadoran@dwt.com<br><br>BRENDAN CHARNEY (Bar No. 293378)<br>DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br>Telephone:(213) 633-6800<br>Facsimile: (213) 633-6899<br>Email: brendancharney@dwt.com | SIMON J. FRANKEL (Bar No. 171552)<br>Email: sfrankel@cov.com<br>ALEXA HANSEN (Bar No. 267271)<br>Email: ahansen@cov.com<br>ETHAN FORREST (Bar No. 286109)<br>Email: eforrest@cov.com<br>ABIGAIL P. BARNES (Bar No. 313809)<br>Email: abarnes@cov.com<br>SEAN F. HOWELL (Bar No. 315967)<br>Email: showell@cov.com<br>COVINGTON & BURLING LLP<br>Salesforce Tower, 415 Mission Street<br>San Francisco, CA 94105<br>Telephone:(415) 591-6000<br>Facsimile: (415) 955-6552<br><br>SARI MAZZURCO (pro hac vice)<br>COVINGTON & BURLING LLP<br>620 8th Avenue<br>New York, NY 10018<br>Telephone:(212) 841-1229<br>Email: smazzurco@cov.com |

Attorneys for Defendants
REVEAL FROM THE CENTER FOR INVESTIGATIVE REPORTING; MATT SMITH; and AMY WALTERS

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., and LISBETH THOMSEN,<br><br>Plaintiffs,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS,<br><br>Defendants. | Case No. 3:17-cv-03695-MMC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL SARI MAZZURCO AND PROPOSED ORDER**<br><br>Judge:     Hon. Maxine M. Chesney<br>Date:<br>Time:<br>Location: San Francisco Courthouse<br>**Courtroom 7 – 19th Floor**<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Action Filed:         August 25, 2016<br>Action Transferred:  June 28, 2017 |

NOTICE OF WITHDRAWAL OF COUNSEL SARI MAZZURCO - CASE NO. 3:17-CV-03695-MMC

TO: The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE that counsel for Defendant Reveal from the Center for Investigative Reporting ("Reveal") respectfully withdraws the appearance of Sari Mazzurco in the above-captioned action. Ms. Mazzurco is no longer practicing at Covington & Burling LLP. No other attorney is withdrawing his or her appearance by this notice, and Covington remains as counsel to Reveal.

Dated: August 9, 2019

Respectfully submitted,

COVINGTON & BURLING LLP
SIMON J. FRANKEL
ALEXA HANSEN
ETHAN FORREST
ABIGAIL P. BARNES
SEAN F. HOWELL
SARI MAZZURCO

By: /s/ _____
    SARI MAZZURCO

Attorney for Defendants
REVEAL FROM THE CENTER FOR
INVESTIGATIVE REPORTING; MATT SMITH;
and AMY WALTERS