THOMAS R. BURKE (Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

AMBIKA K. DORAN (pro hac vice)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 757-8030
Facsimile: (206) 757-7030
Email: ambikadoran@dwt.com

BRENDAN CHARNEY (Bar No. 293378)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: brendancharney@dwt.com

SIMON J. FRANKEL (Bar No. 171552)
Email: sfrankel@cov.com
ALEXA HANSEN (Bar No. 267271)
Email: ahansen@cov.com
ETHAN FORREST (Bar No. 286109)
Email: eforrest@cov.com
ABIGAIL P. BARNES (Bar No. 313809)
Email: abarnes@cov.com
SEAN F. HOWELL (Bar No. 315967)
Email: showell@cov.com
COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 955-6552

SARI MAZZURCO (pro hac vice)
COVINGTON & BURLING LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 841-1229
Email: smazzurco@cov.com

Attorneys for Defendants
REVEAL FROM THE CENTER FOR INVESTIGATIVE
REPORTING; MATT SMITH; and AMY WALTERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., and LISBETH THOMSEN,<br><br>Plaintiffs,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS,<br><br>Defendants. | Case No. 3:17-cv-03695-MMC<br><br>**PROPOSED ORDER ON NOTICE OF WITHDRAWAL OF COUNSEL SARI MAZZURCO**<br><br>Judge:   Hon. Maxine M. Chesney<br>Date:<br>Time:<br>Location: San Francisco Courthouse<br>　　　　**Courtroom 7 – 19th Floor**<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, CA 94102<br>Action Filed:　　August 25, 2016<br>Action Transferred:　June 28, 2017 |

Having considered the Notice by counsel for Defendant Reveal for Center for Investigative Reporting of the withdrawal of Sari Mazzurco as its counsel, and good cause appearing therefore, it is SO ORDERED.

Dated: _____

_____
Honorable Maxine M. Chesney
United States District Judge