**By Electronic Service**                                                                   January 28, 2020

Hon. Jacqueline Scott Corley
U.S. District Court for the Northern District of California
450 Golden Gate Ave.
15th Floor
San Francisco, CA 94102

      **Re: Planet Aid, Inc. v. Reveal, No. 3:17-cv-03695-MMC**

Dear Judge Corley:

      The parties jointly submit this letter in response to the Court's January 17, 2020 Order Regarding Plaintiffs' Request for Further Depositions, Dkt. 255.  Pursuant to that Order, the parties have been undertaking a meet and confer process regarding further depositions.  The Order requested that the parties provide a joint submission to the Court on or before January 28, identifying any remaining disputes related to the additional depositions as well as any agreements, including deposition dates.

      Given that the parties have been conducting Matt Smith's deposition in San Francisco on January 27 and 28, and that deposition concluded late afternoon on the 28th, the parties jointly request more time in which to provide this joint submission to the Court.  The parties respectfully ask the Court for an additional week to submit a joint statement, to Tuesday, February 4.  The parties are cognizant of the Court's time, and would like to resolve all additional issues as efficiently as possible.

                                                           Respectfully submitted,

                                                           COVINGTON & BURLING LLP

                                                           By:  */s/Ethan Forrest*
                                                                       Ethan Forrest

                                                           Attorney for Defendants

                                                           NELSON MULLINS RILEY &
                                                           SCARBOROUGH LLP

                                                           By:  */s/Phil Busman*
                                                                       Phil Busman

                                                           Attorney for Plaintiffs

## ECF CERTIFICATION

   I, Ethan Forrest, am the ECF User whose identification and password are being used to file this Joint Letter.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Plaintiffs' counsel Phil Busman has concurred in this filing.

DATED:  January 28, 2020          COVINGTON & BURLING LLP

                 By:   */s/Ethan Forrest*
                    Ethan Forrest