THOMAS R. BURKE (Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:(415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

AMBIKA K. DORAN (pro hac vice)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone:(206) 757-8030
Facsimile: (206) 757-7030
Email: ambikadoran@dwt.com

BRENDAN CHARNEY (Bar No. 293378)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:(213) 633-6800
Facsimile: (213) 633-6899
Email: brendancharney@dwt.com

SIMON J. FRANKEL (Bar No. 171552)
Email: sfrankel@cov.com
ALEXA HANSEN (Bar No. 267271)
Email: ahansen@cov.com
ETHAN FORREST (Bar No. 286109)
Email: eforrest@cov.com
SEAN HOWELL (Bar No. 315967)
Email: showell@cov.com
ABIGAIL P. BARNES (Bar No. 313809)
Email: abarnes@cov.com
COVINGTON & BURLING LLP
1 Front Street, 34th & 35th Floors
San Francisco, CA 94111
Telephone:(415) 591-6000
Facsimile: (415) 955-6552

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID INC., and LISBETH THOMSEN,<br><br>*Plaintiffs*,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS,<br><br>*Defendants* | Case No. 17-CV-03695-MMC-JSC<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS ROGATORY** |

**DEFENDANTS' STATEMENT OF NON-OPPOSITION**

Defendants do not oppose the relief sought in Plaintiffs' Motion for Issuance of Letters Rogatory (Dkt. No. 258), but they disagree with the statements and characterizations of fact in that Motion.

DATED: February 14, 2020

Respectfully submitted,

COVINGTON & BURLING LLP
SIMON J. FRANKEL
ALEXA HANSEN
ETHAN FORREST
ABIGAIL P. BARNES
SEAN F. HOWELL

By: */s/Ethan Forrest*
    Ethan Forrest

Attorney for Defendants
REVEAL FROM THE CENTER FOR INVESTIGATIVE REPORTING; MATT SMITH; and AMY WALTERS