Samuel Rosenthal (pro hac vice)
sam.rosenthal@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave., N.W.
Washington, D.C. 20001
Telephone:  +1 202-689-2915
Facsimile   +1 202-712-2860

Phil Busman (pro hac vice)
Phil.busman@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave., N.W.
Washington, D.C. 20001
Telephone:  +1 202-689-2988

Cory E. Manning (State Bar # 213120)
cory.manning@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor
Columbia, SC 29201
Telephone:  +1 803-255-5524
Facsimile   +1 803-256-7500

Crispin L. Collins (State Bar # 311755)
crispin.collins@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
19191 S. Vermont Ave., Suite 301
Torrance, CA 90502
Telephone:  +1 424-221-7407
Facsimile   +1 424-221-7499

Christian J. Myers (pro hac vice)
Josh.myers@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave., N.W.
Washington, D.C. 20001
Telephone:  +1 202-689-2991

Attorneys for Plaintiffs
Planet Aid Inc. and Lisbeth Thomsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID INC.; and LISBETH THOMSEN,<br><br>        Plaintiffs,<br><br>    v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING; MATT SMITH; and AMY WALTERS,<br><br>        Defendants. | Case No. 17-cv-03695-MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORER EXTENDING THE PAGE LIMIT, SETTING A BRIEFING SCHEDULE AND OTHER ISSUES RELATING TO PLAINTIFFS' OPPOSITION TO THE MOTION TO STRIKE**<br><br>Date:        September 11, 2020<br>Time:        9:00 a.m.<br>Courtroom:   F<br>Judge:       Hon. Maxine Chesney |

[PROPOSED] ORDER GRANTING
MOTION FOR AN ENLARGEMENT
OF THE PAGE LIMIT FOR BRIEFING
17-CV-03695-MMC

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

It is **ORDERED** that Plaintiffs' Motion for an Order Extending the Page Limit, Setting a Briefing Schedule, and other Issues Relating to Plaintiff's Opposition to the Motion to Strike is **GRANTED**.

The page limit for Plaintiffs' response to the Motion to Strike filed by Defendants, *see* ECF 107, is extended to _____ pages.

The Parties are to brief separately evidentiary issues and the applicability of Fed.R.Civ.P. 56(d) to the Motion to Strike pursuant to the schedule set forth below:

IT IS SO ORDERED.

DATED: _____        _____
                              HONORABLE MAXINE M. CHESNEY
                              UNITED STATES DISTRICT COURT JUDGE

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

2

[PROPOSED] ORDER GRANTING
MOTION FOR AN ENLARGEMENT
OF THE PAGE LIMIT FOR BRIEFING
17-CV-03695-MMC