UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANET AID INC., and LISBETH THOMSEN,

    *Plaintiffs,*

    v.

REVEAL, CENTER FOR INVESTIGATIVE
REPORTING, MATT SMITH, and AMY
WALTERS,

    *Defendants*

Case No. 17-CV-03695-MMC-JSC

**DECLARATION OF ETHAN FORREST IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR AN ORDER EXTENDING THE PAGE LIMIT, SETTING A BRIEF SCHEDULE, AND OTHER ISSUES RELATING TO PLAINTIFFS' OPPOSITION TO THE MOTION TO STRIKE**

## <u>DECLARATION OF ETHAN FORREST</u>

I, Ethan Forrest, declare:

1.    I am an attorney at the law firm of Covington & Burling LLP, counsel of record for Defendants in the above-captioned case.  I am licensed to practice law in the State of California, and I am admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to them.

2.    According to my best recollection of an unrecorded November 4, 2019 discovery hearing before Judge Chesney, counsel for Plaintiffs asked the Court for permission to file separate briefs addressing the same types of evidentiary and procedural issues described in Plaintiffs' Motion for an Order Extending the Page Limit, Setting a Briefing Schedule, and Other Issues Relating to Plaintiffs' Opposition to the Motion to Strike.  Dkt. 288.  The Court declined to grant Plaintiffs such extra briefing, and instead instructed Plaintiffs to address any purported evidentiary or procedural prejudices in their opposition brief to Defendants' anti-SLAPP motion.

3.    On or around June 5, 2019, Defendants produced over 16,000 pages of relevant documents to Plaintiffs.  Document production was substantially complete as of June 2019.  Since that time, Defendants have produced 18 videos and fewer than a dozen documents.

4.    A total of six depositions have been taken by Plaintiffs for purposes of their opposition to the anti-SLAPP motion.  On December 30, 2019, Plaintiffs took the deposition of Amy Walters.  On January 27 and 28, 2020, Plaintiffs took the deposition of Matt Smith.  On March 2 and 3, 2020,

1

Plaintiffs took the depositions of Robert Rosenthal and Amy Pyle.  Each of these depositions lasted approximately seven hours on the record.

5.    On July 27 and 31, 2020, Plaintiffs took the depositions of Robert Salladay and Kevin Sullivan.  Each of these depositions lasted less than four hours on the record.

*    *    *

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 11, 2020, in Inverness, California.

*/s/Ethan Forrest*
Ethan Forrest

2
DECLARATION OF ETHAN FORREST
IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR AN ORDER EXTENDING THE PAGE LIMIT, SETTING A BRIEF
SCHEDULE, AND OTHER ISSUES RELATING TO PLAINTIFFS' OPPOSITION TO THE MOTION TO STRIKE