# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 21, 2020     **Time:** 9:00 - 9:42     **Judge:** MAXINE M. CHESNEY
= 42 minutes

**Case No.**: 17-cv-03695-MMC     **Case Name:** Planet Aid, Inc. v. Reveal, Center for Investigative Reporting

**Attorney for Plaintiff:** Samuel Rosenthal
**Attorney for Defendant:** Ethan Forrest and Thomas Burke

**Deputy Clerk:** Tracy Geiger     **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

Plaintiffs' Motion for Leave to File Excess Pages re: Opposition to Motion to Strike; Setting Briefing Schedule – Held Telephonically.

Court granted plaintiffs' motion – Opposition (up to 40 pages) due: September 22, 2020.

Defendant's reply (up to 25 pages) due: October 26, 2020.

**Case continued to: November 20, 2020 at 9:00 AM – Defendant's Motion to Strike Plaintiffs' Complaint**