IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-03695-MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' COMPLAINT** |

　　Before the Court is defendants' Motion, filed July 2, 2018, "to Strike Plaintiffs' Complaint."

　　Given the number of alleged defamatory statements identified in the operative complaint and the volume of evidence submitted by both parties as to those statements, the hearing on defendants' motion is hereby CONTINUED from November 20, 2020, to January 15, 2021.

　　**IT IS SO ORDERED.**

Dated: November 16, 2020

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge