THOMAS R. BURKE (Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA  94111
Telephone:(415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

AMBIKA K. DORAN (pro hac vice)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98101
Telephone:(206) 757-8030
Facsimile: (206) 757-7030
Email: ambikadoran@dwt.com

BRENDAN CHARNEY (Bar No. 293378)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:(213) 633-6800
Facsimile: (213) 633-6899
Email:brendancharney@dwt.com

SIMON J. FRANKEL (Bar No. 171552)
Email: sfrankel@cov.com
ALEXA HANSEN (Bar No. 267271)
Email: ahansen@cov.com
ABIGAIL P. BARNES (Bar No. 313809)
Email: abarnes@cov.com
SEAN HOWELL (Bar No. 315967)
Email: showell@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:(415) 591-6000
Facsimile: (415) 955-6552

Attorneys for Defendants
REVEAL FROM THE CENTER FOR INVESTIGATIVE
REPORTING; MATT SMITH; and AMY WALTERS

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PLANET AID, INC., and LISBETH THOMSEN, <br><br> Plaintiffs, <br><br> v. <br><br> REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS, <br><br> Defendants. | Case No. 3:17-cv-03695-MMC-JSC <br><br> **[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL ETHAN FORREST** <br><br> Judge: Hon. Maxine M. Chesney <br> Date: <br> Time: <br> Location: San Francisco Courthouse <br> Courtroom 7 - 19th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br> Action Filed: August 25, 2016 <br> Action Transferred: June 28, 2017 |

1

2        Having considered the Notice by counsel for Defendant Reveal for Center for Investigative

3    Reporting of the withdrawal of Ethan Forrest as its counsel, and good cause appearing therefore, it is SO

4    ORDERED.

5

6    DATED: November 16, 2020

7                                                        Honorable Maxine M. Chesney
                                                         United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL ETHAN FORREST
3:17-cv-03695-MMC-JSC