IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03695-MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES** |

　　　On November 19, 2020, defendants electronically filed a "Notice of Submission of More Legible Exhibits," as well as a declaration and exhibits in support thereof.

　　　Given the large number of pages comprising said filings, defendants are hereby DIRECTED to submit forthwith a chambers copy of each of the above-referenced documents.  See General Order No. 72-6 (suspending local rules requiring chambers copies "unless a judge orders otherwise in a specific case").

　　　**IT IS SO ORDERED.**

Dated: December 1, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　*Maxine M. Chesney*
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge