IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03695-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' COMPLAINT** |

Before the Court is defendants' Motion, filed July 2, 2018, "to Strike Plaintiffs' Complaint." Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for January 15, 2021.

**IT IS SO ORDERED.**

Dated: January 11, 2021

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge