UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>    Plaintiffs.<br><br>    v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>    Defendants. | Case No. 17-cv-03695-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 309 |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendants' Motion to Strike is hereby GRANTED, and the First Amended Complaint is hereby DISMISSED.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 3/23/2021

Susan Y. Soong, Clerk

*Tracy Geiger*
Tracy Geiger
Deputy Clerk