# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:17-cv-03695-MMC

Date case was first filed in U.S. District Court: August 25, 2016

Date of judgment or order you are appealing: March 23, 2016

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Planet Aid, Inc.
Lisbeth Thomsen

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Samuel Rosenthal

Nelson Mullins LLP, 101 Constitution Avenue, NW, 9th Floor

City: Washington   State: DC   Zip Code: 20001

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Samuel Rosenthal   **Date** 04/19/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Planet Aid, Inc. |

Name(s) of counsel (if any):

| |
|---|
| Samuel Rosenthal, Crispin L. Collins, Cory E. Manning, Philip M. Busman Nelson Mullins Riley & Scarborough LLP |

Address: 101 Constitution Ave., NW, 9th Fl., Washington DC 20001

Telephone number(s): 202-689-2915

Email(s): sam.rosenthal@nelsonmullins.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Center for Investigative Reporting, a/k/a Reveal |

Name(s) of counsel (if any):

| |
|---|
| Thomas R. Burke, Ambika K. Doran, Brendan N. Charney, Ronald G. London - Davis Wright Tremaine LLP |

Address: 505 Montgomery Street, Suite 800, San Francisco, CA 94111

Telephone number(s): 415-276-6500

Email(s): thomasburke@dwt.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                            *1*                                    *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Lisbeth Thomsen

Name(s) of counsel (if any):

Samuel Rosenthal, Crispin L. Collins, Cory E. Manning, Philip M. Busman
Nelson Mullins Riley & Scarborough LLP

Address: 101 Constitution Ave., NW, 9th Fl., Washington, DC 20001

Telephone number(s): 202-689-2915

Email(s): sam.rosenthal@nelsonmullins.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Center for Investigative Reporting, a/k/a Reveal

Name(s) of counsel (if any):

Simon J. Frankel, Abigail P. Barnes, Alexa R. Hansen, Sari Mazzurco,
Sean F. Howell  - Covington & Burling LLP

Address: 415 Mission Street, Suite 5400, San Francisco, CA 94105

Telephone number(s): 415-591-6000

Email(s): sfrankel@cov.com

Name(s) of party/parties:

Matt Smith

Name(s) of counsel (if any):

Thomas R. Burke, Ambika K. Doran, Brendan N. Charney, Ronald G. London -
Davis Wright Tremaine LLP

Address: 505 Montgomery Street, Suite 800, San Francisco, CA 94111

Telephone number(s): 415-591-6000

Email(s): thomasburke@dwt.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                            2                                  *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Matt Smith

Name(s) of counsel (if any):

Simon J. Frankel, Abigail P. Barnes, Alexa R. Hansen, Sari Mazzurco, Sean F. Howell  - Covington & Burling LLP

Address: 415 Mission Street, Suite 5400, San Francisco, CA 94105

Telephone number(s): 415-591-6000

Email(s): sfrankel@cov.com

Name(s) of party/parties:

Amy Walters

Name(s) of counsel (if any):

Thomas R. Burke, Ambika K. Doran, Brendan N. Charney, Ronald G. London - Davis Wright Tremaine LLP

Address: 505 Montgomery Street, Suite 800, San Francisco, CA 94111

Telephone number(s): 415-591-6000

Email(s): thomasburke@dwt.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                               2                               *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Amy Walters

Name(s) of counsel (if any):

Simon J. Frankel, Abigail P. Barnes, Alexa R. Hansen, Sari Mazzurco, Sean F. Howell  - Covington & Burling LLP

Address: 415 Mission Street, Suite 5400, San Francisco, CA 94105

Telephone number(s): 415-591-6000

Email(s): sfrankel@cov.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                                    2                                              Rev. 12/01/2018