DAVIS WRIGHT TREMAINE LLP

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID INC., and LISBETH THOMSEN, | Case No. 17-cv-03695-MMC |
| Plaintiffs, | **STIPULATED BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR ATTORNEY'S FEES** |
| v. | |
| REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS, | Proposed Date: July 30, 2021<br>Time: 9:00 am<br>Courtroom: F |
| Defendant. | Judge: Hon. Maxine Chesney |

Stipulated Request to Modify Briefing on Fee Application
Case No. 17-cv-03695-MMC

Plaintiffs Planet Aid, Inc. and Lisbeth Thomsen (collectively, "Plaintiffs"), and Defendants Reveal from the Center for Investigative Reporting, Matt Smith, and Amy Walters (collectively, "Reveal") (collectively, the "Parties"), stipulate to the following briefing schedule, subject to approval of the Court. In support of this stipulation the Parties state as follows:

1. Defendants filed a motion on May 6, 2021 for payment of attorneys' fees under the California state anti-SLAPP statute, Dkt. 316 (the "Fee Application");

2. In order to respond to allow Plaintiffs time to respond to the Fee Application, and for Reveal to reply, and in light of the schedules and commitments of the Parties and counsel, the Parties have agreed as follows:

NOW THEREFORE, subject to the approval of the Court, the Parties stipulate and agree as follows:

1. Plaintiffs opposition to the Fee Application shall be due on June 25, 2021.

2. Defendants shall file any reply in support of the Fee Application on or before July 12, 2021;

3. Oral argument shall be set for July 30, 2021 at 9:00 am., or such later date convenient to the Court;

4. All signatories listed below, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

| | | |
|---|---|---|
| DATED: May 13, 2021 | | Respectfully submitted,<br>NELSON MULLINS, LLP |
| | | By: */s/ Samuel Rosenthal*<br>       Samuel Rosenthal |
| | | Attorneys for Plaintiffs<br>PLANET AID INC., and LISBETH THOMSEN |
| DATED: May 13, 2021 | | Respectfully submitted,<br>DAVIS WRIGHT TREMAINE LLP |
| | | By: /s/ *Thomas R. Burke*<br>       Thomas R. Burke |
| | | Attorneys for Defendants<br>REVEAL FROM THE CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS |

2

Stipulated Schedule re briefing on Fee Application
Case No. 17-cv-03695-MMC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID INC., and LISBETH THOMSEN,<br><br>Plaintiffs,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS,<br><br>Defendant. | Case No. 17-cv-03695-MMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE RE ATTORNEY'S FEE APPLICATION.** |

The Court, having considered the Parties' Stipulated Request To Modify Briefing Schedule re Attorney's Fee Motion under the California anti-SLAPP statute ("Fee Application"), and good cause appearing therefore based on the reasons stated therein, the Stipulated Request is GRANTED.

- Plaintiffs shall have up to and including June 25, 2021 to file their opposition to the Defendants' Fee Application;

- Defendants shall have up to and including July 12, 2021 to file a reply brief in support of the Fee Application.

- Oral argument on the pending Fee Application will be held on July 30, 2021 at 9:00 am., or such later date convenient to the Court.

1

IT IS SO ORDERED.

Dated: _____, 2021          By: _____
                                        THE HONORABLE MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP

2

[Proposed] Order on Request to Modify Time for Briefing
Case No. 17-cv-03695-MMC

## ECF CERTIFICATION

I, Crispin L. Collins, am the ECF User whose identification and password are being used to file this STIPULATED BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR ATTORNEY'S FEES and [PROPOSED] ORDER. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Plaintiffs' counsel Samuel Rosenthal and Defendants' counsel Thomas R. Burke have concurred in this filing.

DATED: May 13, 2021

Respectfully submitted,
NELSON MULLINS, LLP

By: */s/ Crispin L. Collins*
Crispin L. Collins

Attorneys for Plaintiffs
PLANET AID INC., and LISBETH THOMSEN