IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID INC., and LISBETH THOMSEN,<br><br>Plaintiffs,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS,<br><br>Defendant. | Case No. 17-cv-03695-MMC<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE RE ATTORNEY'S FEE APPLICATION; **CONTINUING HEARING ON FEE APPLICATION** |

The Court, having considered the Parties' Stipulated Request To Modify Briefing Schedule re Attorney's Fee Motion under the California anti-SLAPP statute ("Fee Application"), and good cause appearing therefore based on the reasons stated therein, the Stipulated Request is GRANTED.

- Plaintiffs shall have up to and including June 25, 2021 to file their opposition to the Defendants' Fee Application;
- Defendants shall have up to and including July 12, 2021 to file a reply brief in support of the Fee Application.
- Oral argument on the pending Fee Application ~~will be held on~~ is continued to July 30, 2021 at 9:00 am. ~~or such later date convenient to the Court.~~

1

[Proposed] Order on Request to Modify Time for Briefing
Case No. 17-cv-03695-MMC

C:\Users\srosenthal\Documents\Planet Aid\Pleadings\CIR Stipulation

DAVIS WRIGHT TREMAINE LLP

IT IS SO ORDERED.

Dated: __May 13__, 2021        By: _/s/ Maxine M. Chesney_
                                   THE HONORABLE MAXINE M. CHESNEY
                                   UNITED STATES DISTRICT JUDGE