IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>   Defendants. | Case No. 17-cv-03695-MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES** |

On July 12, 2021, defendants electronically filed their "Reply in Support of Motion for Attorneys' Fees and Costs," as well as four declarations in support thereof.

Given the large number of pages comprising said filings, defendants are hereby DIRECTED to submit forthwith a chambers copy of each of the above-referenced documents.  See General Order No. 78 (suspending local rules requiring chambers copies unless copies are "requested by the assigned judge in a particular case").

**IT IS SO ORDERED.**

Dated: July 19, 2021

MAXINE M. CHESNEY
United States District Judge