Case 3:17-cv-03695-MMC   Document 329   Filed 07/21/21   Page 1 of 2

Samuel Rosenthal (pro hac vice)
sam.rosenthal@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave., N.W.
Washington, D.C. 20001
Telephone: +1 202-689-2915
Facsimile  +1 202-712-2860

Phil Busman (pro hac vice)
Phil.busman@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave., N.W.
Washington, D.C. 20001
Telephone: +1 202-689-2988

Cory E. Manning (State Bar # 213120)
cory.manning@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor
Columbia, SC 29201
Telephone: +1 803-255-5524
Facsimile  +1 803-256-7500

Crispin L. Collins (State Bar # 311755)
crispin.collins@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
19191 S. Vermont Ave., Suite 301
Torrance, CA 90502
Telephone: +1 424-221-7407
Facsimile  +1 424-221-7499

Attorneys for Plaintiffs
Planet Aid Inc. and Lisbeth Thomsen

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLANET AID INC.; and LISBETH THOMSEN,<br><br>Plaintiffs,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING; MATT SMITH; and AMY WALTERS,<br><br>Defendants. | Case No. 17-cv-03695-JSC<br><br>**STATEMENT REGARDING FILING OF MORE LEGIBLE EXHIBITS**<br><br>Judge: Hon. Maxine Chesney |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Planet Aid and Lisbeth Thomsen have attached hereto more legible copies of the Exhibits to the Declaration of Sam Rosenthal in Opposition to Application for Attorneys Fees (ECF 321-2 and 321-3).

Respectfully submitted,

NELSON, MULLINS, SCARBOROUGH & RILEY

*/s/ Samuel Rosenthal (pro hac vice)*
Attorneys for Plaintiffs Planet Aid, Inc. and Lisbeth Thomsen