IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>   Defendants. | Case No. 17-cv-03695-MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES** |

On July 21, 2021, plaintiffs electronically filed a "Statement Regarding Filing of More Legible Exhibits," as well as exhibits thereto.

Given the large number of pages comprising said filings, plaintiffs are hereby DIRECTED to submit forthwith a chambers copy of each of the above-referenced documents. See General Order No. 78 (suspending local rules requiring chambers copies unless copies are "requested by the assigned judge in a particular case").

**IT IS SO ORDERED.**

Dated: July 27, 2021

MAXINE M. CHESNEY
United States District Judge