THOMAS R. BURKE (Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:(415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

AMBIKA K. DORAN (pro hac vice)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:(206) 757-8030
Facsimile: (206) 757-7030
Email: ambikadoran@dwt.com

SIMON J. FRANKEL (Bar No. 171552)
Email: sfrankel@cov.com
ALEXA HANSEN (Bar No. 267271)
Email: ahansen@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 955-6552

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., and LISBETH THOMSEN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS,<br><br>　　　　Defendants. | Civil Case No.: 3:17-cv-03695-MMC-JSC<br><br>**ADMINISTRATIVE MOTION TO WITHDRAW PENDING BUT DEFERRED MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>(N.D. Cal. Civil L.R. 7-11)<br><br>Judge: Hon. Maxine M. Chesney |

**MOTION TO WITHDRAW MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 7-11, Defendants Reveal, Center for Investigative Reporting, Matt Smith, and Amy Walters ("Defendants") hereby move this Court to withdraw their Motion for Attorneys' Fees and Costs Pursuant to California Code of Civil Procedure Section 425.16(c) ("Motion"). ECF 316.

Following the Court's Order Granting Defendants' Motion to Strike; Dismissing Action with Prejudice (ECF 309), the Motion was filed on May 6, 2021. ECF 316. On August 27, 2021, this Court deferred ruling on the Motion, pending a decision on Plaintiffs' then-pending appeal of this Court's order and dismissal. *See* ECF 336, Order Deferring Ruling on Defendants' Motion for Attorneys' Fees and Costs. On August 11, 2022, the United States Court of Appeals for the Ninth Circuit affirmed the judgment of this Court. *See Planet Aid, Inc. v. Reveal*, 44 F.4th 918 (9th Cir. 2022).

The parties have now resolved all remaining issues, including by Plaintiffs' agreement to pay Defendants $1,925,000, in satisfaction of Defendants' entitlement to attorney's fees and costs pursuant to California Civil Code Section 425.16.

Accordingly, Defendants now seek to withdraw their Motion as moot and ask the Court to close the case. Plaintiffs have agreed to the relief sought by this motion.

DATED: October 18, 2022

Respectfully submitted,

COVINGTON & BURLING LLP
SIMON J. FRANKEL
ALEXA HANSEN

By: */s/ Simon J. Frankel*
    Simon J. Frankel

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
AMBIKA K. DORAN

Attorneys for Defendants
REVEAL FROM THE CENTER FOR INVESTIGATIVE REPORTING;
MATT SMITH; and AMY WALTERS

## DECLARATION OF SIMON J. FRANKEL

I, Simon J. Frankel, hereby declare as follows:

1. I am a partner at the law firm of Covington & Burling LLP ("Covington"), counsel of record in this action for Defendants The Center for Investigative Reporting (d/b/a "Reveal"), Matt Smith, and Amy Walters (collectively, "Defendants"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters herein and if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Defendants' Administrative Motion to Withdraw Pending But Deferred Motion for Attorneys' Fees and Costs.

2. On October 18, 2022, Defendants filed their Motion for Attorneys' Fees and Costs Pursuant to California Code of Civil Procedure Section 425.16(c). ECF No. 316. On August 27, 2021, this Court deferred ruling on the motion, pending a decision on Plaintiffs' then-pending appeal of this Court's order and judgment. ECF 336. On August 11, 2022, the United States Court of Appeals for the Ninth Circuit affirmed the judgment of this Court. *See Planet Aid, Inc. v. Reveal*, 44 F.4th 918 (9th Cir. 2022).

3. Pursuant to an executed settlement agreement (which resolved all remaining issues and mutually released all claims, with the payment by Plaintiffs to Defendants of $1,925,000, in satisfaction of Defendants' entitlement to attorney's fees and costs), the parties agreed that Defendants would withdraw their Motion for Attorneys' Fees and Costs and ask the Court to close the case. Accordingly, Defendants now seek to withdraw their Motion as moot and ask the Court to close the case. Plaintiffs have agreed to the relief sought by this motion.

I declare under penalty of perjury under the laws of the United States and of California that the foregoing is true and correct. Executed this 18th day of October, 2022, in San Francisco, California.

By: */s/ Simon J. Frankel*
      Simon J. Frankel