THOMAS R. BURKE (Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

AMBIKA K. DORAN (pro hac vice)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8030
Facsimile: (206) 757-7030
Email: ambikadoran@dwt.com

SIMON J. FRANKEL (Bar No. 171552)
Email: sfrankel@cov.com
ALEXA HANSEN (Bar No. 267271)
Email: ahansen@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 955-6552

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET AID, INC., and LISBETH THOMSEN,<br><br>Plaintiffs,<br><br>v.<br><br>REVEAL, CENTER FOR INVESTIGATIVE REPORTING, MATT SMITH, and AMY WALTERS,<br><br>Defendants. | Civil Case No.: 3:17-cv-03695-MMC-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO WITHDRAW PENDING BUT DEFERRED MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge: Hon. Maxine M. Chesney |

**ORDER**

This matter having come before the Court is Defendants' Administrative Motion Pursuant to N.D. Cal. Civil Local Rule 7-11 to Withdraw Pending But Deferred Motion for Attorneys' Fees and Costs, the Court hereby orders as follows:

Defendants' Administrative Motion is **GRANTED** for the reasons stated therein. The Motion for Attorney's Fees and Costs (ECF 316) is deemed **WITHDRAWN AS MOOT**. The Clerk of Court is directed to close the case file.

**IT IS SO ORDERED.**

DATED: October 20, 2022

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE